| EVERETT | KENNY | | 10380 |
|---|---|---|---|
| LAST NAME | FIRST | MIDDLE | ID # |

SUBJECT: Violation of Policy 26.1 - Bullet 2.29 Standards of Conduct ref: 19CAD153270

The following is to certify that on __07-29-19__ I, __SGT. A. Thornton__ (Supervisor), determined it necessary to counsel with __DEP. K. Everett__ (Employee) in reference to 2.29 - Neglect to perform any duty in the manner required by rules and regulations, rules of duty or rules of procedure. On 07-29-19, you entered a residence, without the legal justification to enter a dwelling to arrest a misdemeanor stalking suspect. He was secured and a short time later released; while on scene. Case law listed in the 2019 Legal Guidelines prohibits this type of action. The Legal Guidelines were reviewed and DEP. Everett now has a better understanding of the legal exceptions to enter dwellings and make arrests.

Supervisor's Signature: __SGT [signature] 3106__        Date: __07-29-19__

Employee Comments:

Note: "If behavior/performance is not corrected/improved, such behavior/performance will require a Does Not Meet Standard rating on your next evaluation and may be used as supporting documentation if discipline becomes necessary."

This is to certify that on __7-29-19__ (date), I __Kenneth Everett__ (Employee), was counseled regarding the above matter. This matter has been thoroughly and clearly explained to me, and I understand what I must do to correct said deficiencies.

Employee: __DEP [signature]__        ID# __10380__   Date: __7-29-19__

Supervisor's remarks following counseling session: __DEP. EVERET UNDERSTOOD WHAT IS EXPECTED IN THE FUTURE WITH A SIMILAR SITUATION__

__[initials] 072919__
(Initials)   (Date)

Next Level of Command: __LT [signature]__        Date: __7-29-19__

CC Employee (Date): __DEP [signature] 07-29-19__