


# Sheriff
**DAVID B. SHOAR**

OFFICE
904/824-8304

## ST. JOHNS COUNTY SHERIFF'S OFFICE

4015 LEWIS SPEEDWAY, ST. AUGUSTINE, FLORIDA 32084
WWW.SJSO.ORG

December 2, 2019

Mr Bryan Harrison
344 Palmas Circle
St Augustine, Fl. 32086

Mr. Harrison:

The Sheriff's Office has received your Citizen Comment Form regarding your experience with Deputy Everett and Deputy Warwin. Based on your concerns, Lt. Jay Lawing, with the Internal Affairs Unit, reviewed all information associated with the complaint.

The review of the circumstances by Lt. Lawing concluded the deputies' first line supervisor identified issues with the deputies' performance that were not within the guidelines of Sheriff's Office policy. Specifically, entering your residence to affect an arrest without a warrant. The deputies have been disciplined.

Your allegation of Deputy Carver having some type of personal relationship with Ms. McDaniel is unfounded.

This matter only addresses issues of the administration of Sheriff's Office Policy. It has no bearing on the validity of the criminal charges that you have pending.

We appreciate you bringing this matter to our attention. The Sheriff's Office strives to provide the most professional Law Enforcement and Correctional services possible. Your comments and concerns play a major role in assisting us with achieving this goal.

FOR THE SHERIFF:

Sincerely,

Matthew Cline
Undersheriff

COPY: FILE

An Internationally and State Accredited Agency
"First on the First Coast"



