UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                        CASE NO. 3:21-cv-746

ST. JOHNS COUNTY SHERIFF'S OFFICE,
ET. AL.,

    Defendants.
_____/

## UNOPPOSED MOTION BY DEFENDANTS WARWIN & EVERETT FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

    Pursuant to Rule 6, Federal Rules of Civil Procedure, and M.D. Fla. Loc. R. 3.01, Defendants Patrick Warwin and Kenneth Everett move this Court for a short extension of time within which to respond to the Complaint, if necessary. In support of this motion, Defendants state:

    1.    On July 28, 2021, Plaintiff initiated this action by filing a Complaint in this Court. Plaintiff began serving process against Defendants within a few weeks thereafter. Service of process upon the individual deputies has not yet been confirmed but it is believed that a response may be due from Defendants Warwin and/or Everett today, September 3, 2021.

    2. The undersigned counsel has requested and Plaintiff's counsel consents to a brief extension of time, until Friday, September 10, 2021, to

confirm whether service has been perfected for Defendants Warwin and Everett and, if so, to respond to the Complaint on their behalf if the date for doing so has already passed.

3. This extension is not requested for dilatory or other improper reasons and no party will be prejudiced by the Court granting this one-week enlargement of time.

WHEREFORE, Defendants Warwin and Everett respectfully request this Honorable Court grant the instant motion and extend the time until Friday, September 10, 2021, within which they may respond to Plaintiff's Complaint if service has been perfected and a response was already due.

## Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), the undersigned counsel certifies that she telephoned Plaintiff's counsel Rook Ringer and counsel for the Sheriff, Bruce Bogan, both of whom consent to the relief requested herein.

## Memorandum of Law

Pursuant to Local Rule 3.01(a), Defendants Warwin and Everett offer the following memorandum of law:

Federal Rule of Civil Procedure 6(b) provides for an extension of time for good cause shown. Defendants do not seek to delay proceedings but rather to

2

provide for a meaningful response. This Court has inherent authority to manage its own docket and no prejudice will result to any party or to the court.

Respectfully submitted this 3rd day of September 2021.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins
(FBN: 0949566)
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com

COPPINS MONROE, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308
Office: 850-422-2420 ׀ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
KENNETH EVERETT and PATRICK WARWIN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*/s/ Gwendolyn P. Adkins*
Attorney