UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                          Case No. 3:21-cv-746-BJD-JRK

DAVID B. SHOAR, in his official
capacity as Sheriff of St. Johns County,
Florida, et al.,

    Defendants.

## O R D E R

1. The Unopposed Motion by Defendants Warwin & Everett for Enlargement of Time to Respond to Complaint (Doc. No. 10), filed September 3, 2021, is **GRANTED**.

2. Defendants Kenneth Everett and Patrick Warwin shall have up to and including **September 10, 2021** to file a response to the Complaint and Demand for Jury Trial (Doc. No. 1).

**DONE AND ORDERED** in Jacksonville, Florida on September 7, 2021.

                                                            JAMES R. KLINDT
                                          United States Magistrate Judge

mdc
Copies:
Counsel of Record