# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **District Court** |

Case Number: 3:21-CV-746

Plaintiff:
**Bryan A. Harrison**

vs.

Defendant:
**David B. Shoar, St. Johns County, Etc., ET Al**

For:
Lento Law Group, P.A.

SSJ2021004366

Received by Sharp Process, Inc. on the 9th day of August, 2021 at 11:48 am to be served on **Matthew Cline, 3585 Red Cloud Trail, St. Augustine, FL 32086.**

I, Roger Martucci SPS19, St. Johns County, do hereby affirm that on the **17th day of August, 2021** at **10:00 am, I:**

**INDIVIDUALLY/PERSONALLY FS 48.031 (1)(a):** Served by delivering a true copy of the **Summons In A Civil Action, Complaint And Demand For Jury Trial, Exhibits** with the date and hour of service endorsed thereon by me to **Matthew Cline,** at the individual's place of employment at **4015 Lewis Speedway, St. Augustine, FL** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

**Roger Martucci SPS19, St. Johns County**
Process Server

**Sharp Process, Inc.**
**4530-15 St. Johns Ave. #192**
**Jacksonville, FL 32210**
**(904) 307-2358**

Our Job Serial Number: SSJ-2021004366