# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **District Court** |

Case Number: 3:21-CV-746

Plaintiff:
**Bryan A. Harrison**

vs.

Defendant:
**David B. Shoar, St. Johns County, Etc., ET Al**

For:
Lento Law Group, P.A.

SSJ2021004364

Received by Sharp Process, Inc. on the 9th day of August, 2021 at 11:48 am to be served on **Patrick Warwin, 4015 Lewis Speedway, St. Augustine, FL 32084**.

I, Roger Martucci SPS19, St. Johns County, do hereby affirm that on the **14th day of August, 2021** at **9:00 am, I:**

**INDIVIDUALLY/PERSONALLY  FS 48.031 (1)(a):** Served by delivering a true copy of the **Summons In A Civil Action, Complaint And Demand For Jury Trial, Exhibits** with the date and hour of service endorsed thereon by me to **Patrick Warwin,** at the individual's place of employment at **4015 Lewis Speedway, St. Augustine, FL 32084** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.  Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true.  Notary not required pursuant to F.S. 92.525(2)

Roger Martucci SPS19, St. Johns County
Process Server

Sharp Process, Inc.
4530-15 St. Johns Ave. #192
Jacksonville, FL 32210
(904) 307-2358

Our Job Serial Number: SSJ-2021004364

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c