# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10).<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [Dkt. #11]

**COMES NOW** the Plaintiff, BRYAN A. HARRISON (hereinafter, the "Plaintiff"), by and through his undersigned attorney, and hereby moves for additional time to respond to the Motion to Dismiss [Dkt. #11] (hereinafter, the "Motion to Dismiss") filed by Defendants DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida (hereinafter, "Sheriff Shoar"), and MATTHEW CLINE,

Page **1** of **4**

in his official capacity as Undersheriff of St. Johns County, Florida (hereinafter, "Undersheriff Cline") ("hereinafter collectively, the "Defendants"), and in support thereof would state the following:

1. On July 28, 2021, the Plaintiff filed the Complaint in the above-captioned case. [Dkt. #1].

2. On September 3, 2021, the Defendants filed their Motion to Dismiss. [Dkt. #11].

3. Additionally, on September 10, 2021, Defendants KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office (hereinafter, "Deputy Everett"), and PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office (hereinafter, "Deputy Warwin") filed their Motion to Dismiss for Failure to State a Claim Under Counts III and V. [Dkt. #17].

4. On September 21, 2021, the undersigned was diagnosed with the Covid-19 coronavirus and entered the mandated 10-day isolation period, which would have her returning to work on or about October 1, 2021.

5. As of September 24, 2021, the undersigned is not experiencing serious enough complications to warrant hospitalization, but they are severe enough to make her currently unable to respond to the Motion to Dismiss.

6. At present, the undersigned is the only attorney at the firm of Lento Law Group, P.A. who is licensed to practice in the Middle District of Florida as well as the only attorney familiar with the facts of this case.

7.	As a result, the undersigned would request an extension to at least October 1, 2021, to respond to the Motion to Dismiss.

8.	In addition, given the nature of this illness, it is highly likely that the undersigned will need to request additional time to respond to the Motion to Dismiss [Dkt. #11], as well as Deputy Everett and Deputy Warwin's Motion to Dismiss [Dkt. #17], but the undersigned felt that it was better to not ask for further time right away if it later becomes unnecessary.

9.	This extension is not asked for in bad faith or to unnecessarily delay or prolong these proceedings and will not prejudice the Defendants.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with Bruce Bogan, the counsel for the Defendants, who did not object to this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the Plaintiff additional time to respond to the Defendants' Motion to Dismiss, up to and including at least October 1, 2021, and for any and all other relief as this Court deems in the interests of justice.

				Respectfully submitted,

				*/s/ Rook Ringer*

DATED:	09/24/2021		ROOK ELIZABETH RINGER, ESQ.
				**LENTO LAW GROUP, P.A.**

222 San Marco Ave., Ste. "C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 24, 2021, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

Respectfully submitted,

*[signature]*

DATED:   09/24/2021          ROOK ELIZABETH RINGER, ESQ.
                             **LENTO LAW GROUP, P.A.**
                             *Attorney for Plaintiff*