UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10).<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS
[Dkts. #11 & 17]**

**COMES NOW** the Plaintiff, BRYAN A. HARRISON (hereinafter, the "Plaintiff"), by and through his undersigned attorney, and hereby moves for additional time to respond to the Motion to Dismiss [Dkt. #11] filed by Defendants DAVID B. SHOAR, and MATTHEW CLINE, as well as the Motion to Dismiss [Dkt. #17] filed by Defendants KENNETH EVERETT and PATRICK WARWIN (hereinafter

collectively, the "Motions to Dismiss"), and in support thereof would state the following:

1. On July 28, 2021, the Plaintiff filed the Complaint in the above-captioned case. [Dkt. #1].

2. On September 3, 2021, Defendants David B. Shoar and Matthew Cline filed their Motion to Dismiss. [Dkt. #11].

3. Additionally, on September 10, 2021, Defendants Kenneth Everett and Patrick Warwin filed their Motion to Dismiss for Failure to State a Claim Under Counts III and V. [Dkt. #17].

4. On September 21, 2021, the undersigned was diagnosed with the Covid-19 coronavirus and entered the mandated 10-day isolation period, which would have her returning to work on or about October 1, 2021.

5. As of September 24, 2021, the undersigned was not experiencing serious enough complications to warrant hospitalization, but they were severe enough to make her unable to respond to the Motions to Dismiss.

6. As a result, on September 24, 2021, the undersigned filed her Motion for Extension of Time [Dkt. #19] to respond to the first Motion to Dismiss but noted that additional time might need to be requested, due to the nature of the Covid-19 symptoms.

7. On September 30, 2021, this Court granted the extension of time up until October 15, 2021. [Dkt. #20].

8. As of October 15, 2021, the undersigned is still suffering severe

symptoms, making her unable to respond to the Motions to Dismiss.

9. At present, the undersigned is the only attorney at the firm of Lento Law Group, P.A. who is licensed to practice in the Middle District of Florida as well as the only attorney familiar with the facts of this case.

10. As a result, the undersigned would request an extension to at least October 22, 2021, to respond to the Motions to Dismiss [Dkts. #11 & 17].

11. This extension is not asked for in bad faith or to unnecessarily delay or prolong these proceedings and will not prejudice the Defendants.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with the counsel for the Defendants, who did not object to this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the Plaintiff additional time to respond to the Defendants' Motion to Dismiss, up to and including at least October 22, 2021, and for any and all other relief as this Court deems in the interests of justice.

Respectfully submitted,

DATED:   10/15/2021            ROOK ELIZABETH RINGER, ESQ.
                               **LENTO LAW GROUP, P.A.**
                               222 San Marco Ave., Ste. "C"
                               St. Augustine, FL 32084
                               904.602.9400 x 467 (Office)
                               904.299.5400 (Fax)

reringer@lentolawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2021, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

Respectfully submitted,

DATED:   10/15/2021         ROOK ELIZABETH RINGER, ESQ.
**LENTO LAW GROUP, P.A.**
*Attorney for Plaintiff*