## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON | Case No.: 3:21-cv-746-BJD-JRK |
| Plaintiff, | |
| v. | |
| DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10). | |
| Defendants. | |

## PLAINTIFFS' THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [Dkts. #11 & 17]

**COMES NOW** the Plaintiff, BRYAN A. HARRISON (hereinafter, the "Plaintiff"), by and through his undersigned attorney, and hereby moves for additional time to respond to the Motion to Dismiss [Dkt. #11] filed by Defendants DAVID B. SHOAR, and MATTHEW CLINE, as well as the Motion to Dismiss [Dkt. #17] filed by Defendants KENNETH EVERETT and PATRICK WARWIN (hereinafter

collectively, the "Motions to Dismiss"), and in support thereof would state the following:

1.     On July 28, 2021, the Plaintiff filed the Complaint in the above-captioned case. [Dkt. #1].

2.     On September 3, 2021, Defendants David B. Shoar and Matthew Cline filed their Motion to Dismiss. [Dkt. #11].

3.     Additionally, on September 10, 2021, Defendants Kenneth Everett and Patrick Warwin filed their Motion to Dismiss for Failure to State a Claim Under Counts III and V. [Dkt. #17].

4.     On the morning of November 4, 2021, the undersigned suffered a severe "widow-maker" heart attack while in court in St. Augustine, Florida.[1]

5.     Later that day, she underwent a heart catheter and stent procedure to save her life.

6.     She was then released on November 5, 2021, but returned against on November 6, 2021, due to possible complications, but was released later that afternoon.

7.     At present, the undersigned is the only attorney at the firm of Lento Law Group, P.A. who is licensed to practice in the Middle District of Florida as well as the only attorney familiar with the facts of this case.

8.     As a result, the undersigned would request an extension of approximately

---

[1] At present, it is not known if her previous bout of Covid-19 contributed to this incident.

one week, to at least November 17, 2021, to respond to the Motions to Dismiss [Dkts. #11 & 17].

9.      This extension is not asked for in bad faith or to unnecessarily delay or prolong these proceedings and will not prejudice the Defendants.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with the counsel for the Defendants, who did not object to this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the Plaintiff additional time to respond to the Defendants' Motion to Dismiss, up to and including at least November 17, 2021, and for any and all other relief as this Court deems in the interests of justice.

Respectfully submitted,

DATED:    11/10/2021      ROOK ELIZABETH RINGER, ESQ.
**LENTO LAW GROUP, P.A.**
222 San Marco Ave., Ste. "C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on November 10, 2021, a copy of the foregoing has

been furnished by CM/ECF to all counsel of record.


Respectfully submitted,


DATED:    10/15/2021

ROOK ELIZABETH RINGER, ESQ.
**LENTO LAW GROUP, P.A.**
*Attorney for Plaintiff*