UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10).<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

## PLAINTIFFS' CONSENT MOTION TO
## AMEND THE COMPLAINT [Dkt. #1]

**COMES NOW** the Plaintiff, BRYAN A. HARRISON (hereinafter, the "Plaintiff"), by and through his undersigned attorney, and hereby moves this Court to amend the Complaint [Dkt. #1] , and in support thereof would state the following:

1. On July 28, 2021, the Plaintiff filed the Complaint in the above-captioned case. [Dkt. #1].

2. On September 3, 2021, Defendants David B. Shoar and Matthew Cline filed their Motion to Dismiss. [Dkt. #11].

3. Additionally, on September 10, 2021, Defendants Kenneth Everett and Patrick Warwin filed their Motion to Dismiss for Failure to State a Claim Under Counts III and V. [Dkt. #17].

4. In response to the motions to dismiss, the Plaintiff has identified changes that needed to be made to the Complaint.

5. Pursuant to Rule 15(a)(2), Fed. R. Civ. P., a a party may amend its pleading "only with the opposing party's written consent or the court's leave", but the court "should freely give leave when justice so requires".

6. Here, the opposing parties have consented to the amendment of the Complaint, which is attached hereto.

7. As a result, the Plaintiff hereby moves this Court to amend the complaint and to file the attached First Amended Complaint and Jury Trial upon the docket of this Court.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with the counsel for the Defendants, who consented to this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the Plaintiff's Consent Motion to Amend the Complaint [Dkt. #1], and for any and all other relief as this Court deems in the interests of justice.

Respectfully submitted,

DATED:   12/13/2021         ROOK ELIZABETH RINGER, ESQ.
**LENTO LAW GROUP, P.A.**
222 San Marco Ave., Ste. "C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2021, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

Respectfully submitted,

DATED:   12/13/2021         ROOK ELIZABETH RINGER, ESQ.
**LENTO LAW GROUP, P.A.**
*Attorney for Plaintiff*