UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                          Case No. 3:21-cv-746-BJD-LLL

DAVID B. SHOAR, in his official
capacity as Sheriff of St. Johns
County, Florida, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **February 7, 2022**, why **sanctions** should not be imposed for their failure to file a Case Management Report within the time prescribed by Local Rule 3.02(b)(2). The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 24th day of January, 2022.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs
Copies furnished to:

Counsel of Record