UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                  CASE NO. 3:21-cv-746

ST. JOHNS COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.
_____/

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff and Defendants jointly respond to this Court's Order to Show Cause [doc.33] as follows:

The parties are familiar with Local Rule 3.02(b)(2) which requires counsel to confer and to file a Joint Report regarding the case schedule. Since service was effected, counsel have worked together regarding multiple motions to dismiss, amendments to the Complaint, and extensions of time which have been necessitated by various health issues including a heart attack suffered by and the hospitalization of Plaintiff's counsel. Through this process, counsel simply overlooked the obligation to file the Uniform Case Management Report until brought to their attention by this Court's order. Counsel have now conferred and file their Joint Report contemporaneously with the filing of this response.

The oversight by the parties was unintentional and has not resulted in any harm or prejudice to any party. The parties respectfully request that no sanctions be imposed against any party.

Respectfully submitted this 7th day of February 2022.

| */s/ Rook Elizabeth Ringer* | */s/ Gwendolyn P. Adkins* |
|---|---|
| Rook Elizabeth Ringer<br>FBN:1015698<br>LENTO LAW GROUP, P.A.<br>222 San Marco Ave., Ste. C<br>St. Augustine, FL 32084<br>904.602.9400 (Office)<br>904.299.5400 (Fax)<br>reringer@lentolawgroup.com<br><br>*ATTORNEY FOR PLAINTIFF*<br><br>Joseph D. Lento<br>(*Pro Hac Vice* to be applied for)<br>LENTO LAW GROUP, P.A.<br>1500 Market Street – 12th Floor<br>East Tower<br>Philadelphia, PA 19106<br>267.833.0200 (Office)<br>267.833.0300 (Fax)<br>Jdlento@lentolawgroup.com<br><br>TRIAL COUNSEL FOR PLAINTIFF | Gwendolyn P. Adkins<br>FBN:0949566<br>COPPINS MONROE, P.A.<br>1319 Thomaswood Drive<br>Tallahassee, Florida 32308<br>Telephone: (850) 422-2420<br>Facsimile: (850) 422-2730<br>gadkins@coppinsmonroe.com<br>bmiller@coppinsmonroe.com<br>adelk@coppinsmonroe.com<br><br>*ATTORNEY FOR DEFENDANTS KENNETH EVERETT and PATRICK WARWIN* |

|  | ***/s/ David R. Jadon***<br>Bruce R. Bogan<br>FBN: 599565<br>David R. Jadon<br>FBN: 1010249<br>HILYARD, BOGAN & PALMER, P.A.<br>Post Office Box 4973<br>Orlando, FL 32802-4973<br>Telephone: 407-425-4251<br>Facsimile:  407-841-8431<br>bbogan@hilyardlawfirm.com<br>djadon@hilyardlawfirm.<br><br>*ATTORNEYS FOR*<br>*DAVID B. SHOAR and*<br>*MATTHEW CLINE* |
|---|---|

3