# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
Choose division

Plaintiffs,

v.

Case No.

Defendants.

_____

## Mediation Report

The parties held a mediation conference on _____, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☐ lead counsel

☐ the parties or a party's surrogate satisfactory to the mediator

☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐   The parties completely settled the case.

☐   The parties partially settled the case. The following issues remain:

   _____
   _____
   _____
   _____

☐   The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐   The parties have reached an impasse.

                                             _____
                                             Add name of mediator
                                             If counsel, add name of client
                                             Add date of signature