# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:21-cv-00746-BJD-LLL
# Internal Use Only

| | |
|---|---|
| Harrison v. Shoar et al | Date Filed: 07/28/2021 |
| Assigned to: Judge Brian J. Davis | Jury Demand: Plaintiff |
| Referred to: US Magistrate Judge Laura Lothman Lambert | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Bryan A. Harrison**     represented by     **Joseph D. Lento**
Lento Law Group, P.A.
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19106
(267) 833-0200
Fax: (267) 833-0300
Email: Jdlento@lentolawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rook Elizabeth Ringer**
Lento Law Group, P.A.
222 San Marco
Suite C
St. Augustine, FL 32084
904-602-9400
Email: reringer@lentolawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**David B. Shoar**     represented by     **Bruce R. Bogan**
*in his official capacity as Sheriff of St. Johns County, Florida*
Hilyard, Bogan & Palmer, PA
105 E Robinson St - Suite 201
PO Box 4973
Orlando, FL 32802
407/425-4251
Fax: 407/841-8431
Email: bbogan@hilyardlawfirm.com
*ATTORNEY TO BE NOTICED*

**David Jadon**
Hilyard, Bogan, & Palmer
105 E. Robinson St

                                                                                           Orlando, FL 32801
                                                                                          407-425-4251
                                                                                          Email: djadon@yiyardlawfirm.com
                                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Cline**
*in his official capacity as Undersheriff of St. Johns County, Florida*

represented by **Bruce R. Bogan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Jadon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth Everett**
*in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office*

represented by **Gwendolyn Palmer Adkins**
Coppins, Monroe, Adkins & Dincman, PA
1319 Thomaswood Dr
Tallahassee, FL 32308
850/422-2420
Fax: 850/422-2730
Email: gadkins@coppinsmonroe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Warwin**
*in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office*

represented by **Gwendolyn Palmer Adkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John & Jane Doe Sheriff's Deputies (1-10)**

**Defendant**

**John & Jane Doe Supervisory Deputies (1-10)**

**Defendant**

**St. Johns County, Florida**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2021 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 402 receipt number AFLMDC-18528660) filed by Bryan A. Harrison. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B, # 4 Civil Cover Sheet)(Ringer, Rook) (Entered: 07/28/2021) |
| 07/28/2021 | 2 | PROPOSED summons to be issued by Bryan A. Harrison. (Ringer, Rook) (Entered: 07/28/2021) |
| 07/28/2021 | 3 | PROPOSED summons to be issued by Bryan A. Harrison. (Ringer, Rook) (Entered: 07/28/2021) |

| | | |
|---|---|---|
| 07/28/2021 | 4 | PROPOSED summons to be issued by Bryan A. Harrison. (Ringer, Rook) (Entered: 07/28/2021) |
| 07/28/2021 | 5 | PROPOSED summons to be issued by Bryan A. Harrison. (Ringer, Rook) (Entered: 07/28/2021) |
| 07/28/2021 | 6 | PROPOSED summons to be issued by Bryan A. Harrison. (Ringer, Rook) (Entered: 07/28/2021) |
| 07/29/2021 | 7 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge James R. Klindt. New case number: 3:21-cv-0746-BJD-JRK. (SJB) (Entered: 07/29/2021) |
| 07/29/2021 | 8 | SUMMONS issued as to Matthew Cline, Kenneth Everett, David B. Shoar, St. Johns County, Florida, Patrick Warwin. (AEP) (Entered: 07/29/2021) |
| 08/02/2021 | 9 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (CKS) (Entered: 08/02/2021) |
| 09/03/2021 | 10 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint by Kenneth Everett, Patrick Warwin. (Adkins, Gwendolyn) Motions referred to Magistrate Judge James R. Klindt. (Entered: 09/03/2021) |
| 09/03/2021 | 11 | MOTION to Dismiss Complaint by Matthew Cline, David B. Shoar. (Bogan, Bruce) (Entered: 09/03/2021) |
| 09/07/2021 | 12 | **ORDER granting 10 Unopposed Motion by Defendants Warwin & Everett for Enlargement of Time to Respond to Complaint. Defendants Kenneth Everett and Patrick Warwin shall have up to and including 9/10/2021 to file a response to the Complaint and Demand for Jury Trial (Doc. No. 1). Signed by Magistrate Judge James R. Klindt on 9/7/2021. (MDC)** (Entered: 09/07/2021) |
| 09/08/2021 | 13 | RETURN of service executed on 8/17/2021 as to Matthew Cline by Bryan A. Harrison. (Ringer, Rook) Modified date on 9/9/2021. (AEP) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | RETURN of service executed on 8/14/2021 as to Patrick Warwin by Bryan A. Harrison. (Ringer, Rook) Modified date on 9/9/2021. (AEP) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | RETURN of service executed on 8/14/2021 as to Kenneth Everett by Bryan A. Harrison. (Ringer, Rook) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | RETURN of service executed on 8/14/2021 as to David B. Shoar by Bryan A. Harrison. (Ringer, Rook) (Entered: 09/08/2021) |
| 09/10/2021 | 17 | MOTION to Dismiss for Failure to State a Claim *Under Counts III and V* by Kenneth Everett, Patrick Warwin. (Adkins, Gwendolyn) (Entered: 09/10/2021) |
| 09/10/2021 | 18 | ANSWER and affirmative defenses to 1 Complaint by Kenneth Everett, Patrick Warwin.(Adkins, Gwendolyn) (Entered: 09/10/2021) |
| 09/24/2021 | 19 | Unopposed MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Dismiss Complaint by Bryan A. Harrison. (Ringer, Rook) Motions referred to Magistrate Judge James R. Klindt. (Entered: 09/24/2021) |

