



## ST JOHNS COUNTY SHERIFF'S OFFICE

4015 LEWIS SPEEDWAY, SAINT AUGUSTINE, FLORIDA 32084
904/209-1545 (FAX) • 904/824-8304 (Office) • WWW.SJSO.ORG

# CITIZEN COMMENT FORM

Citizens are encouraged to bring forward legitimate grievances regarding misconduct by any St. Johns County Sheriff's Office employee. This comment form is to be made available to any citizen who wishes to file a complaint. The person who is making the complaint must complete the form in its entirely. Anyone who needs assistance in completing the complaint form should call (904)824-8304 and contact an Internal Affairs representative. The completed form can be submitted by mail to the St. Johns County Sheriff's Office, Internal Affairs Unit, 4015 Lewis Speedway, St. Augustine, Florida 32084 or given directly to any member of the St. Johns County Sheriff's Office.

In order to preserve the integrity of the process, all investigations of misconduct are based on sworn testimony given in writing and in tape-recorded oral interviews. In the interest of fairness, it is important that Florida Statutes 837.06 and 775.082-083-084 are understood by anyone making an official statement in connection with an official investigation. Whoever knowingly makes a false statement with the intent to mislead a public servant in the performance of their official duty shall be guilty of a misdemeanor of the second degree. Further, if the allegation(s) against the officer are unfounded, the accused has the right to pursue civil recourse against the complainant.

NAME: Bryan Harrison                      DATE: 11/20/2019
HOME ADDRESS: 344 Palmas Circle
CITY: Saint Augustine        STATE: FL        ZIP: 32086
PHONE: 9047293173    BUSINESS PHONE:            CELL:
EMPLOYEE(S) INVOLVED: Officer Kenith Everett
DATE OF INCIDENT: 7/29/2019                TIME: ~3:00pm(I have 360 video timestamp
LOCATION: 245 Lasa Drive St.Augustine
REPORT NUMBER (IF APPLICABLE) _____

COMPLAINANT'S DESCRIPTION OF EVENTS. (PLEASE BE SPECIFIC, YOU MAY USE ADDITIONAL SHEETS IF NECESSARY). _____

I want premise this that i was going send an email over a month ago but against my better judgment i let my parents talk me out of it. I had an email but not this form. In any event on July 29th Officer Everett (who I had not met or known until that day) knocked on my door to my apartment. He was with another officer but his name escapes me and he was not the officer that I am concerned about. When he knocked on my door I looked through peephole as I always do check see who it was as I was not expecting anyone. They did not identify themselves as police but I could see they where through peephole

_____                    DATE: _____
COMPLAINANT'S SIGNATURE

---

**FOR AGENCY USE ONLY**

RECEIVED BY _____ ID# _____ DATE _____

*FORWARD DIRECTLY TO INTERNAL AFFAIRS SUPERVISOR*

REVISED 06/11/15                                                SJSO-371A

PAGE: __1_ of __1_

COMPLAINANT'S DESCRIPTION OF EVENTS CONTINUED:

