| EVERETT | KENNY | | 10380 |
|---------|-------|--|-------|
| LAST NAME | FIRST | MIDDLE | ID # |

SUBJECT: Violation of Policy 26.1 - Bullet 2.29 Standards of Conduct ref: 19CAD153270

The following is to certify that on ___07-29-19___ I, _____SGT. A. Thornton_____ (Supervisor),

determined it necessary to counsel with _____DEP. K. Everett_____ (Employee) in reference to

2.29 - Neglect to perform any duty in the manner required by rules and regulations, rules of duty or rules of procedure.

On 07-29-19, you entered a residence, without the legal justification to enter a dwelling to arrest a misdemeanor stalking

suspect. He was secured and a short time later released; while on scene. Case law listed in the 2019 Legal Guidelines

prohibits this type of action. The Legal Guidelines were reviewed and DEP. Everett now has a better understanding of

the legal exceptions to enter dwellings and make arrests.

Supervisor's Signature: _SGT_____ 310b_____ Date: 07-29-19

Employee Comments _____

_____

_____

_____

Note: "If behavior/performance is not corrected/improved, such behavior/performance will require a Does Not Meet Standard rating on your next evaluation and may be used as supporting documentation if discipline becomes necessary.

This is to certify that on ___7-29-19___ (date), I _Keneth Everett_

(Employee), was counseled regarding the above matter. This matter has been thoroughly and clearly explained to me, and

I understand what I must do to correct said deficiencies.

Employee: _DEP_____ ID# 10380 Date: 7-29-19

Supervisor's remarks following counseling session: _DEP. EVERET UNDERSTOOD WHAT_

_IS EXPECTED IN THE FUTURE WITH A SIMILAR SITUATION_

_____ (Initials) See (Date) 072919

Next Level of Command: _____ Date: 7-29-19

CC Employee (Date): _SEE 07-29-19_