UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| BRYAN A. HARRISON | Case No.: 3:21-cv-746-BJD-JRK |
| Plaintiff, | |
| v. | |
| DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10)., | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02 of the Local Rules for the United States District Court

of the Middle District of Florida, the Plaintiff, BRYAN A. HARRISON (hereinafter,

"Plaintiff"), by and through her undersigned counsel, moves this Court for an order

allowing Joseph Lento (hereinafter, "Mr. Lento") to appear in this Court as co-

counsel on behalf of the Plaintiff in the above-styled lawsuit. In support of this motion, the Plaintiff states as follows:

1.      Mr. Lento is a principal of the law firm, Lento Law Group, P.A., which has been retained to represent BRYAN A. HARRISON in this case.

2.      Mr. Lento would be serving as co-counsel to the undersigned in all proceedings conducted in this cause.

3.      Mr. Lento is not admitted to practice in the United States District Court for the Middle District of Florida.

4.      Mr. Lento is a member in good standing and admitted to practice in the following jurisdictions: State Bar of New Jersey; State Bar of Pennsylvania; State Bar of New York and the U.S. District Court for New Jersey.

5.      Mr. Lento is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rules 2.01(d), 2.02 and Rule 2.04 thereof.

6.      Mr. Lento is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

7.      Mr. Lento designates Rook Elizabeth Ringer and the law firm of Lento Law Group, P.A., 222 San Marco Ave., Ste. "C", St. Augustine, FL 32084, reringer@lentolawgroup.com, as the lawyer and law firm upon whom all notices and

papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

8.     Rook Elizabeth Ringer, Esquire is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and maintains an office in this state for the practice of law.

9.     Through her signature below, Rook Elizabeth Ringer, Esq. of the law firm of Lento Law Group, P.A. hereby consents to such designation and the terms of this Motion.

10.     Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Rook Elizabeth Ringer certifies that Mr. Lento has complied with the fee requirements of Rule 2.01(d) and will complete e-filing registration in accordance with Rule 2.01(d) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, the Plaintiff, BRYAN A. HARRISON, respectfully requests this Court enter an order admitting Joseph Lento, to practice before this Court *pro hac vice* for all purposes relating to this matter.

Respectfully submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698

LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 14, 2022, a copy of the foregoing has

been furnished by CM/ECF to all counsel of record.

Respectfully Submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*