UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:  3:21-cv-00746-BJD-LLL

BRYAN A. HARRISON,

    Plaintiff,

v.

DAVID B. SHOAR, in his official capacity
as Sheriff of St. Johns County, Florida,
ST JOHNS COUNTY, FLORIDA,
MATTHEW CLINE, in his official capacity
as Undersheriff of St. Johns County, Florida,
KENNETH EVERETT, in his personal and
official capacities as a deputy of the St. Johns
County Sheriff's Office, PATRICK WARWIN,
in his personal and official capacities as a
deputy of the St. Johns County Sheriff's Office,
JOHN AND JANE DOE SHERIFF'S DEPUTIES
(1-10) and JOHN AND JANE DOE SUPERVISORY
DEPUTIES (1-10).

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, SHERIFF DAVID SHOAR AND UNDERSHERIFF MATTHEW CLINE

    I hereby disclose the following pursuant to this Court's Order Requiring Disclosure Statement:

1.)    the name of each person, lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate,

member, and other entity that has or might have an interest in the outcome of this action:

- a) Bryan A. Harrison - Plaintiff
  c/o Rook Elizabeth Ringer, Esquire
  Lento Law Group, P.A.
  222 San Marco Ave., Ste. C
  St. Augustine, Florida 32084

- b) Rook Elizabeth Ringer, Esquire – Plaintiff's Counsel
  Lento Law Group, P.A.
  222 San Marco Ave., Ste. C
  St. Augustine, Florida 32084

- c) Lento Law Group, P.A. – Law firm representing Plaintiff
  222 San Marco Ave., Ste. C
  St. Augustine, Florida 32084

- d) David B. Shoar, Former Sheriff of St. Johns County – Defendant
  c/o Bruce R. Bogan, Esquire
  Hilyard, Bogan & Palmer, P.A.
  105 East Robinson Street, Suite 201
  Orlando, FL  32801

- e) Matthew Cline, Former Undersheriff of St. Johns County – Defendant
  c/o Bruce R. Bogan, Esquire
  Hilyard, Bogan & Palmer, P.A.
  105 East Robinson Street, Suite 201
  Orlando, FL  32801

- f) Robert A. Hardwick, as Current Sheriff of St. Johns County – Defendant
  c/o Bruce R. Bogan, Esquire
  Hilyard, Bogan & Palmer, P.A.
  105 East Robinson Street, Suite 201
  Orlando, FL  32801

g)     Bruce R. Bogan, Esquire – Counsel for Defendants Shoar and Cline
Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street, Suite 201
Orlando, FL 32801

h)     Hilyard, Bogan & Palmer, P.A. – Law Firm representing Defendants Shoar and Cline
105 East Robinson Street, Suite 201
Orlando, FL 32801

i)     Kenneth Everett – Defendant
c/o Gwendolyn P. Adkins, Esq.
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

j)     Patrick Warwin – Defendant
c/o Gwendolyn P. Adkins, Esq.
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

k)     Gwendolyn P. Adkins, Esq. – Counsel for Defendants Warwin and Everett
Coppins Monroe, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308

l)     Coppins Monroe, P.A. – Law Firm representing Defendants Warwin and Everett
1319 Thomaswood Drive
Tallahassee, FL 32308

m)     Florida Sheriffs Risk Management Fund
2900 Summit Lake Drive
Tallahassee, FL 32317

2.) the name of each other entity whose publicly traded shares or debt may potentially be affected by the outcome of the proceedings:   N/A

3.) the name of each other entity likely to actively participate in the proceedings, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:   N/A

4.) each person arguably eligible for restitution:   N/A

5.) Check one of the following:

__X__ a.  I certify that, except as disclosed, I am unaware of an actual potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF Portal which will send notice of electronic filing to Plaintiff's counsel, **Rook Elizabeth Ringer, Esquire**, Lento Law Group, PA, 222 San Marco, Suite C, St. Augustine, FL 32084, **Gwendolyn P. Adkins**, Esquire, Coppins Monroe, P.A., 1319 Thomaswood Drive, Tallahassee, FL 32308, **Bradley Bulthuis**, Esquire, 500 San Sebastian View, St. Augustine, Florida 32084 and **Joseph D. Lento, Esquire**, Lento Law Group, PA, 1500 Market Street, 12th Floor, East Tower, Philadelphia, PA 19106.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249

Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
         djadon@hilyardlawfirm.com
Attorneys for Defendants David Shoar
and Matthew Cline