UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:  3:21-cv-00746-BJD-LLL

BRYAN A. HARRISON,

    Plaintiff,

v.

DAVID B. SHOAR, in his official capacity
as Sheriff of St. Johns County, Florida,
ST JOHNS COUNTY, FLORIDA,
MATTHEW CLINE, in his official capacity
as Undersheriff of St. Johns County, Florida,
KENNETH EVERETT, in his personal and
official capacities as a deputy of the St. Johns
County Sheriff's Office, PATRICK WARWIN,
in his personal and official capacities as a
deputy of the St. Johns County Sheriff's Office,
JOHN AND JANE DOE SHERIFF'S DEPUTIES
(1-10) and JOHN AND JANE DOE SUPERVISORY
DEPUTIES (1-10).

    Defendants.
_____/

## DEFENDANTS SHERIFF DAVID B. SHOAR AND UNDERSHERIFF MATTHEW CLINE'S NOTICE OF PENDENCY OF OTHER ACTIONS

COMES NOW, Defendants, David B. Shoar, in his official capacity as Sheriff of St. Johns County, Florida and Matthew Cline, in his official capacity as Undersheriff of St. Johns County, Florida, by and through their

undersigned attorneys, hereby file and serve this Notice of Pendency of Other Actions. Pursuant to Local Rule 1.04(d), I certify that the instant action:

**X**   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

   2019-MM-1355; St. Johns County Case
   2019-MM-1319; St. Johns County Case

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

                           Respectfully
                           submitted,


                           /s/ Bruce R. Bogan
                           Bruce R. Bogan, Esquire
                           Fla. Bar No. 599565
                           David R. Jadon, Esquire
                           Fla. Bar No. 1010249
                           Hilyard, Bogan & Palmer, P.A.
                           Post Office Box 4973
                           Orlando, FL 32802-4973
                           Telephone: 407-425-4251
                           Facsimile:  407-841-8431
                           Email: bbogan@hilyardlawfirm.com
                                      djadon@hilyardlawfirm.com


## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 22nd day of February, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF Portal which will send notice of electronic filing to Plaintiff's counsel, **Rook**

**Elizabeth Ringer, Esquire**, Lento Law Group, PA, 222 San Marco, Suite C, St. Augustine, FL 32084, **Gwendolyn P. Adkins**, Esquire, Coppins Monroe, P.A., 1319 Thomaswood Drive, Tallahassee, FL 32308, **Bradley Bulthuis**, Esquire, 500 San Sebastian View, St. Augustine, Florida 32084 and **Joseph D. Lento, Esquire**, Lento Law Group, PA, 1500 Market Street, 12th Floor, East Tower, Philadelphia, PA 19106.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
         djadon@hilyardlawfirm.com
Attorneys for Defendants David Shoar and Matthew Cline