UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                        CASE NO. 3:21-cv-746

ST. JOHNS COUNTY
SHERIFF'S OFFICE, et al.

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS EVERETT AND WARWIN

Pursuant to the Local Rules of the Middle District of Florida and this Court's Order Requiring Disclosure Statement [doc.36], Defendants Everett and Warwin make the following disclosures as required by Local Rule 3.03:

(a) DISCLOSURE STATEMENT.

1.) the name of each person, lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other entity that has or might have an interest in the outcome of this action:

    a)    Bryan A. Harrison
            Plaintiff
            c/o Rook Elizabeth Ringer, Esquire
            Lento Law Group, P.A.
            222 San Marco Ave., Ste. C
            St. Augustine, FL 32084

b)     Rook Elizabeth Ringer, Esquire
Plaintiff's Counsel
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084

c)     Joseph D. Lento, Esquire
Plaintiff's Counsel
Lento Law Group, P.A.
1500 Market Street – 12th Floor
East Tower
Philadelphia, PA 19106

d)     Lento Law Group, P.A.
Law firm representing Plaintiff
222 San Marco Ave., Ste. C
St. Augustine, FL 32084

e)     David B. Shoar
Former Sheriff of St. Johns County
Defendant
c/o Bruce R. Bogan, Esquire
Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street, Suite 201
Orlando, FL  32801

f)     Matthew Cline
Former Undersheriff of St. Johns County
Defendant
c/o Bruce R. Bogan, Esquire Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street, Suite 201
Orlando, FL  32801

g) Robert A. Hardwick
 as Current Sheriff of St. Johns County
 Defendant
 c/o Bruce R. Bogan, Esquire
 Hilyard, Bogan & Palmer, P.A.
 105 East Robinson Street, Suite 201
 Orlando, FL  32801

h) Bruce R. Bogan, Esquire
 Counsel for Defendants Shoar and Cline
 Hilyard, Bogan & Palmer, P.A.
 105 East Robinson Street, Suite 201
 Orlando, FL  32801

i) Hilyard, Bogan & Palmer, P.A.
 Law Firm representing Defendants Shoar and Cline
 105 East Robinson Street, Suite 201
 Orlando, FL  32801

j) Kenneth Everett
 Defendant
 c/o Gwendolyn P. Adkins, Esq.
 Coppins Monroe, P.A.
 1319 Thomaswood Drive
 Tallahassee, FL 32308

k) Patrick Warwin
 Defendant
 c/o Gwendolyn P. Adkins, Esq.
 Coppins Monroe, P.A.
 1319 Thomaswood Drive
 Tallahassee, FL 32308

l) Gwendolyn P. Adkins, Esq.
 Counsel for Defendants Warwin and Everett
 Coppins Monroe, P.A.
 1319 Thomaswood Drive
 Tallahassee, FL 32308

m)     Coppins Monroe, P.A.
        Law Firm representing Defendants Warwin and Everett
        1319 Thomaswood Drive
        Tallahassee, FL 32308

n)      Florida Sheriffs Risk Management Fund
        2900 Summit Lake Drive
        Tallahassee, FL 32317

2.) the name of each other entity whose publicly traded shares or debt may potentially be affected by the outcome of the proceedings: N/A

3.) the name of each other entity likely to actively participate in the proceedings, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:  N/A

4.) each person arguably eligible for restitution:  N/A

(b) CERTIFICATION.

     I certify that, except as disclosed, I am unaware of an actual OR potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

     Respectfully submitted this <u>24th</u> day of February 2022.

                             */s/ Gwendolyn P. Adkins*



                         Gwendolyn P. Adkins
                         (FBN: 0949566)
                         gadkins@coppinsmonroe.com
                         bmiller@coppinsmonroe.com
                         cmarchena@coppinsmonroe.com

                 COPPINS MONROE, P.A.
                 1319 Thomaswood Drive
                 Tallahassee, FL 32308
                 Office: 850-422-2420    Fax: 850-422-2730

                 ATTORNEYS FOR DEFENDANTS
                 KENNETH EVERETT and PATRICK WARWIN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

/s/ *Gwendolyn P. Adkins*
Attorney