United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

    Plaintiff,

v.                                                            NO. 3:21-cv-746-BJD-LLL

**DAVID B. SHOAR, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. JOHNS COUNTY FLORIDA, ET AL.,**

    Defendants.

---

### Order Granting Motion to Appear Pro Hac Vice

Plaintiff's Motion for Admission *Pro Hac Vice* and Written Designation and Consent to Act, doc. 39, as supplemented by the local Rule 3.01(g) Certification, doc. 47, is **granted**. Joseph P. Lento is permitted to appear *pro hac vice* on behalf of the plaintiff. Mr. Lento shall register with the Court's electronic case filing (ECF) system if he has not already done so.

**Ordered** in Jacksonville, Florida, on February 28, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Rook Elizabeth Ringer, Esquire
Joseph D. Lento, Esquire
Bruce R. Bogan, Esquire
David Jadon, Esquire
Gwendolyn Palmer Adkins, Esquire