UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10).).<br><br>Defendants. | Case No.: 3:21-cv-00746-BJD-JRK |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    1) Bryan A. Harrison, Plaintiff
    2) Rook Elizabeth Ringer, attorney for Plaintiff

    3) Joseph D. Lento, attorney for Plaintiff
    4) Lento Law Group, P.A., attorneys for Plaintiff

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    NONE

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    NONE

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Bryan A. Harrison, Plaintiff

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2022, I have served a true and correct copy of the foregoing document upon the following counsel:

Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla Bar No. 1010249
Hilyard, Bogan & Palmer, P.A.
PO Box 4973
Orlando, FL 32802-4973
bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
*Attorneys for Defendants Shoar & Cline*

Gwendolyn P Adkins
Fla. Bar No. 949566
Coppins Monroe, P.A.
1319 Thomaswood Dr
Tallahassee, FL 32308
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com
*Attorneys for Defendants Everett & Warwin*

Respectfully Submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*