UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v().                                 Case No. 3:21-cv-746-BJD-LLL

DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, MATTHEW CLINE, in his personal capacity, KENNETH EVERETT, in his personal capacity, PATRICK WARWIN, in his personal capacity, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), and ST. JOHNS COUNTY, FLORIDA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. On February 8, 2022, the Court entered a Case Management and Scheduling Order directing the parties to select a court-approved mediator, who is acceptable to both parties and inform the Court of the Mediator's name, address and telephone number no later than May 31, 2022. See Case Management and Scheduling Order (Doc. 36). As of today's date, the parties have failed to inform the Court of their mediator selection.

Accordingly, it is **ORDERED**:

On or before **June 23, 2022**, the parties shall file a notice of mediator selection which includes the address and telephone number of that mediator. The parties are cautioned that failure to respond to this order may result in **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of June, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties