UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                    CASE NO. 3:21-cv-746

ST. JOHNS COUNTY SHERIFF'S
OFFICE, ET. AL.,

    Defendants.

_____/

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Case Management and Scheduling Order (Doc.36) and its Order of June 14, 2022 (Doc.51), the parties notify the Court that they have selected David Brecher as a mediator. The mediation date will be confirmed prior to the deadline.

Respectfully submitted this 23rd day of June 2022.

                                        **COPPINS MONROE, P.A.**

                                        */s/ Gwendolyn P. Adkins*
Gwendolyn P. Adkins, FBN: 0949566
1319 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 422-2420
Facsimile: (850) 422-2730
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com

ATTORNEYS FOR DEFENDANTS
KENNETH EVERETT and
PATRICK WARWIN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

                                        */s/ Gwendolyn P. Adkins*
                                        Attorney