UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                    Case No. 3:21-cv-746-BJD-LLL

DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, MATTHEW CLINE, in his personal capacity, KENNETH EVERETT, in his personal capacity, PATRICK WARWIN, in his personal capacity, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), and ST. JOHNS COUNTY, FLORIDA,

    Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Selection of Mediator (Doc. 51) and in accordance with the rules governing mediation set forth in Chapter Four of the Rules of the United States District Court for the Middle District of Florida, it is

**ORDERED** that the following individual is appointed to serve as mediator in this action:

| | |
|---|---|
| **Name of Mediator:** | David Brecher, Esq. |
| **Firm's Name and Address:** | Brecher Mediation, PLC<br>301 W Bay Street, Ste. 1443<br>Jacksonville, Florida 32202 |
| **Telephone Number:** | (904) 329-7272 |

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of June, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record
unrepresented parties (if any)