# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10).<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-LLL |

## ROOK ELIZABETH RINGER'S UNOPPOSED MOTION TO WITHDRAW

**COMES NOW** ROOK ELIZABETH RINGER, of the law firm The Law Office of Rook Ringer, and hereby moves to withdraw as attorney for the Plaintiff, BRYAN A. HARRISON (hereinafter, the "Plaintiff"), pursuant to Local Rule 2.02(c), and in support thereof would state the following:

   1.    On May 17, 2022, the undersigned resigned from her position at Lento Law Group.

2. On June 20, 2022, the Plaintiff elected to continue to be represented by Lento Law Group, and as such consents to the withdrawal.

3. Joseph D. Lento has appeared *pro hac vice* in this case as of February 28, 2022. [Dkt. #48].

4. On information and belief, Lento Law Group attorney Chigozie Nwankwo will be appearing in this case.

### Local Rule 3.01(g) Certification

The undersigned has conferred with counsel for the Defendants, and they do not oppose the requested relief.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Rook Elizabeth Ringer as counsel for the Plaintiff, and for any and all other relief as this Court deems in the interests of justice.

Respectfully submitted,

DATED: 30 JUN 2022

Rook Elizabeth Ringer, Esq.
FL Bar 1015698
THE LAW OFFICE OF ROOK RINGER
222 San Marco Ave., Suite C
St. Augustine, FL 32084
904.265.ROOK ("7665")
rook@ringer.law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30th, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

Respectfully submitted,

DATED:   30 JUN 2022         ROOK ELIZABETH RINGER, ESQ.
                             THE LAW OFFICE OF ROOK RINGER