# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON | Case No.: 3:21-cv-746-BJD-JRK |
| Plaintiff, | |
| v. | |
| ST. JOHNS COUNTY SHERIFF'S OFFICE, ET. AL., | |
| Defendants. | |

## MOTION FOR EXTENDED TIME TO COMPLETE DISCOVERY

**COMES NOW,** Plaintiff by and through undersigned counsel, asks the Court to extend their time to complete discovery in the above-style matter due to the unforeseen death of Attorney Nwankwo and departure of Rook Ringer. The departure of Rook Ringer although noticed in June, was sudden for the firm and Attorney Nwankwo graciously took over the case until his passing. Attorney Nwankwo was the lead attorney on record and in charge of handling all motions and responses as well as discovery. Given my colleague's recent passing, and my inheriting of his caseload, I am not in a position to complete the remaining discovery within the timeframe established.

WHEREFORE, at this time, and in light of the tragic and unforeseen circumstances the Plaintiffs, requests that this Court enlarge the time for completing discovery until the end of September.

Respectfully Submitted,

Dated: August 30, 2022

_____
NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
FL State Bar No.: 1032744
11555 Heron Bay Blvd, Suite 231
Coral Springs, FL 33076
(T): (904) 602-9400
(F): (904) 299-5400
nlwomble@lentolawgroup.com
*Counsel for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that I have conferred with opposing counsel via email and both attorneys are in opposition to this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

| | |
|---|---|
| Gwendolyn Palmer Adkins<br>Coppins Monroe Adkins & Dincman, P.A.<br>gadkins@coppinsmonroe.com<br>ATTORNEY FOR DEFENDANTS | Bruce R. Bogan, Esq.<br>David R. Jadon, Esq.<br>HILYARD,BOGAN&PALMER,P.A.<br>bbogan@hilyardlawfirm.com<br>djadon@hilyardlawfirm.com<br>mweiser@hilyardlawfirm.com |

| KENNETH EVERETT and PATRICK WARWIN | ATTORNEYS FOR DEFENDANTS DAVID B. SHOAR and MATTHEW CLINE |
|---|---|
|  |  |

Respectfully submitted,

*[signature]*

NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
*Counsel for Plaintiff*