UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                      CASE NO. 3:21-cv-00746-BJD-LLL

ST. JOHNS COUNTY SHERIFF'S
OFFICE, ET. AL.,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF MEDIATION VIA VIDEO CONFERENCE**

PLEASE TAKE NOTICE that mediation has been scheduled in the above-referenced matter before **Laura Beth Faragasso, Esquire, Certified Mediator**, via video conference on the date and at the time as indicated below.

| Date: | Time: | Via Zoom: |
|---|---|---|
| Monday, November 28, 2022 | 9:30 a.m. ET | ***Zoom Link to be Provided by:*** O'Steen & O'Steen Law Firm (850) 877-1028 Telephone |

**In accordance with the Americans With Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the undersigned counsel within 2 working days of your receipt of this Notice; if you are hearing impaired, call 1-800-955-8771; if you are voice impaired, call 1-800-955-8770.**

Respectfully submitted this 11th day of October 2022.

        ***/s/ Gwendolyn P. Adkins***
        Gwendolyn P. Adkins
        FBN:0949566
        COPPINS MONROE, P.A.
        1319 Thomaswood Drive
        Tallahassee, Florida 32308
        Telephone: (850) 422-2420
        Facsimile: (850) 422-2730
        gadkins@coppinsmonroe.com
        bmiller@coppinsmonroe.com
        adelk@coppinsmonroe.com

        ATTORNEY FOR DEFENDANTS
        KENNETH EVERETT and
        PATRICK WARWIN

## CERTIFICATE OF SERVICE

  Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

        ***/s/ Gwendolyn P. Adkins***
        Attorney