<u>CURRICULUM VITAE</u>

# DANIEL J. BUSKEN

MPA
MBA – CRIMINAL JUSTICE SPECIALIZATION
FBI-NATIONAL ACADEMY GRADUATE
CHIEF OF POLICE (RET.)
POLICE PRACTICES EXPERT SERVICES – CONSULTANT
6400 Creekside Dr.
Greenville, TX. 75402
903-456-1313
E-Mail – info@chiefdanbusken.com
Website – chiefdanbusken.com

## POLICE PRACTICES EXPERT EXPERIENCE

Retained as a police practices expert by both plaintiffs and defendants.
Provide testimony in depositions and court trials for cases in the federal and state courts.
Provide written reports when required.

## QUALIFICATIONS AND EXPERIENCE - POLICE PRACTICES

**POLICE ADMINISTRATION**
**POLICY, PROCEDURES, STANDARDS**
**INTERNAL INVESTIGATIONS & DISCIPLINE**
**POLICE USE OF FORCE**
**POLICE PURSUIT & EMERGENCY VEHICLE OPERATION**
**POLICE DUTY TO PROTECT**
**NEGLIGENCE**
**CIVIL RIGHTS**
**WRONGFUL DEATH**
**911 CALL RESPONSE**
**DOMESTIC & FAMILY VIOLENCE**
**POLICE RESPONSE & RESPONSE INVOLVING MENTAL ILLNESS**
**ARREST, DETENTION, SEARCH & SEIZURE**
**EXCITED DELIRIUM & RESTRAINT ASPHYXIA**
**AMERICANS WITH DISABILITIES ACT**
**DISCRIMINATION REGARDING EMPLOYMENT & ENFORCEMENT**

## LAW ENFORCEMENT CONSULTANT EXPERIENCE

City of Palestine, TX.   Limited Assessment of Police Department (2014).

Interviewed several police department employees, elected officials, and community members regarding the comprehensive operation of the police department. Prepared written document for the city manager and elected officials to consider prior to the selection of the next police chief.

City of Sherman, TX.   Assessment Board Member/Assistant Police Chief (2014).

City of Marshall, TX.   Assessment Board Member/Chief of Police (2014).

City of Shrewsbury, MO.   Assessment Board Member/Sergeant (2009).

Interviewed and assessed several candidates for promotion. Completed written assessment materials for the chief of police to consider prior completing the promotion process.

Chief Dan Busken CV – 03/2021

## EMPLOYMENT HISTORY

**INTERIM CHIEF OF POLICE**
Argyle Police Department
Argyle, TX.
September 2019 – January 2020

**CHIEF OF POLICE**
Greenville Police Department
Greenville, TX.
2010 – 2019

**CHIEF OF POLICE**
Madison Police Department
Madison, AL.
2000 – 2009

**CHIEF OF POLICE**
Crystal City Police Department
Crystal City, MO.
1993 - 2000

**POLICE OFFICER – FIELD TRAINING OFFICER - INVESTIGATOR – FIELD COMMANDER**
University City Police Department
University City, MO.
1983 – 1992

## DUTIES AND RESPONSIBILITIES AS A CHIEF OF POLICE (Summary)

Led the Accreditation/Recognition process to ensure police department was in compliance with all applicable standards. Overall department leadership responsibility. Specific project management responsibility. Preparation of monthly and yearly progress reports detailing crime, enforcement, and prevention efforts. Policy and procedure review, development, and compliance. Quality control. Program development. Constant crime and trend analysis. Compliance with Federal, State, and Local regulations. Community and media relations. Budget and grant administration. Resource management and optimization. Employee relations, discipline, training, and development. Strategic planning and focus for an environment that is constantly changing.

Chief Dan Busken CV – 03/2021

## POLICE DEPARTMENT POLICY AND PROCEDURE DEVELOPMENT - COMPLIANCE EXPERIENCE

Served as a municipal police officer for 35 years including 25 years as a chief of police. Responsible for development of and compliance with progressive law enforcement policies and procedures. Served on the Board of Directors of the Texas Police Chiefs Recognition Program. This program sets the standards for progressive and professional law enforcement practices throughout the State of Texas. Directed research and development of many police department policies including: Use of Force, De-escalation and Alternatives, TASER, Pursuit, Emergency Vehicle Operation, Crime Prevention, Recruitment, Canine Operations, Narcotics Enforcement, Tactical, Emergency Response, and Negotiations, Domestic Violence, Jail – Housing of Prisoners, Arrest, Detention, Search and Seizure.

