UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                             Case No. 3:21-cv-746-BJD-LLL

KENNETH EVERETT, in his
personal capacity, PATRICK
WARWIN, in his personal capacity,
JOHN & JANE DOE SHERIFF'S
DEPUTIES (1-10), JOHN & JANE
DOE SUPERVISORY DEPUTIES
(1-10), and ST. JOHNS COUNTY,
FLORIDA,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause is before the Court on Defendant's Notice of Mediation via Video Conference (Doc. 63; Notice) filed on October 11, 2022. In the Notice, the parties state that Mediation is scheduled to occur before Laura Beth Faragasso, Esquire on Monday, November 28, 2022, at 9:30 a.m. Pursuant to Local Rule 4.02, United States District Court, Middle District of Florida (Local Rule(s)), a person must be certified by the Chief Judge in order to serve as a mediator. See Local Rule 4.02. Upon review of the list of certified mediators maintained by the Court, it does not appear that Ms. Faragasso is certified to

act as a mediator in this matter. Additionally, parties did not seek permission for Ms. Faragasso to serve as mediator in this action.

Accordingly, it is **ORDERED**:

On or before **November 18, 2022**, parties are directed to show cause why they should be permitted to utilize another mediator and why they should be permitted to utilize an individual not certified by the Court to act as a mediator in this matter.

**DONE** and **ORDERED** in Jacksonville, Florida this 14th day of November, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record