UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                                    Case No. 3:21-cv-746-BJD-LLL

KENNETH EVERETT, in his
personal capacity, PATRICK
WARWIN, in his personal capacity,
JOHN & JANE DOE SHERIFF'S
DEPUTIES (1-10), JOHN & JANE
DOE SUPERVISORY DEPUTIES
(1-10), and ST. JOHNS COUNTY,
FLORIDA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Add an Expert Witness and to Reopen Discovery for a Limited Purpose (Doc. 65) and Defendants' Response in Opposition (Doc. 66).

On September 23, 2022, this Court granted Plaintiff's motion to extend time for discovery in this case given changes in Plaintiff's counsel and an unexpected death in Plaintiff's legal team. (Doc. 62). Within the Order, this Court cautioned Plaintiff's counsel that they were "to abide by the new deadlines this Court [ ] enter[ed] and to the Local Rules for [the] Middle District of Florida." Id. at 4. This admonition came after Plaintiff's counsel

committed multiple errors throughout the pendency of this lawsuit. (See Docs. 62 at 4 n.1; 59).

Plaintiff's motion neither complies with the Local Rules, nor has Plaintiff's counsel's conduct complied with the new deadlines imposed by this Court. (See Doc. 65) (showing Plaintiff's counsel failed to comply with Local Rule 3.01(g)); (see also Doc. 66 at 3) (explaining how Plaintiff's counsel filed discovery information outside of the extended discovery period). Attorney Nichelle Womble represents Plaintiff in this case and has ignored numerous rules of procedure and this Court's previous order. This repeated dereliction is concerning, and Ms. Womble is warned that she must comply with the Court's orders and the applicable rules of procedure, or she will face sanctions that may include significant fines and fees for which the Court will hold Ms. Womble personally responsible.

Accordingly, after due consideration, it is

**ORDERED:**

1. Plaintiff's Motion for Leave to Add an Expert Witness and to Reopen Discovery for a Limited Purpose is **DENIED without prejudice**. Plaintiff may refile a motion that complies with all Local Rules for the Middle District of Florida and that addresses Defendants' arguments regarding improper disclosure under Rule 26 of the

Federal Rules of Civil Procedure. Plaintiff's new motion must be submitted **on or before November 28, 2022**.

2. The case deadlines are **STAYED** pending Plaintiff's refiled motion. An amended Case Management and Scheduling Order will enter upon the disposition of this issue.

3. **On or before November 28, 2022**, Nichelle Womble shall meet and confer with Plaintiff and share this Order with Plaintiff. **On or before November 30, 2022**, Ms. Womble shall file a notice with the Court certifying that she has explained this Order to Plaintiff, including her prior oversights in this case. This certification shall be signed by Plaintiff.

**DONE and ORDERED** in Jacksonville, Florida this 17 day of November, 2022.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record