# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>ST. JOHNS COUNTY SHERIFF'S OFFICE, ET. AL.,<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

## NOTICE FOR CERTIFICATION OF DISCUSSION

    On November 29, 2022, I spoke with my Attorney Nichelle Lynn Womble from lento Law Group. During our phone call, she discussed the order from the court pertaining to the motion to extend discovery for a brief time to allow admittance of the expert report. I am aware that the lack of medical records and the last-minute notification that my records would not be obtainable led to the last-minute decision for the need and use of an expert. She explained to me the displeasure of the court with how discovery and other aspects of my case have been handled and the possibility of discipline and sanctions moving forward. I have understood everything that was discussed with me.

Submitted November 30, 2022

Date Signed  11 / 29 / 2022

_____
Bryan Harrison

Doc ID: af98fcac534f07f61ad2cab609e0fdee75aa343d

Doc ID: af98fcac534f07f61ad2cab609e0fdee75aa343d



Audit trail

| | |
|---|---|
| Title | Bryan Harrison Certification.pdf |
| File name | Bryan%20Harrison%20Certification.pdf |
| Document ID | af98fcac534f07f61ad2cab609e0fdee75aa343d |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**11 / 29 / 2022**
18:56:36 UTC
Sent for signature to Bryan Harrison (bryan.harrison1979@gmail.com) from nlwomble@lentolawgroup.com
IP: 174.211.115.168

**VIEWED**
**11 / 29 / 2022**
18:58:13 UTC
Viewed by Bryan Harrison (bryan.harrison1979@gmail.com)
IP: 73.224.67.208

**SIGNED**
**11 / 29 / 2022**
18:58:26 UTC
Signed by Bryan Harrison (bryan.harrison1979@gmail.com)
IP: 73.224.67.208

**COMPLETED**
**11 / 29 / 2022**
18:58:26 UTC
The document has been completed.

Powered by Dropbox Sign