# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>ST. JOHNS COUNTY SHERIFF'S OFFICE, ET. AL.,<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

## PLAINTIFF'S RULE 26(a)(1) SUPPLEMENTAL DISCLOSURES

Plaintiff, Bryan Harrison by and through his undersigned attorney, hereby submits the following Supplemental Disclosure expert witness designation to the Defendants pursuant to Fed. R. Civ. P. 26 (2)(A) and Fed. R. Civ. P. 26 (E)(1),

Daniel J. Busken, MPA, MBA
CHIEF OF POLICE (RET.)
6400 Creekside Dr. Greenville, TX. 75402
T: (903) 456-1313
Police Practices Expert

Mr. Busken will testify regarding the matters and opinions contained in his expert report, which is attached to this notice. Mr. Busken's report will provide information required under Rule 26(B), Fed. R. Civ. P. Mr. Busken was retained by

the Plaintiffs to provide expert testimony and may be contacted through the undersigned counsel.

Plaintiffs reserve the right to alter, amend, revise, delete, or expand the opinions and expert witness subjects set forth above as necessitated by further discovery or changes in Defendants' designations. By this designation, Plaintiffs do not waive their right to challenge the admissibility of the testimony of the expert(s) listed by the Defendants in their designation(s).

Respectfully Submitted,

Dated: December 6, 2022

NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
FL State Bar No.: 1032744
11555 Heron Bay Blvd, Suite 231
Coral Springs, FL 33076
(T): (904) 602-9400
(F): (904) 299-5400
nlwomble@lentolawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, NICHELLE LYNN WOMBLE, hereby certify that on December 6, 2022, that a true and correct copy of the above and foregoing has been served upon the attorney of record referenced below, *via CM/ECF and electronic mail to all attorneys on record*:

Gwendolyn Palmer Adkins

Coppins Monroe Adkins & Dincman, P.A.

gadkins@coppinsmonroe.com

ATTORNEY FOR DEFENDANTS

KENNETH EVERETT and PATRICK WARWIN

Respectfully submitted,

NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
*Counsel for Plaintiff*