UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                    Case No. 3:21-cv-746-BJD-LLL

KENNETH EVERETT, in his
personal capacity, PATRICK
WARWIN, in his personal capacity,
JOHN & JANE DOE SHERIFF'S
DEPUTIES (1-10), JOHN & JANE
DOE SUPERVISORY DEPUTIES
(1-10), and ST. JOHNS COUNTY,
FLORIDA,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** is before the Court <u>sua sponte</u>. On November 15, 2022, this Court entered an Order to Show Cause directing the parties to show cause as to why they chose an unapproved mediator without leave of the Court. (Doc. 67). The parties responded to this Court's Order and remedied their oversight. (Doc. 68). The parties additionally requested to host mediation via videoconferencing technology. <u>See id.</u> The parties cite timing constraints to support their request. However, if the parties wish to maximize their mediation time, they can do so by rescheduling the mediation date.

    Accordingly, it is

**ORDERED:**

1. In light of the parties' responsive notice (Doc. 68), the Order to Show Cause (Doc. 67) is **DISCHARGED**.

2. The parties' request to conduct mediation via videoconferencing technology is **DENIED**. The parties shall conduct mediation in person.

**DONE and ORDERED** in Jacksonville, Florida this 7th day of December, 2022.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record