UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                              CASE NO. 3:21-cv-746-BJD-LLL

ST. JOHNS COUNTY SHERIFF'S
OFFICE, ET. AL.,

    Defendants.

_____/

**JOINT RULE 68 OFFER OF JUDGMENT
BY DEFENDANTS EVERETT AND WARWIN**

Pursuant to Fed. R. Civ. P. 68, Defendants KENNETH EVERETT and PATRICK WARWIN, in their individual capacities, hereby offer to allow judgment to be taken against them and in favor of Plaintiff in this action as follows:

1.    Judgment shall be entered in favor of Plaintiff and against Defendants on all claims for relief brought against them in the sum of TWENTY THOUSAND and NO/100 dollars ($20,000.00), which includes compensatory and liquidated damages and any other relief requested by Plaintiff in his Second Amended Complaint, plus a reasonable amount of costs incurred to date by Plaintiff, plus a reasonable amount of attorneys' fees

incurred to date by Plaintiff. The reasonable costs and attorneys' fees shall be determined by the court.

2. The offer is made pursuant to Fed. R. Civ. P. 68 and must be accepted, if at all, within fourteen (14) days after service of this Offer of Judgment. If the same is not accepted within such period of time, it shall be deemed withdrawn.

3. This offer is not to be construed as any admission of fault on the part of Defendants.

4. If Plaintiff or his counsel are in need of clarification with respect to the Offer of Judgment, such requested clarification should be made in writing. If none is made, Defendants shall conclude that no clarification is necessary and that all terms and conditions required by Fed. R. Civ. P. 68 are met.

Respectfully submitted this <u>21st</u> day of December 2022.

**COPPINS MONROE, P.A.**

*/s/ Gwendolyn P. Adkins*
Gwendolyn P. Adkins, FBN: 0949566
1319 Thomaswood Drive
Tallahassee, Florida 32308

Telephone: (850) 422-2420
Facsimile:  (850) 422-2730
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
adelk@coppinsmonroe.com

ATTORNEYS FOR DEFENDANT
KENNETH EVERETT
in his individual capacity

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished to all counsel of record this 21st day of December 2022 via electronic mail as follows:

Nichelle L. Womble, Esq.
Joseph D. Lento, Esq.
LENTO LAW GROUP, P.A.
nlwomble@lentolawgroup.com
Jdlento@lentolawgroup.com
jkrzton@lentolawgroup.com
Notices@lentolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

/s/ Gwendolyn P. Adkins
Attorney