UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>ST. JOHNS COUNTY SHERIFF'S OFFICE, ET. AL.,<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

## PLAINTIFF'S NOTICE OF REJECTION OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff BRYAN HARRISON, by and through his undersigned counsel, hereby rejects and provides notice that he has rejected Defendants' Offer of Judgment to Plaintiff dated December 21, 2022.

Respectfully Submitted,

Dated: January 04, 2023

_____
NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
FL State Bar No.: 1032744
11555 Heron Bay Blvd, Suite 231
Coral Springs, FL 33076
(T): (904) 602-9400
(F): (904) 299-5400
nlwomble@lentolawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 04, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

| | |
|---|---|
| Gwendolyn Palmer Adkins<br>Coppins Monroe Adkins & Dincman, P.A.<br>gadkins@coppinsmonroe.com<br>ATTORNEY FOR DEFENDANTS KENNETH EVERETT and PATRICK WARWIN | |

.