UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                                        CASE NO.: 3:21-cv-00746-BJD-LLL

PATRICK WARWIN and
KENNETH EVERETT,

    Defendants.

_____/

## UNOPPOSED MOTION FOR LIMITED EXTENSION OF EXPERT DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.01, Defendants KENNETH EVERETT and PATRICK WARWIN respectfully request a brief extension of the discovery deadline solely as it relates to expert witnesses. In support thereof, Defendants state:

1. Following the expiration of the discovery and other deadlines, this Court entered its Amended Case Management and Scheduling Order [doc.76] reviving expired deadlines for expert witness disclosures, general discovery, and mediation, and scheduling pre-trial motions and activities and trial.

2. The expert and final discovery deadlines were short particularly given the holiday period falling in that timeframe. Defendants had believed

that the opportunity for any such disclosure had long passed and were not prepared to engage an expert so quickly.

3. Counsel for the parties have conferred and are in agreement to briefly extend the deadlines as they relate to expert witnesses as follows:

```
2/3/23      for Defendant
2/10/23     for Plaintiff's rebuttal
2/17/23     for depositions of experts
```

4. The parties do **not** request an extension of the dispositive motion or any other deadline.

5. This extension is not requested for dilatory or other improper reasons. No party will be prejudiced by the Court granting this enlargement of time, rather this will allow all parties an opportunity to prepare their cases.

6. The proposed extension does not affect any other deadline and the remainder of the Court's schedule will remain intact.

WHEREFORE, Defendants Everett and Warwin respectfully request a brief extension of time until February 3, 2023, to disclose any expert witness, until February 10, 2023, for Plaintiff to provide any rebuttal report, and until February 17, 2023, for the parties to depose expert witnesses.

### Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), undersigned counsel certifies that prior to the filing of this motion, she undertook her duty to confer in good faith

with opposing counsel Nichelle Womble and that Ms. Womble consents to the relief requested herein.

Respectfully submitted this 19th day of January 2023.

/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins
(FBN: 0949566)
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
adelk@coppinsmonroe.com

COPPINS MONROE, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308
Office: 850-422-2420   |Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
KENNETH EVERETT and
PATRICK WARWIN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

/s/ Gwendolyn P. Adkins
Attorney

3