UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                Case No. 3:21-cv-746-BJD-LLL

KENNETH EVERETT, in his personal capacity, PATRICK WARWIN, in his personal capacity, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), and ST. JOHNS COUNTY, FLORIDA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Unopposed Motion for Limited Extension of Expert Discovery (Doc. 79).

Beginning in September, the parties have repeatedly requested deadline extensions in this matter. (See Docs. 62, 69, 73). In the Court's most recent order, Plaintiff moved to add one expert witness, and the Court reopened discovery for the limited purpose of allowing Plaintiff the opportunity to add that witness and for Defendants to respond to that one expert witness. (See generally Doc. 73). The Court, in accordance with the order extending deadlines, then entered an Amended Case Management and

Scheduling Order, which allowed Plaintiff to disclose the one witness' report by December 9, 2022 and for Defendants to disclose their responsive reports by January 9, 2023. (See Doc. 76). Each party could provide rebuttal reports by January 17, 2023.

On January 19, 2023, after the expiration of the limited reopened discovery, Defendants now move to once again reopen discovery to prepare expert reports and depose those experts. This Court explained its expectations to both parties in its last order, stating it "expects strict compliance with all pretrial deadlines, and all applicable rules. Failure to comply may result in sanctions, including the possibility of dismissal or default." (Doc. 73 at 4).

To be clear, Defendants' conduct in untimely requesting an extension is concerning to the Court. However, as this motion is unopposed and will not affect other deadlines, Defendants' motion will be granted. See Wieckiewicz v. Educ. Credit Mgmt. Corp., 443 F. App'x 449, 450-51 (11th Cir. 2011) ("Inherent in a trial court's authority to enforce its orders . . . [is] the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.") (internal quotations omitted). Both parties are once again cautioned to abide by the scheduling orders put in place by this Court.

Accordingly, after due consideration, it is

**ORDERED:**

1. Defendants' Unopposed Motion for Limited Extension of Expert Discovery (Doc. 79) is **GRANTED**.

2. Defendants shall disclose any expert reports on or before **February 3, 2023**.

3. Plaintiff may submit any rebuttal expert reports on or before **February 10, 2023**.

4. All expert depositions must be completed by **February 17, 2023**.

5. No other deadline in the Amended Case Management and Scheduling Order (Doc. 76) will be modified.

**DONE** and **ORDERED** in Jacksonville, Florida this 23rd day of January 2023.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record