UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                     Case No. 3:21-cv-746-BJD-LLL

KENNETH EVERETT, in his
personal capacity, PATRICK
WARWIN, in his personal capacity,
JOHN & JANE DOE SHERIFF'S
DEPUTIES (1-10), JOHN & JANE
DOE SUPERVISORY DEPUTIES
(1-10), and ST. JOHNS COUNTY,
FLORIDA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. On December 8, 2022, the Court entered a Case Management and Scheduling Order directing the parties to conduct mediation by February 28, 2023. See Case Management and Scheduling Order (Doc. 76). As of today's date, the parties have failed to file a notice with the Court on whether mediation has occurred.

Accordingly, it is **ORDERED**:

On or before **April 7, 2023**, the parties shall advise the Court as to the status of the mediation.

DONE and ORDERED in Jacksonville, Florida this 30th day of March, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties