UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

     Plaintiff,

v.                               CASE NO. 3:21-cv-00746-BJD-LLL

ST. JOHNS COUNTY SHERIFF'S
OFFICE, ET. AL.,

     Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING DOCUMENTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants KENNETH

EVERETT and PATRICK WARWIN file the following documents in support of

their Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| 1 | Deposition of Plaintiff Bryan Harrison, Excerpts |
| 2 | Deposition of Kenneth Everett, Excerpts |
| 3 | Deposition of Patrick Warwin, Excerpts |
| 4 | Declaration of Kenneth Everett |
| | Exhibit A    1st Recorded Interview with Danielle McDaniel |
| | Exhibit B    1st Recorded Interview with Danielle McDaniel |
| | Exhibit C    Offense Report for SJSO Case No. 19OFF007443 |
| 5 | Declaration of Patrick Warwin |

| 6 | Affidavit of Laura Ansley |
| | Exhibit A | Call History Record for SJSO19OFF007443 |
| 7 | Warrant for Bryan Harrison, SJSO Case No.19OFF007443[1] |
| 8 | Docket for 19001319MMMA, *State v. Harrison*[1] |
| 9 | Defendant Kenneth Everett's Answers to Plaintiff's Interrogatories |
| 10 | Defendant Patrick Warwin's Answers to Plaintiff's Interrogatories |
| 11 | Plaintiff's Response to Defendant Patrick Warwin's First Set of Interrogatories Propounded to Plaintiff |
| 12 | Plaintiff's Responses to Defendant, Undersheriff Matthew Cline's First Set of Interrogatories Propounded to Plaintiff |
| 13 | Plaintiff's Responses to Defendant Matthew Cline's Initial Request for Production to the Plaintiff |
| 14 | Video Produced by Plaintiff in Response to Defendant Matthew Cline's Initial Request for Production to the Plaintiff |

Respectfully submitted this 31st day of March 2023.

*/s/ Gwendolyn P. Adkins*



Gwendolyn P. Adkins
(FBN: 0949566)
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
adelk@coppinsmonroe.com

COPPINS MONROE, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308
Office: 850-422-2420   Fax: 850-422-2730

---

[1] Pursuant to Federal Rules of Evidence 201(b) and (c), Defendants request the Court take judicial notice of these documents which are not subject to reasonable dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

ATTORNEYS FOR DEFENDANTS
KENNETH EVERETT and
PATRICK WARWIN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

/s/ Gwendolyn P. Adkins
Attorney