```
 1                  UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
 2                     JACKSONVILLE DISTRICT

 3                          CASE NO. 3:21-cv-746-BJD-LLL

 4  BRYAN A. HARRISON,

 5        Plaintiff,

 6  vs.

 7  ST. JOHNS COUNTY SHERIFF'S
    OFFICE, et al,
 8
          Defendants.
 9  _____/

10                        DEPOSITION OF
                          BRYAN A. HARRISON
11                          VIA ZOOM
                          VOLUME I OF II
12
                 Taken on Behalf of DEFENDANTS
13
            DATE:           August 25, 2022
14          TIME:           9:00 a.m. - 4:12 p.m.

15          Examination of the witness taken before:

16                      JEFFREY R. BABCOCK
                          Court Reporter
17              For the Record Reporting, Inc.
                  1500 Mahan Drive - Suite 140
18               Tallahassee, Florida 32308

19

20

21

22

23

24

25
```

Exhibit 1

```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                   JACKSONVILLE DISTRICT

 3                         CASE NO. 3:21-cv-746-BJD-LLL

 4  BRYAN A. HARRISON,

 5       Plaintiff,

 6  vs.

 7  ST. JOHNS COUNTY SHERIFF'S
    OFFICE, et al,
 8
         Defendants.
 9  _____/

10                      DEPOSITION OF
                       BRYAN A. HARRISON
11                         VIA ZOOM
                        VOLUME II OF II
12
              Taken on Behalf of DEFENDANTS
13
            DATE:         August 25, 2022
14          TIME:         9:00 a.m. - 4:12 p.m.

15       Examination of the witness taken before:

16               JEFFREY R. BABCOCK
                    Court Reporter
17          For the Record Reporting, Inc.
               1500 Mahan Drive - Suite 140
18             Tallahassee, Florida 32308

19

20

21

22

23

24

25
```

Exhibit 1

1   she asked me to, because you know, she said do not call.

2       Q.  So on July 29th, 2019, walk me through what

3   happened.

4       A.  Can you be more specific?  You're asking --

5   specific questions, I mean, that's really open-ended.

6       Q.  Well, we'll talk about the incident; right?

7       A.  Well, then ask me a specific question about that

8   incident.  I'm not going to do your job for you.

9       Q.  Not asking you to do my job for me.

10      All right, so what were you doing before law

11  enforcement arrived at your house?

12      A.  I was maybe cleaning up, watching TV, I don't

13  remember.  I was sitting in my living room.

14      Q.  What happened next after that?

15      A.  I think I heard a knock on the door.

16      Q.  And who was at the door?

17      A.  I saw two people I assume to be officers, they

18  didn't identify themselves, and uniforms.

19      Q.  I'm sorry, were they in uniform?

20      A.  Yes, in uniform.

21      Q.  Did you open the door all the way?

22      A.  No, I did not open the door all the way, just so

23  that they could see my face and hands, and that I was free

24  of weapons.

25      And I also asked if they had -- before I opened the

Exhibit 1

1    He asked me whatever he was asking, yelling, and I

2  responded with, "I'm sorry, I don't answer any questions

3  without my attorney present."

4    His eyebrows furrowed, he got more, like, upset

5  because I wasn't answering.  He yelled some more stuff.

6    Again I said, "I am sorry, I don't answer any

7  questions without my attorney present."

8    More anger, more loudness, I'm super scared.

9    I said, "Sorry, I don't answer any questions without

10  my attorney.  I think we're done here guys.  You guys have

11  a nice day."  Went to close the door, he put his foot

12  between the door and like -- so I couldn't close it, put

13  his foot in the door jamb, like, between the door and the

14  jamb, so that I couldn't close it.

15    Q.  What was -- so before the foot was in the door,

16  what was Deputy Warwin doing during that time?

17    A.  Screaming.

18    Q.  So both deputies were screaming at you?

19    A.  No, just -- oh, Deputy Warwin -- I'm sorry,

20  Deputy Warwin was just sitting behind.  He's very big and

21  menacing looking.  He's about, like, six-seven, I would

22  say, or something.  He's huge, and like, two hundred-some

23  pounds.  He's like ginormous.  It was very scary.  He's a

24  big guy.