| | | |
|---|---|---|
| 09/30/2021 | 20 | **ENDORSED ORDER: 19 Plaintiffs' Motion for Extension of Time to Respond to (Docs. 11 and 17) Defendants' Motions to Disimss is GRANTED. Plaintiff shall file his response(s) no later than October 15, 2021. Signed by Judge Brian J. Davis on 9/29/2021. (CKS)** (Entered: 09/30/2021) |
| 10/15/2021 | 21 | Second MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Dismiss Complaint , 17 MOTION to Dismiss for Failure to State a Claim *Under Counts III and V* by Bryan A. Harrison. (Ringer, Rook) Motions referred to Magistrate Judge James R. Klindt. (Entered: 10/15/2021) |
| 10/19/2021 | 22 | **ENDORSED ORDER: 21 Plaintiff's Second Motion for Extension of Time to Respond is GRANTED. Plaintiff shall respond to Docs. 11 and 17 Defendants' Motions to Dismiss on or before November 10, 2021. Signed by Judge Brian J. Davis on 10/19/2021. (AMP)** (Entered: 10/19/2021) |
| 11/01/2021 | 23 | NOTICE to counsel Joseph D. Lento Local Rule 2.01(c), Special Admission of Non-Resident Lawyer - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the non-resident lawyer or the motion may be filed on paper; Pay the Special Admission Fee; Submit a Pro Hac Vice E-File Registration through PACER. Visit www.flmd.uscourts.gov/for-lawyers for details (Signed by Deputy Clerk). (KEM) (Entered: 11/01/2021) |
| 11/10/2021 | 24 | Third MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Dismiss Complaint , 17 MOTION to Dismiss for Failure to State a Claim *Under Counts III and V* by Bryan A. Harrison. (Ringer, Rook) Motions referred to Magistrate Judge James R. Klindt. (Entered: 11/10/2021) |
| 11/16/2021 | 25 | CASE Reassigned to Magistrate Judge Laura Lothman Lambert. New case number: 3:21-cv-746-BJD-LLL. Magistrate Judge James R. Klindt no longer assigned to the case. (KEM) (Entered: 11/16/2021) |
| 11/16/2021 | 26 | **ENDORSED ORDER: Plaintiffs' Third Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. 24) is GRANTED. Plaintiff shall respond to Defendants' Motions to Dismiss (Docs. 11 and 17) on or before December 13, 2021. Signed by Judge Brian J. Davis on 11/16/2021. (CKS)** (Entered: 11/16/2021) |
| 12/13/2021 | 27 | Consent MOTION to Amend 1 Complaint by Bryan A. Harrison. (Attachments: # 1 Exhibit First Amended Complaint)(Ringer, Rook) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 12/13/2021) |
| 12/14/2021 | 28 | **ENDORSED ORDER granting 27 Plaintiffs' Consent Motion to Amend the Complaint, Doc. 1. The Clerk of Court shall file the Amended Complaint, Doc. No. 27-1, as of the date of this Order. Defendants shall respond to the First Amended Complaint and Demand for Jury Trial within the time permitted by the Federal Rules of Civil Procedure. Signed by Magistrate Judge Laura Lothman Lambert on 12/14/2021. (MDC)** (Entered: 12/14/2021) |
| 12/14/2021 | 29 | AMENDED COMPLAINT against Matthew Cline, Kenneth Everett, John & Jane Doe Sheriff's Deputies (1-10), John & Jane Doe Supervisory Deputies (1-10), David B. Shoar, St. Johns County, Florida, Patrick Warwin with Jury Demand. filed by Bryan A. Harrison. Related document: 1 Complaint filed by Bryan A. Harrison. (AEP) (Entered: 12/15/2021) |
| 12/20/2021 | 30 | **ENDORSED ORDER: 11 and 17 Defendants' Motions to Dismiss are DENIED AS MOOT in light of 29 Plaintiff's Amended Complaint. Signed by Judge Brian J. Davis on 12/20/2021. (AMP)** (Entered: 12/20/2021) |

| | | | |
|---|---|---|---|
| 12/23/2021 | | 31 | ANSWER and affirmative defenses to 29 Amended Complaint by Kenneth Everett, Patrick Warwin.(Adkins, Gwendolyn) (Entered: 12/23/2021) |
| 01/24/2022 | 📎 | 32 | MOTION to Dismiss 29 First Amended Complaint and Incorporated Memorandum of Law by Matthew Cline, David B. Shoar. (Bogan, Bruce) (Modified on 1/25/2022 to edit docket text and relationship) (JDR). (Entered: 01/24/2022) |
| 01/26/2022 | | 33 | **ORDER directing the parties to SHOW CAUSE on or before February 7, 2022, why sanctions should not be imposed due to their failure to file a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B). Failure to respond may result in dismissal of this action or the entry of sanctions without further notice. Signed by Judge Brian J. Davis on 1/24/2022. (CKS)** (Entered: 01/26/2022) |
| 02/07/2022 | | 34 | CASE MANAGEMENT REPORT. (Adkins, Gwendolyn) (Entered: 02/07/2022) |
| 02/07/2022 | | 35 | JOINT RESPONSE re 33 Order to show cause by Kenneth Everett, Patrick Warwin. (Adkins, Gwendolyn) (Modified on 2/8/2022 to edit docket text) (JDR). (Entered: 02/07/2022) |