and asked was there a warrant or probable cause for my arrest and why they where at my residence. They said they could not hear me and if i could open door. Knowing I had not been in trouble since 2005 and am a law abiding citizen with my Masters Degree soon to be PhD decided I would open the door . I turned on my 360 video camera as I wanted everyhing to be recorded. I opened the door just enough so they could see my face hands and that i was no threat and aswer their questions. However they did not introduce thelselves only Everett spoke the entire time. He began aggressivly by bombarding me with questions regading my exgirlfriend Danielle McDaniel. I immedieatly senesed a hostile attitude and tone and responded as I always do " Officer I am sorry but I dont answer any questions without my attorney present", He again asked another question and I responded the same " Again Officer I am sorry but I dont answer any questions without my attorney present", at this point I saw he was getting upset for no reason and he raised his voice asking me a 3rd time to which i replied " Officer look I just told you I dont answer questions without my attorney present and I think we are done here Have a good day" . I then began to shut the door at which point Officer Eeverett put his shoe in between door and wall as to keep me from closing door. The other officer helped push door open. I told the officers they where being filmed and why where they violating my 4th ammendement right. There was no proabable cause nor was there any immenet threat yet they decided to cuff me enter my residence and to make matters worse they took me in front of my neigfhbors put me in a patrol car that was not running and the temperature inside was 130-140 Degree Farenheit which is easy estimate as I had my masters in forensics and had been trying to apply to FDLE. I digress , in either case I kept telling the officers who had left me in car windows all way up that I was having trouble breathing. They where standing no more than 3 feet from car. Officer Everett had his back turned me while other officer couild clearly see me asking for assitance which they ignored. I then began to have chest pains and kept asking for help at about 45 minutes Officer Everett opened driver dsoor turned car on with key and had the audacity to say " its been on the entire time" I replied "are you really going lie my face thats fine im sure there is a blackbox in the car show it was not running" he then walked away. I asked him after few min come back and he did and I said im having chest pains and what is going on? He then replied "So you willing to talk to me now" To which I replied "That depends am I under arrest?" he walked away and dint answer but I was still having massive chest pain . Approximately 5-10 min later he returned and said your being placed under arrest for felony stalking. I immediatly started having extreme chest pain and relayed it to officer Everett who finnaly rlelented and caled EMS after I pointed out it was my right be seen by EMS. At that point Officer Everett said " Because of your medical im going let u out and sit on ground and uncuff you . After he did this I layed on ground waiting for EMS. WHen they arrived they concluded I was having a masive panic attack and I should be allowed to take my medication I had inside my apartment. By this point the Sargent and about 4 other police units where there. After EMS relayed this to the Sargent I asked him am I under arrest whats going on. He replied "you just need chil" , ehich is ironic because I was chilling and fien until Emmerson violated my 4th ammendment rights. After about another minute the Sargent said "you can go take your meds do you mind if an EMS follows you?" I said well first am I under arrest to which he replied " who said that". I made it clear to the Sargent and said "I only want EMS following me becaause after what just transpired I do not feel comfortable nor trust these officers". EMS followed me into my apartment watched me take my medication and then left. I was never arrested that day and they never even told me not to have contact with my ex girlfriend however it was obvious something was going on and from that moment I had no further contact with Daniel McDaniel. Yet on August 5th starting my 1st day of work I was arrested for the exact charge. I can prove 100% the allegations are false and whats distrubing is that Everett was the Officer who took 2 voice statements from Daniel McDaniel. He also filed a False report against me! He said that on July 26th he identified me by DL (Driver License) in fornt of alleged victims house . First I never met that man until 29th when he knocked on my door so how did he identify me on a day I was never there. Whats even more odd to me is he wrote this report the 31st of July a full week after alleged incident and under the time is had 5 but the Am or PM box is not checked. I feel it is very likely that this officer had an innapropriate relationship with Daniel McDaniel as mutual friends told me as much I know its hearsay but considering his actions I dont understand why he would falsify evidence and break the law.

_____ DATE: _____
COMPLAINANT'S SIGNATURE

**FOR AGENCY USE ONLY**

RECEIVED BY _____ ID# _____ DATE_____

*FORWARD DIRECTLY TO INTERNAL AFFAIRS SUPERVISOR*

REVISED  06/11/15                                                                                                                                                              SJSO-371B

PAGE: _____ of _____

COMPLAINANT'S DESCRIPTION OF EVENTS CONTINUED:

This type of conduct is atroicious and I know is not represntative of all law enforcement but I am very concerned. In one of the voice interviews he even made the statement. " So you want me to arrest him for whatever I can" to which she answers " Yes , Please" Those type of staements and  the way he has beheaved throughout this case falsifying evidence there is no doubt that what he has done is not legal and my rights are being violated.

_____   DATE: _____
COMPLAINANT'S SIGNATURE

**FOR AGENCY USE ONLY**

RECEIVED BY _____   ID# _____   DATE_____

*FORWARD DIRECTLY TO INTERNAL AFFAIRS SUPERVISOR*

REVISED  06/11/15                                                                                                                    SJSO-371B