## EDUCATION & PROFESSIONAL DEVELOPMENT

**Northcentral University** – MBA, Criminal Justice Specialization, 2014

**St. Louis University** – Master of Arts Degree, Public Administration, 1994

**Culver-Stockton College** – Bachelor of Science Degree, Business and Economics, 1983

**FBI National Academy** - Management & Leadership Training, 1996

## ADVANCED MANAGEMENT AND OPERATIONAL TRAINING:

- IACP - Administering the Small Law Enforcement Agency
- IACP - Professional Policies and Procedures for Modern Law Enforcement
- FBI Law Enforcement Executive Development – 2003, 2006
- Force Science Institute - Certification as a Use of Force Analyst, 2016
- Force Science Institute - Realistic De-escalation Instructor Course, 2020
- Management and leadership training through various Police Chiefs Associations
- FEMA Incident Command Training
- Master Peace Officer Certification – Texas
- Police Officer Certification – Alabama
- Police Officer Certification – Missouri
- Over 5,000 total hours of training and education according to TCOLE records – 2019

4

Chief Dan Busken CV – 03/2021

## **ADDITIONAL TRAINING (SUMMARY)**

Developing Policies and Procedures (1995), Community Oriented Policing & Problem Solving (1995), Physical Performance Standards for Law Enforcement, (1996), Workplace Harassment Prevention (1997), FBI Uniform Crime Reporting (1998), Police Records Management (1998), Police Leadership (1999), Organizational Transformation (1999), FBI Executive Development Seminar (2000), Drugs of Abuse (2001), Integrity Issues (2001), Racial Profiling Issues (2001), Mediation & Race Relations (2001), Ethics (2002), Employee Performance Appraisal (2003), Mediation and Conflict Management (2004), Commander's Role in Critical Incidents (2005), WMD Awareness for the Law Enforcement Executive (2005), Defensive Driving (2005), Asset Forfeiture (2006), Police Management (2007), Ethics and Police Executives (2007), G300 – Intermediate ICS (2007), G-400 Advanced ICS (2007), Liability Issues: Reducing Risk in Law Enforcement (2008), Legal Training for Supervisors (2008), Effective Strategies for Dealing with Mental Illness (2011), FEMA IS 700 Series Training (2012), TASER Use of Force, Risk Management and Legal Strategies Seminar (2012), Sexual Harassment Training (2013), Officer Involved Shootings (2015), Domestic Violence (2015), Force Encounters Analysis: Understanding Human Performance During Critical Incidents (2015), Courtroom Testimony for Expert Witnesses (2019), Hazmat First Responder Awareness (2019), Civilian Interaction (2019), Advanced Defensive Driving Tactics (2019), Police Officer Anti-Bias (2019), Crowd Control (2019), Ambush Awareness & Preparation (2019), De-escalation and Minimizing Use of Force (2019), Legislative Legal Update (2019), AELE Webinar - Metallic Handcuffs, (2020), AELE Webinar - Distraction Devices, (2020), AELE Webinar - Law Enforcement Use of Force Accountability (2020), LEXIPOL Webinar – Duty to Intercede, (2020), Daigle Law Group (DLG) Use of Force Summit (2020), LEXIPOL Webinar – Use of Force – Policy or Tactics? (2021).

## **AWARDS AND RECOGNITION**

Texas Police Chiefs Association Recognition/Accreditation (2014 & 2018)
Innovation Award from Texas Police Chiefs Association (2012 & 2017)
Finalist for the Public Safety Award – Texas Municipal League (2012)
Finalist for the Webber Seavey Award for Quality in Law Enforcement – IACP/Motorola (2012)

5

Chief Dan Busken CV – 03/2021

## AWARDS AND RECOGNITION (CONTINUED)

Semi-Finalist for the Webber Seavey Award for Quality in Law Enforcement – IACP/Motorola (2014)

First Place Award – Texas Association of Municipal Information Officers (2012)

Agent of the Month Award – North County Municipal Enforcement Group (1989)

Medal of Commendation – Fraternal Order of Police (1986)

Police Commendation – Greenville, TX. (2014)

Certificate of Merit – Greenville, TX. (2017)

## PUBLICATIONS

"Lifesaving Audits – Auditing Police Patrol Vehicle Speeds." Summer, 2017 Issue of *Texas Police Chief Magazine*, (co-author).

## PRESENTATIONS

"Police Excessive Force Litigation -The Supreme Court's Plumhoff Decision - Implications of Brown and Garner," Birmingham, Alabama Bar Association CLE, April 2015.

"Examining Police Use of Force Incidents," Greenville, TX., 2015.

"Investigating Civil Rights Violations by Law Enforcement." Inner Circle of Investigators (ICI), Educational Conference, Birmingham, AL., 2017.

## PROFESSIONAL MEMBERSHIPS & AFFILIATIONS (PAST AND PRESENT)

International Association of Chiefs of Police (IACP)  /  FBI National Academy Associates (FBINA) / Texas Police Chiefs Association / North Texas Police Chiefs Association / Alabama Police Chiefs Association  (AACOP) /  Missouri Police Chiefs Association (former Region I Vice-President)  /  Family Violence Council  /  Rotary International  /  YMCA Board of Directors  /  Non-Traditional Learning Advisory Board  /  Chamber of Commerce  /  Partnership for a Drug-Free Community Board of Directors  /  President of the Board of Directors for Madison's Drugs Offer No Tomorrow Program (DON'T)  /  Founding Member of Madison Police Foundation  /  Children's Advocacy Center Board / Drug-Free Greenville / Knights of Columbus / Chamber of Commerce Leadership Program  /  Texas Police Association (TPA) /  Texas Municipal Police Association  (TMPA)