25    Q.  Did Deputy Warwin do anything aggressive other

1    than stand there?

2         A.   His facial expression wasn't pleasant.

3         Q.   What do you mean "his facial expression wasn't

4    pleasant"?

5         A.   He had a scowl.

6         Q.   Okay.  Did he threaten you in any way?

7         A.   Not there, no.

8         Q.   Okay.  Who stuck their foot in the door?

9         A.   Everett.  Deputy or Officer Everett.

10        Q.   And what happened after he stuck his foot in the

11   door?

12        A.   They proceeded to force their way into my

13   residence.  I was -- at first I was trying to close the

14   door, and, you know, that's a big guy, so I couldn't close

15   it.  So I was scared for my life so I turned my camera on.

16        Q.   What made you fear for your life?

17        A.   I didn't know if these are really officers.  They

18   haven't identified themselves, they're now entering my

19   house without a warrant or probable cause or exigent

20   circumstances, which is against the law, violating my

21   rights.

22        I know my civil rights.  That's one of the things we

23   had to study in forensics so --

24        Q.   Did they have uniforms on?

25        A.   Doesn't matter.  There's a lot of people that can

Exhibit 1

1   Q.  Did -- so who entered the apartment first, was it

2   Deputy Everett or Deputy Warwin?

3   A.  I believe it was Everett because he was the

4   closest to, like, the door, but they kind of entered at

5   the same time, because I just kind of let go off the door.

6   Q.  Did they tell you why they were arresting you or

7   detaining you?

8   A.  Not initially.

9   Q.  When did they tell you that?

10  A.  I don't remember.  I said -- I think I said

11  something like, "Why are you doing this?  Why are you in

12  my house?"  And they said felony stalking.

13  Q.  So did they place you in handcuffs at any point?

14  A.  Yes.

15  Q.  When did they do that?

16  A.  In my house.  I had a video camera on.

17  Q.  And what happened after they placed you in

18  handcuffs?

19  A.  They took me -- they put me in handcuffs, they

20  knocked over my camera that was on the table.  I was able

21  to pick it back up like before -- like, right as they were

22  going to put the handcuffs on, so I had it in my hand.

23  And they handcuffed me and forcefully -- like I said, I

24  was in pain, they didn't care, they were hurting me.

25  Searched me, my person, opened -- I don't know how to --

Exhibit 1

1  they searched me, my person, and put me in a extremely

2  uncomfortable and dangerous situation, putting me in a car

3  with no -- that wasn't running.

4      Q.   Okay.   So how long were you inside the house

5  before they removed you and took you outside?

6      A.   Oh, a minute or two maybe.   I don't know.   Not

7  long.   I don't remember.

8      Q.   And is your -- it was an apartment at the time;

9  right?

10     A.   Yes.

11     Q.   And was the apartment the first floor, second

12  floor --

13     A.   The apartment is on the second floor.

14     Q.   And did they take you down the elevator?   Did

15  they take you down stairs?

16     A.   Down the stairs.

17     Q.   And where were their cars located?

18     A.   Their car was in the middle of the parking lot

19  facing east, I believe.   And it was, like, right in the

20  middle of the sun, it was, like, just right in the middle

21  of the parking lot blocking -- yeah.

22     Q.   And --

23     A.   Right as you walk down the stairs.

24     Q.   So how long was the -- I don't want to call it

25  "trip," how long was the -- how long did it take you to

Exhibit 1

1  walk you from the apartment to the car?  How much time?

2      A.   A minute maybe.

3      Q.   And did they do anything before they placed you

4  in the vehicle?  Did they talk --

5      A.   They searched me, my person.

6      Q.   Did they find anything on you?

7      A.   They put their hands on my -- they did this

8  (indicating.)  They went like that around my boxers.

9      Q.   I can't see what you're doing, I'm sorry.

10      A.   They lifted my waistband and put their hands

11  around my waistband, and patted around all my privates and

12  everything and didn't find anything.

13      Q.   Was there any conversation between you and them

14  going on during this search?

15      A.   Other than me telling them I don't consent,

16  probably, and saying "What are you doing," I don't think

17  so.  They weren't responding.  In fact, I believe they

18  were laughing.  I know they were laughing.

19      Q.   Did they say anything to you?

20      A.   No, not at that time.  They just threw me in the

21  back of the car, like a bag of trash.

22      Q.   How long did the search, as you described it,

23  take place?

24      A.   45 seconds, 30 seconds, however long it takes for

25  them to do that.

Exhibit 1

1      Q.   And how long were you in the back seat of the

2  vehicle?

3      A.   A minimum of 40 minutes, 45 minutes, minimum.   It

4  was a long time.

5      Q.   And was the vehicle running?

6      A.   No.

7      Q.   Did -- now, you said there was at least one squad

8  car, was there more than one when you walked down the

9  stairs?

10      A.   No, it was just them.

11      Q.   So is it fair to say that -- from what you saw

12  that Deputy Warwin and Deputy Everett arrived together in

13  the same car?

14      A.   I didn't see their car because my apartment is on

15  the second floor, so I didn't see the car until I got

16  walked down the stairs.

17      Q.   Right.  But when you got down there in the

18  parking lot, did you see any other sheriff's deputy's

19  vehicle?

20      A.   No.

21      Q.   Just one vehicle?

22      A.   I believe it was just the one vehicle.  It was

23  just them there, I don't know if he drove -- no.

24      Q.   Did any other deputies or people from the

25  Sheriff's office arrive on scene?

Exhibit 1

1      Q.   The deputies and everyone else left the scene
2   after that?
3      A.   What do you mean?   Wait.
4      Q.   So you were not taken to jail on July 29th, 2019;
5   correct?
6      A.   Correct.
7      Q.   Okay.   You were released from handcuffs and
8   allowed to go back to your apartment; correct?
9      A.   Correct.
10     Q.   All right.   And then everybody else left the
11  scene after that?
12     A.   Correct.
13     Q.   Okay.   So now you're telling me you were actually
14  arrested later, and then the GPS monitor was placed on
15  you; is that right?
16     A.   Correct.   Somewhere around, like, a week or so
17  later, I believe.   August, like, 5th or 8th, I don't
18  remember.
19     Q.   Now, when you were arrested, that initial time
20  and placed --
21     A.   Um-hmm.
22     Q.   -- GPS monitor, where were you arrested?
23     A.   At my work.
24     Q.   And who arrested you?
25     A.   I guess -- I don't remember.

Exhibit 1

1      Q.   And let's talk for just a minute about Deputy

2  Warwin.

3      So as I recall your discussions earlier with

4  Mr. Jadon, then, the only thing that you described about

5  Deputy Warwin was that he was behind Deputy Everett and

6  that he was physically a big person.  I think you

7  described him as perhaps six-seven and over 200 pounds; is

8  that accurate?

9      A.   Yes.

10      Q.   And -- I'm sorry?

11      A.   You asked me if he had been -- he pushed the

12  door.  He was part of pushing the door.  I mean, he was

13  helping him, I mean, but beyond that there was nothing

14  that I remember.

15      Q.   All right.  So he pushed the door open.

16      Did he say anything to you that you can recall?

17      A.   He didn't say anything to me that I can recall.

18      Q.   At any point in time do you know of him placing

19  hands on you in any manner?

20      A.   Yes.

21      Q.   Okay.  When was that, please?

22      A.   In my apartment.

23      Q.   And what was going on and what was the nature of

24  him placing hands on you at that time?

25      A.   He first knocked my camera over, and then when he

Exhibit 1

1    went to arrest me, I guess, put my hands -- they both did

2    kind of as a team, just forcefully put my arms behind my

3    back to the point it hurt.

4        Q.  Let's talk about this camera for a minute.  So

5    what kind of camera was it and where was it?

6        A.  It was a 360 camera.  Samsung 360 camera, so it

7    sees all around.  Like, you can move it.

8        Q.  And is it something that you routinely have

9    sitting on your table, or did you specifically set it up

10   whenever you realized that the deputies were at the door?

11       A.  I actually always have it there in my house now,

12   and just happened to be actually playing with it.  I was

13   trying to figure something out.

14       Q.  So it just happened to be on?

15       A.  It wasn't on until I realized that my rights were

16   being violated.

17       Q.  At what point did you realize your rights were

18   being violated?

19       A.  When they were pushing their way into my house

20   without a warrant, no probable cause, nothing.

21       Q.  And you knew at this point in time that these

22   were law enforcement officers?

23       A.  I didn't know, no.  I told you -- your other

24   colleague that I was -- I was scared to death, I was

25   literally scared for my life.

1    **With respect to him knocking over the Samsung camera,**

2    **did he specifically say anything about the camera?**

3        A.   Not that I remember.

4        **Q.   Did you point out to him that you had a camera**

5    **that was activated and that was recording?**

6        A.   I believe I said this is being recorded, and I

7    think I went to set it down on the table.  And then when

8    he went to -- he, like, knocked it over with his elbow,

9    and then I put it -- I thought -- he might have realized

10   it was a 360 camera, what I'm thinking, because he knocked

11   it over.  And then I reached for it, and grabbed it, and I

12   -- then they arrested me and had me, yeah, put my hands

13   behind my back.

14       **Q.   How did he go about knocking it over?**

15       A.   With his elbow.

16       **Q.   And in what fashion?  Could you tell whether it**

17   **was something that was an accident because he happened to**

18   **be close to it, or he did it intentionally?**

19       A.   It was intentional, I believe, because of where

20   it was and how low he had to get.  He's a tall guy, he had

21   to get pretty low to knock it over.  My table isn't that

22   high up.  He's a tall guy, he had to make kind of an

23   effort.

24       **Q.   And would this be a standard height table, one**

25   **that you might sit at, or either a breakfast or dining**

1  table, or something along those lines?

2      A.   Pretty standard, yeah, size, yeah.

3      Q.   Regardless of it being knocked over, you were

4  able to physically pick up the camera and you held it in

5  your hands as you were being handcuffed; is that accurate?

6      A.   I believe so.  Like I said, it was really hectic

7  as well; but yeah, I believe so.  Yeah, that's what I had

8  done.

9      Q.   Did you post this video anywhere after the fact?

10     A.   I might have posted it.  I don't remember.

11     Q.   Do you often post videos or other things online?

12     A.   Sometimes.

13     Q.   What kinds of things do you post?

14     A.   Family stuff generally, like pictures of my kids.

15     Q.   Is it your testimony that the officers -- the

16 deputies knocking on the door is the first time that you

17 realized they or anyone was around?

18     A.   What do you mean "anybody was around?"

19     Q.   Immediately before this incident, from what

20 you've told us earlier, you were at home by yourself.  I

21 believe your words were that you couldn't recall whether

22 you were cleaning or watching television or something.  Is

23 a knock on the door with the deputies, is that the first

24 time that you realized that anybody's around something

25 as -- someone's trying to make any contact with you?

Exhibit 1

```
 1        A.   That's when I -- yeah, that's when I -- I hear
 2   the knock, you know?
 3        Q.   Immediately prior to this knock on the door, had
 4   you not started down the stairwell to go somewhere and
 5   seen the deputies?
 6        A.   Absolutely not.
 7        Q.   You didn't see the deputies and turn around and
 8   go into your apartment?
 9        A.   Absolutely not.   A hundred percent not.
10        Q.   How do you know whether both deputies placed
11   hands on you to place you in cuffs, or whether it was just
12   one?
13        A.   Well, you can generally feel the difference in
14   strength of people.  Like I said, I've grappled before, so
15   I can tell if it's one person or two people grabbing me.
16   It's not hard to tell if it's a different person grabbing
17   you.  And I could see him over my shoulder so -- he was
18   standing here, another one's standing there, and they're
19   both grabbing me.
20        Q.   Do you recall which one was behind you on which
21   side?
22        A.   No, I don't.
23        Q.   And it's your testimony that both placed the
24   handcuffs on you and I think you said --
25        A.   Well, both grabbed me.   I don't know who -- if
```

Exhibit 1

1  placed the handcuffs on me together as, like -- but they

2  both put hands on me.

3      Q.   Okay.   After the handcuffs were placed on you,

4  what happened next?

5      A.   Can you be a little bit more specific?

6      Q.   No, sir, I'm asking you, once the handcuffs are

7  placed on you, you're in the apartment, what happens?

8      A.   They started to take me out of my apartment

9  unwillingly.

10     Q.   And up to this point in time, the only thing that

11 has gone on with Deputy Warwin is that you have seen him

12 outside the apartment; you've indicated that he pushed the

13 door to come in; he doesn't say anything to you.   But

14 you've indicated he used his elbow to knock the camera

15 over that was on your table, and then he at least was one

16 of the persons who placed hands on you in order to put the

17 handcuffs on you; is that accurate?

18     A.   Correct.

19     Q.   Okay.   Anything else up to that point with Deputy

20 Warwin?

21     A.   Not that I remember.

22     Q.   Okay.   And is there anything more with respect to

23 Deputy Warwin as you -- they were taking you -- starting

24 to take you out of the apartment from the time -- from

25 that point in time until such time as they leave the

1  apartment complex that day, anything else on behalf of

2  Deputy Warwin?

3      A.   What do you mean?  Like --

4      Q.   Did he take any other actions with respect to

5  you, whether that's placing hands on you, having any

6  conversation with you, anything of that nature?

7      A.   Not with me.

8      Q.   Did he with someone else that you overheard?

9      A.   After being placed in the hot box, I heard him

10 say, "Give him a few minutes in there.  I'll bet you he'll

11 change his tune."  That's what I remember hearing.

12     Q.   And when you say "the hot box," tell us please

13 exactly what you're referring to.

14     A.   Their patrol vehicle that was sitting in the sun

15 not running, with the windows fully up; and had already

16 been sitting in that sun, I imagine, how long it took them

17 to get -- you know, so it was very hot the moment I went

18 in it already.

19     Q.   Other than the comment that you've just told us

20 about, "Give him a few minutes," was there anything else

21 that you overheard Warwin say to anyone else?

22     A.   Not that I can remember.

23     Q.   So any other actions or remarks that I should be

24 aware of on the part of Deputy Warwin on July 29th, 2019,

25 as it relates to you?

Exhibit 1

1  I'm pretty sure they weren't.  If they were, they weren't

2  tinted hard, because the sun was just -- it was like being

3  in a sauna.  And I asked --

4      Q.   I'm sorry?

5      A.   I said it's worse than a sauna, it just was --

6  just the heat, just -- like, that's all I remember was the

7  second I went in, it was just, like, losing my breath from

8  the amount of heat in the car.

9      Q.   What kind of clothing were you wearing that day?

10     A.   Gosh, it's hard to remember, to be honest.  I

11 would have go back and look, I don't remember exactly.  I

12 think would it have been -- I don't remember.

13     Q.   What was the weather like that day?

14     A.   It was about 85 degrees and sunny.  Not a cloud

15 in the sky that I can remember, not many.

16     Q.   And how do you remember that it was 85 degrees?

17     A.   I remember looking it up afterwards.

18     Q.   And was that the temperature outside?

19     A.   Correct.

20     Q.   I believe you indicated to Mr. Jadon earlier that

21 there was -- that the vehicle was not running; is that

22 correct?

23     A.   Correct.

24     Q.   And you're sure that the vehicle was not running

25 as opposed to the air conditioning; is that correct?

Exhibit 1

1    A.   From the moment I got put in that car I told

2  them -- and I was screaming to the moment I didn't have

3  breath, and I was kicking with just my feet because I

4  couldn't scream.   They knew.   They were laughing about it.

5  I seen them laughing about it.

6    Q.   Both Deputies Everett and Warwin were laughing?

7    A.   Yes.

8    Q.   And how do you know what they were laughing

9  about?

10    A.   Looking me in the eyes and I -- and laughed at

11  me.

12    Q.   Were you able to hear anything that was being

13  said between the two of them?

14    A.   Some of the stuff, but I can't recall all of it.

15  But there's -- it was coming in and out, to be honest, so

16  I'd catch, like, words, so it's not like I can really

17  remember, if that makes sense.   I'd catch, like, a word

18  here and there, because I was going in and out.   It was

19  very hot, so I wasn't focused, really, on their

20  conversation.

21    Q.   What can you remember, if anything?

22    A.   I remember in the beginning obviously.   Because

23  like I said, when Warwin said something along the lines

24  like "give him some time in there and he'll be singing

25  like a canary," or "he'll talk" -- something along those

Exhibit 1

1  started feeling dizzy, faint, so I tried to just lay back

2  down, like across the whole seat, and with the little

3  energy I could -- because I couldn't yell any more because

4  I barely could breathe -- I just started kicking the door

5  a little bit.

6      And that's around that point, would have been about 45

7  minutes, an hour, I don't know when the -- Everett, I

8  believe, first came to the car and turned it on or opened

9  it.

10     Q.   It's your estimate that it was 45 minutes or an

11  hour from the time that you were first placed in the back

12  seat of the vehicle, until such time as Deputy Everett

13  came to the car to turn it on; is that accurate?

14     A.   Yep.  Yes.  Sorry.

15     Q.   And did you -- during that 45 minutes to an hour,

16  did you have any communication with Deputies Everett or

17  Warwin?

18     A.   They wouldn't reply.  I was screaming, they just

19  ignored me.  I know they could hear me, they were two feet

20  away.  It would be impossible for somebody not to hear

21  somebody banging and screaming on the window.

22     Q.   What exactly were you screaming?

23     A.   "Help.  It's hot in here.  I can't breathe.  I'm

24  going to die.  I'm having chest pains."  That was later.

25  Everything that I was going through, you know, because I

1    was screaming while I still could.

2         Q.   Were you screaming anything along the lines of "I

3    didn't do it," or "I'm innocent" or --

4         A.   No.

5         Q.   -- "you've got the wrong person," or anything

6    along those lines?

7         A.   No, I don't -- like I said, I wouldn't talk about

8    anything without my lawyers present, so I wouldn't speak

9    on anything like that.  I was just complaining about my

10   state, how physically I literally felt like I was going to

11   have a seizure maybe, like -- I felt like that's what it

12   was.  I felt like I was going to have some type of

13   seizure.

14        Q.   Have you ever had a seizure before?

15        A.   Once when I was in South America as a child, so I

16   kind of -- yeah.

17        Q.   At any point in time did Deputy Everett take you

18   out of the car and allow you to sit on the ground?

19        A.   Yes.

20        Q.   And after how long a period of time that you were

21   in the car did that happen?

22        A.   Let's see.  First, like I said, when he -- he

23   turned -- he came back, he turned it on, left me in there.

24   And obviously it was -- it took a while, it was still hot,

25   but it got better with the air on, but it was still

1    just -- so much had happened.  And then he was trying to

2    solicit me to talk basically about stuff, asking me

3    questions about the case, I guess, and I told him, "Am I

4    under arrest?"

5         And he was like, "Are you willing to answer my

6    questions?"

7         I said, "Well, that depends.  Am I under arrest?"

8    And -- because you know, if he said no, I was just going

9    to go back inside.  And then he -- when I, you know, said,

10   "If I'm under arrest then no, I'm not going to answer any

11   questions.  If I'm not under arrest" -- I wasn't going to

12   answer them anyways, but I just asked him that.

13        And he walked away and then decided, because I wasn't

14   going to cooperate, that he was just going to arrest me, I

15   guess, because he came back and said I'm arresting you

16   for -- I think -- I can't remember.  Felony -- I think

17   felony or something -- and it was so scary, that all

18   the -- it just caused even more of a panic, and I told him

19   again I'm having chest -- and that was the point where he

20   let me out of the car after I had -- I already mentioned

21   that I'd been having chest pain, but that was finally when

22   I got through to him.

23        Q.   Okay.  And so when he allowed you to get out of

24   the car, did you sit on the ground by the car, or did you

25   sit elsewhere, or stand?

Exhibit 1

1      A.   I laid down on the concrete or, like -- yeah, or

2   wherever they let me.   I think they set me on the

3   concrete, so I just laid down.

4       Q.   Did you get any water or anything of that nature?

5       A.   No, they didn't care about bringing me water.

6       Q.   Did you ask for any?

7       A.   Yes.  I'm sure I did.  I mean, it would be

8   obvious, somebody's heat stroke.

9       Q.   That's not my question, sir.  Did you ask for

10  any --

11      A.   Yes.

12      Q.   -- is the question.

13      A.   Yes.  I said I'm thirsty, so --

14      Q.   And how long before EMS arrived?

15      A.   I can't remember.  I was going kind of like --

16  like I said, I wasn't out of consciousness, but I was

17  very -- still dizzy, so I was kind of going, like -- like,

18  blacking, kind of in and out; not necessarily going

19  completely off of consciousness.  But I couldn't remember.

20  Maybe 15 minutes, I can't remember.  Honestly I don't

21  remember.

22      Q.   And what do you recall about the services that

23  EMS offered or provided once they arrived?

24      A.   They checked my -- my heart, I believe, rate, or

25  something like that, and told me that -- something along

1  the lines that it was, like, way, way high, and that they

2  recommend I take my medication, that Alprazolam.  But they

3  couldn't rule out some type of heart issue so --

4       Q.  And you were permitted to return to your

5  apartment for the Alprazolam; is that correct?

6       A.  Not initially.  It took -- but, yeah.

7       Q.  And did your symptoms resolve after you went back

8  to the apartment for that?

9       A.  I don't think I was fine for the rest of the day.

10  I felt somewhat better, but the rest of the day, no, and

11  -- no, I didn't.  I mean, a little bit -- you know, the

12  anxiety goes down a little bit, but it was -- it wasn't --

13  no, it wasn't like it -- it helped enough for me to, you

14  know, not feel like I was going to die, but I still had a

15  considerable amount of anxiety left.

16       Q.  What time of day did this happen?

17       A.  About 2:00, 3:00 o'clock, I believe. 3:00

18  o'clock-ish.  3:00.

19       Q.  And do you remember what day of the week this

20  was?

21       A.  I do not, I'm sorry.  I don't remember what day

22  of the week it was, I apologize.

23       Q.  Did anyone go back into the apartment with you in

24  order for you to take the Alprazolam?

25       A.  The EMT.

Exhibit 1

1    Q.   After going into the apartment to take the

2  Alprazolam, did you come back out of the apartment, or did

3  you stay in from then on?

4    A.   I believe I stayed in my apartment.

5    Q.   And did any law enforcement enter your apartment

6  at that time?

7    A.   Not at that time.

8    Q.   Did anyone enter your apartment afterwards?

9    A.   They entered my apartment prior.

10    Q.   When was that, please, other than when you were

11  being placed in handcuffs?

12    A.   When I was in the car, one of -- both of them at

13  some point were standing by themselves and I saw them go

14  back up there.   They left my -- completely -- they left

15  the door completely open to my place, and then went back

16  up there for a while in the -- because they did this

17  pretty early on, they went back up there.

18    And I remember -- I remember both of them going up

19  separately to -- like, I guess to -- maybe to leave one

20  person watching me, I don't know.   But they both went on

21  their own separate times.

22    I don't know -- it was in the beginning with me being

23  put in the car, as soon as I noticed it.   Because I was

24  banging on the windows and stuff, and they just were

25  completely ignoring me, going about their own business.

Exhibit 1

1    Q.   From where you were seated in the car and where

2  it was parked, could you see the entry door to your

3  apartment?

4    A.   No, but my door and my stuff had been moved when

5  I got back.

6    Q.   So it's your assumption that Everett and/or

7  Warwin went in there; is that accurate?

8    A.   Well, if you're OCD about certain things being a

9  certain way in your house, you would remember if something

10  was moved, wouldn't you?

11    Q.   At any point in time did you see other law

12  enforcement officers on scene?

13    A.   I did.  I don't recall how many.

14    Q.   At any point in time did you see any of those

15  other law enforcement officers go up the stairs towards

16  your apartment?

17    A.   I don't recall any other officers going up those

18  stairs except for Officer Everett and Officer Warwin.

19    Q.   You don't recall seeing them, but you don't know

20  one way or another that they did not?

21    A.   I didn't see them.  I didn't see them go in there

22  because they were all sitting by their car, so they would

23  have had to ninja in there because -- you know?  But I was

24  being treated by EMS so, you know -- but no, I didn't see

25  anybody go in my apartment that I remember.

Exhibit 1

1    Q.   And when you --

2    A.   Besides those --

3    Q.   And when you were being treated by EMS, what

4  direction were you facing?  Did you still have a view of

5  the stairwell?

6    A.   Yes, I was facing my -- I could see actually up

7  the stairs into almost like -- like if somebody were --

8  because my apartment was the second, so you could -- even

9  from there, you could see if somebody was entering the

10  first apartment, which wasn't mine, or if they were going

11  to go in the other apartment, which would have been mine

12  basically on that side.  So yeah, I could see pretty well

13  my -- my vantage point.

14    Q.   Was there anything that was missing from your

15  apartment, even if it were not in the same place that it

16  had been?

17    A.   Not that I can recollect, no, nothing that was

18  missing.

19    Q.   Can you describe the anxiety or panic attack that

20  you had that day for us?

21    A.   What do you mean?  Like how bad it was or --

22    Q.   Describe what happens or what happened that day.

23  What --

24    A.   Feels like you're -- I don't know if you've ever

25  had anxiety, it's -- feels like my heart racing.  I was

Exhibit 1

1     A.   No.

2     Q.   Did you have any communication with law

3 enforcement then about your being arrested?

4     A.   Hmm?

5     Q.   Did you have any discussion with the law

6 enforcement officers on that particular day about you

7 being arrested at that time?

8     A.   No, there was no discussions.  Like I said, no, I

9 didn't even talk to them.

10     Q.   And did you have any medical or anxiety or

11 emotional attacks at that point?

12     A.   No.  I was upset about being lied upon, but I

13 wasn't -- no.  I was, you know, a little bit, but

14 nothing -- yeah.  It's always a little, you know,

15 emotional when the police are involved, but it's not like

16 there was any anxiety, no.

17     Q.   And was either EMS or paramedics or anyone called

18 to the scene as you recall?

19     A.   No, not -- no.

20          MS. ADKINS:  All right.  Mr. Jadon, do you

21   have the video that's easily accessed and played?

22          MR. JADON:  Yeah.  I can share my screen.

23       MS. ADKINS:  If you don't mind doing that,

24   and -- this is the video that's been produced to us,

25   Mr. Harrison, by your attorneys, and just like for you

1    to look at it for a minute, and then I'll have a few

2    questions for you.

3                    THE WITNESS:  Um-hmm.

4                    MR. JADON:  Give me one second.

5                    All right, can you see my screen?

6                    MS. ADKINS:  I can.

7                    Can you, Mr. Harrison?

8                    THE WITNESS:  Okay.  So this is the video

9    from the 29th not -- right?

10                   MS. ADKINS:  That's correct.

11                   And Mr. Babcock, you don't need to try to

12   take down the words.

13                        (Video played.)

14   BY MS. ADKINS:

15      Q.  **Mr. Harrison, are you aware of there being any**

16   **other video other than this one that reflects any portion**

17   **of this incident?**

18      A.  I don't think so.  I don't think that there is

19   any other video of that.  There was just one video I was

20   -- when I tried recording it, I didn't -- no, I don't

21   think so.  My point is that that same video might be,

22   like, two smaller videos.  I don't remember if it was or

23   not.

24      Q.  **There may be two, you said, smaller videos?**

25      A.  No, I'm saying, like, that video I thought -- I

Exhibit 1

1  don't know if it was, like, one solid video.  You guys

2  would have it, so that's all I have is my point.

3      Q.   Okay.  And with respect to this video, although

4  it moves around and the angle changes, I don't actually

5  see, myself, a video being knocked over.  Are you able to

6  see that on that video?

7      A.   No, because it happened prior to that.  Like I

8  said, that's why I don't think it was recording like I

9  thought, and I thought there was a -- like, I thought it

10  was recording during that period; it must not have been.

11  But you know, when you're -- yeah, it must not have

12  recorded that, but it was on that counter.

13      Q.   Have you altered --

14      A.   -- you could see --

15      Q.   I'm sorry?

16      A.   No.

17      Q.   Have you altered that video in any way from its

18  original format?

19      A.   Absolutely not.

20      Q.   At some point I can hear you announce to the law

21  enforcement officers that it's -- the incident is being

22  recorded.  Did you hear yourself say that on the video?

23      A.   Yes.

24      Q.   And one of the law enforcement officers responded

25  "that's fine."  Did you hear that as well?