# DECLARATION OF KENNETH EVERETT

**STATE OF FLORIDA**
**ST. JOHN'S COUNTY**

My name is KENNETH EVERETT, and I am over eighteen years of age and competent to testify in a court of law. I make this affidavit on personal knowledge.

1. My law enforcement training and experience as of July 2019 included training in an accredited State of Florida law enforcement academy, at the Sheriff's Department on policies and procedures, and an estimated additional 80 training hours related to law enforcement subjects during my employment with SJCSO, and on-the-job training.

2. On July 25, 2019, while on duty with SJSO, I responded to a call regarding a stalking and met with Danielle McDaniel who identified Bryan Harrison as her former boyfriend who would not stop contacting her. I recorded two sworn interviews with her. The first was conducted on July 25, 2019, at 6:19pm, and a true and accurate copy of the recording is attached hereto as Exhibit A. The second interview happened approximately a half hour later on July 25, 2019, at 6:54pm. A true and accurate copy of the recording is attached as Exhibit B. I also documented my interactions and communications with Ms. McDaniel in

Exhibit 4

a narrative report attached hereto as Exhibit C. (47 calls from No caller ID 12:46am; 10 emails from today)

3. I was off-duty July 27-28. On Monday, July 29, 2019, I was at the Department for Briefing before beginning my shift. My immediate supervisor was Sergeant Andy Thornton. I made contact with Sgt. Thornton regarding the case and confirmed with him that I had probable cause to arrest Bryan Harrison on the charge of stalking under Florida Statutes, §784.048(2). By statute, this is a misdemeanor.

4. Because of the prior relationship between Ms. McDaniel and Mr. Harrison, this is also considered dating violence under Florida Statutes, §784.06. For this reason alone, I was authorized by Florida law to arrest Plaintiff without a warrant. Florida Statutes, §901.15(7).

5. My patrol car was running the entire time I was at the apartment complex. There was a key in the ignition of the vehicle and I also had a key and fob on my person. The air conditioner was on the entire time my car was at the apartment complex. I never turned the car or the air conditioner off.

6. After Sgt. Thornton told me I needed to get a warrant, I submitted all of the evidence and my probable cause narrative for

processing for a warrant. I did not serve the warrant on Plaintiff or effect his later arrest. That was the end of my involvement with Plaintiff as it related to the Stalking charge except that I cooperated with the State Attorney's Office and defense counsel as requested or required through the criminal prosecution of that case.

7.  All of my actions with respect to responding to and investigating the complaint of Danielle McDaniel, the investigation of Bryan Harrison, and my detention, arrest, and release of him were in my role as a deputy Sheriff employed by SJSO and were within the course and scope of my employment with SJSO. Every action that I took was under the authority vested in me by state and federal law, was within my discretionary duties as a sworn law enforcement officer, and was taken in good faith.

8.  I never laughed at Plaintiff and I never suggested he should sit in my patrol vehicle without air conditioning in order to pressure him to talk. At no time did I have or did I act with any malice, ill will, bad faith, or other intent to do evil towards Bryan Harrison.

9.  I did not know Plaintiff before my interactions with him on July 29, 2019. My only contact with him since that time was on a traffic

stop sometime later. I did not recognize him until he told me who he was. I only issued him a warning for the traffic violation. I have not had any other contact with Bryan Harrison that I know of.

    FURTHER AFFIANT SAYETH NOT.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Dated this __16__ day of November 2022.

_____
KENNY EVERETT

# EXHIBIT A
# TO DECLARATION OF KENNETH EVERETT

## Audio Recording of first sworn interview with Danielle McDaniel

**(being furnished to the Clerk/Judge via U.S. Mail and via electronic mail to counsel for Plaintiff)**

# EXHIBIT B
# TO DECLARATION OF KENNETH EVERETT

**Audio Recording of second sworn interview with Danielle McDaniel**

**(being furnished to the Clerk/Judge via U.S. Mail and via electronic mail to counsel for Plaintiff)**



**ST. JOHNS COUNTY SHERIFF'S OFFICE**
4015 LEWIS SPEEDWAY
ST. AUGUSTINE, FL 32084
(904)824-8304

SUPPLEMENT NUMBER: 5

# OFFENSE REPORT

| Agency Case Number | Report Date / Time | Offense Description |
|---|---|---|
| SJSO19OFF007443 | 07/25/2019 08:01 PM | 0406 STALKING |
| CAD Incident Number | External Case Reference Number | Range of Occurrence Date/Time |
| SJSO19CAD150552 | | 07/24/2019 10:00 AM to 07/25/2019 05:17 PM |

## LOCATION OF OCCURRENCE

| County | Address | Latitude | Longitude |
|---|---|---|---|
| ST. JOHNS | 203 GENTIAN RD, SAINT AUGUSTINE, FL 32086 | | |
| Location Category | Location Type | Location Description | Location Status | Lighting Condition |
| Residence | Single family residence | 203 GENTIAN RD | Inhabited | Unknown |

Weather: ☐ Clear ☐ Cloudy ☐ Fog ☐ Rain ☐ Snow ☐ Hail ☐ Other ☑ Unknown

## PERSON: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BRYAN | ANDREW | HARRISON | | 12/03/1979 | 39 | W | M | 6'00" | 150 | BLK | BRO |

| Master Name Index Number | Place of Birth | Nation | Driver's License or Other ID | State | Class or Type |
|---|---|---|---|---|---|
| SJSO16MNI009615 | | | H625061794430 | FL | |

| Address | City | County | State | Zip Code | Phone |
|---|---|---|---|---|---|
| 245 LASA DR 208 | ST AUGUSTINE | | FL | 32086 | 904-729-3173 |

| Residence Status | Vehicle on Report Associated with Person | Arrested | Wanted |
|---|---|---|---|
| Within jurisdiction | 2015, MERZ, C300, ITXC50, FL | ☐ | ☐ |

## PERSON: VICTIM

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DANIELLE | KRISTA | MCDANIEL | | 09/05/1990 | 28 | W | F | 6084 | 118 | BRO | BRO |

| Master Name Index Number | Place of Birth | Nation | Driver's License or Other ID | State | Class or Type |
|---|---|---|---|---|---|
| SJSO17MNI037240 | ST AUGUSTINE | UNITED STATES | M235171908250 | FL | E |

| Address | City | County | State | Zip Code | Phone |
|---|---|---|---|---|---|
| 203 GENTIAN RD | ST AUGUSTINE | ST. JOHNS | FL | 32086 | (904)466-5662 |

| Residence Status | Vehicle on Report Associated with Person | Arrested | Wanted |
|---|---|---|---|
| Within jurisdiction | | ☐ | ☐ |

| Occupation | Employer | | | Master Business Index Number |
|---|---|---|---|---|
| | UNEMPLOYED | | | |

| Address | City | State | Zip Code | Phone |
|---|---|---|---|---|
| | | | | |

## PERSON: WITNESS A

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRISTINE | L | MCDANIEL | | 03/20/1960 | 59 | W | F | 5'04" | 110 | BLN | BLU |

| Master Name Index Number | Place of Birth | Nation | Driver's License or Other ID | State | Class or Type |
|---|---|---|---|---|---|
| SJSO95MNI009341 | ST AUGUSTINE | UNITED STATES | M235112606000 | FL | E |

| Address | City | County | State | Zip Code | Phone |
|---|---|---|---|---|---|
| 203 GENTIAN RD | ST AUGUSTINE | ST. JOHNS | FL | 32086 | 904-495-3040 |

| Residence Status | Vehicle on Report Associated with Person | Arrested | Wanted |
|---|---|---|---|
| Within jurisdiction | | ☐ | ☐ |

## AUTOMOBILE: SUSPECT VEHICLE / USED IN CRIME

| State & License Plate Number | VIN | Year | Make | Model | Style | Color (Body) |
|---|---|---|---|---|---|---|
| FL ITXC50 | 55SWF4KB2FU017647 | 2015 | MERZ | C300 | 4D | BLK |

| Doors | Other Description | Value | Vehicle Linked to Person | Vehicle Linked to Business |
|---|---|---|---|---|
| | | 0 | Bryan Andrew Harrison | |

## CHARGES

| Counts | Charge Number | Charge |
|---|---|---|
| 1 | 784.048.2 | STALKING |

| Charge Degree | Charge Level | General Offense Code | Hate Crime | Domestic Violence |
|---|---|---|---|---|
| FIRST DEGREE | MISDEMEANOR | PRINCIPAL | ☐ | ☐ |

Charge Description: FOLLOW HARASS CYBERSTALK ANOTHER

## PROPERTY ITEMS

| Property Code | Article Type | Description |
|---|---|---|
| EVIDENCE | AUDIO | PHONE CALL FROM BRYAN TO SHERIFF'S OFFICE |

| Brand | Model | Serial Number | OAN | Qty | Value | Recovered Date/Time | Recovered Value |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 1 | | 0 |

| Property Code | Article Type | Description |
|---|---|---|
| EVIDENCE | DOCUMENTS | MESSAGES AND CALL LOGS |

| Brand | Model | Serial Number | OAN | Qty | Value | Recovered Date/Time | Recovered Value |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 1 | | 0 |

| Property Code | Article Type | Description |
|---|---|---|
| EVIDENCE | DOCUMENTS | THREATENING MESSAGE |

| Brand | Model | Serial Number | OAN | Qty | Value | Recovered Date/Time | Recovered Value |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 1 | | 0 |

**INITIAL NARRATIVE: 07/26/2019 12:10 AM**

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| Call Number | Officer Name | Permanent ID Number | Approved | Supervisor Name | Permanent ID Number |
| 3726 | EVERETT, KENNETH R | SJSO12PER000109 | ☑ | THORNTON, JAMES A | SJSO06PER000129 |

I responded to 2469 US 1 South (Save A Lot) in reference to a stalking case. I met with Danielle McDaniel

Offense Report                                                                                  Page 1 of 4

Exhibit C to Declaration of Kenneth Everett       Harrison 000011

| Agency Case Number | Report Date / Time | Offense Description |
|---|---|---|
| SJSO19OFF007443 | 07/25/2019 08:01 PM | 0406 STALKING |
| CAD Incident Number | External Case Reference Number | Range of Occurrence Date/Time |
| SJSO19CAD150552 | | 07/24/2019 10:00 AM to 07/25/2019 05:17 PM |

who provided the following statement.

Danielle dated Bryan Harrison "on and off" for approximately two years. Danielle broke up with Bryan approximately a month ago and she told me he has not taken it well. Between July 24, 2019 and meeting with Danielle on July 25, 2019, Bryan has called Danielle on her cell phone over 40 times. Danielle has told Bryan she does not wish to speak to him and to stop calling her. Danielle changed her phone number on July 25, 2019, and Bryan was able to find out her number and continued to call her. Bryan called Danielle from a private number and we were unable to verify the number he used to call her. While I spoke to Danielle, Bryan called Danielle on her phone. I answered the phone as a Saint John's County Sheriff Deputy and Bryan did not believe me. I told Bryan not to call this number again and hung up the phone. Bryan called approximately three more times and I told him if he did not believe that I was a Deputy Sheriff to call the Sheriff's Office and verify I was talking to him. Danielle advised the harassment was going on ever since they broke up. I read Danielle's text messages (with her consent) between her and Bryan and her conversations were friendly with him up until July 22, 2019. Danielle told me Bryan has emailed her approximately eight times since July 24, 2019. Danielle will provide the emails at a later date. Danielle told me her family saw a black Mercedes C300 drive by approximately three times while I met with her. Bryan drives the same vehicle but was never positively identified by the family members. While talking to Danielle, she began to cry several times and told me she didn't know what to do and that this was interfering in her personal life with her family members relationship. Danielle provided a sworn audio statement and I submitted it. Danielle filled out a victim notification card and I submitted it. Danielle was provided a Victim's Rights packet and advised of the procedure to file an Injunction for Protection.

I spoke to Christine McDaniel, Danielle's mother, who provided the following statement.

Christine told me she saw a black Mercedes ride by twice while Danielle was making a report with me. The vehicle drove by at approximately 1700 hours and 1830 hours. Christine told me she was not able to see the driver but knows Bryan's vehicle through prior experience. Christine provided a sworn audio statement and I submitted it.

A subject called the Sheriff's Office and asked to verify my employment. The subject stated his name was Bryan Harrison and just got off the phone with a Deputy Everett. The subject told dispatch that I knew Danielle personally and that this case was a conflict of interest. Bryan told dispatch he was not harassing anyone but was trying to get $600 dollars back from Danielle because she allegedly owes it to him. I submitted the recording into evidence.

I will obtain more evidence from Danielle at a later date. I will attempt to meet with Bryan at his address and get his side of the story. This case will be pending further investigation.

**SUPPLEMENTAL NARRATIVE: 07/30/2019 11:44 PM**

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| Call Number | Officer Name | Permanent ID Number | Approved | Supervisor Name | Permanent ID Number |
| 3726 | EVERETT, KENNETH R | SJSO12PER000109 | ☑ | MILILLO, MICHAEL P JR | SJSO13PER000080 |

On July 29, 2019, I initiated a follow-up at 245 Lasa Drive Unit 208 in reference to this case. I met with Bryan Harrison who declined to speak with me about this case. I will forward charges for stalking with the State Attorney's Office.

**PROBABLE CAUSE NARRATIVE: 07/30/2019 11:44 PM**

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| Call Number | Officer Name | Permanent ID Number | Approved | Supervisor Name | Permanent ID Number |
| 3726 | EVERETT, KENNETH R | SJSO12PER000109 | ☑ | MILILLO, MICHAEL P JR | SJSO13PER000080 |

THE UNDERSIGNED CERTIFIES AND SWEARS THAT THERE IS PROBABLE CAUSE TO BELIEVE THE ABOVE-NAMED DEFENDANT, WHO WAS POSITIVELY IDENTIFIED BY Florida Driver's License ON THE 26 DAY OF

| Agency Case Number | Report Date / Time | Offense Description |
|---|---|---|
| SJSO19OFF007443 | 07/25/2019 08:01 PM | 0406 STALKING |
| CAD Incident Number | External Case Reference Number | Range of Occurrence Date/Time |
| SJSO19CAD150552 | | 07/24/2019 10:00 AM to 07/25/2019 05:17 PM |

July , 2019 AT APPROXIMATELY 5:00 [] A.M. [] P.M. AT 203 Gentian Road WITHIN ST. JOHNS COUNTY, VIOLATED THE LAW AND DID THEN AND THERE:

**FSS: 784.048.2 Stalking**

The defendant, Bryan Harrison, has contacted the victim, Danielle McDaniel over 60 times by phone calls, over 20 emails, and over 30 text messages from various phones in the span of four days. The defendant was advised by phone to stop calling the victim and continued to call the victim. The victim knows it is the defendant calling because she can hear his voice and knows him from a previous relationship. The victim stated this is causing her emotional distress and is effecting her family life.

CITATION NO. _____
DOMESTIC VIOLENCE: []
PROBATION: [] YES [xx] NO IF YES, LOCATION: _____ SEXUAL PREDATOR: [] YES [xx] NO
ENGLISH: [xx] YES [] NO _____ DEAF/MUTE: [] YES [xx] NO
ATTACHMENTS, STATEMENTS: [xx]  TRAFFIC CITATIONS: []  DUI: []

**INVESTIGATIVE NARRATIVE: 07/31/2019 10:08 AM**

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| Call Number | Officer Name | Permanent ID Number | Approved | Supervisor Name | Permanent ID Number |
| I3877 | GOLDMAN, JEREMY | SJSO15PER000035 | ✓ | HARRIGAN, GEORGE H JR | SJSO06PER000565 |

July 31, 2019

I made telephone contact with Danielle McDaniel, who stated she had printed out the emails and text messages from Bryan Harrison. Danielle will provide them to law enforcement soon.

Danielle sent me one message in which Bryan threatened to murder her, however Danielle believed that message was received earlier this year and not during the time after she had ended the relationship. The screenshot will be submitted into evidence.

Danielle is seeking victim assistance from the Betty Griffin House and intends to pursue an injunction.

This case will remain pending warrant process.

**INVESTIGATIVE NARRATIVE: 07/31/2019 02:52 PM**

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| Call Number | Officer Name | Permanent ID Number | Approved | Supervisor Name | Permanent ID Number |
| I3877 | GOLDMAN, JEREMY | SJSO15PER000035 | ✓ | MARMO, THOMAS | SJSO06PER000322 |

July 31, 2019

I responded to 203 Gentian Street where I made contact with Danielle McDaniel. Danielle provided printouts of messages from Bryan Harrison showing he continued to create email addresses and contact her from unknown phone numbers despite Danielle's attempts to block him and change her own number.

1. HAS PERPETRATOR EVER USED A WEAPON AGAINST YOU OR THREATENED YOU WITH A WEAPON?   YES [ ] NO [XX]
2. HAS PERPETRATOR THREATENED TO KILL YOU OR YOUR CHILDREN?   YES [XX] NO [ ]
3. DO YOU THINK PERPETRATOR IS CAPABLE OF KILLING YOU?   YES [XX] NO [ ]
4. GPS ELECTRONIC MONITORING RECOMMENDED BY LAW ENFORCEMENT:   YES [XX] NO [ ]
NOTE: GPS ELECTRONIC MONITORING IS REQUESTED IF ONE OR MORE ARE CHECKED YES

Danielle clarified that the murder threat message was sent using Facebook Messenger's secret conversation feature and that the messages are set to delete after 10 seconds. The "0:08" shown next to each line is the time remaining before it is deleted.

Offense Report                                                                                                                       Page 3 of 4

Exhibit C to Declaration of Kenneth Everett    Harrison 000013

| Agency Case Number | Report Date / Time | Offense Description |
|---|---|---|
| SJSO19OFF007443 | 07/25/2019 08:01 PM | 0406 STALKING |
| CAD Incident Number | External Case Reference Number | Range of Occurrence Date/Time |
| SJSO19CAD150552 | | 07/24/2019 10:00 AM to 07/25/2019 05:17 PM |

Danielle also provided a call log showing many calls from blocked numbers between Thursday July 24 and Saturday July 26. The messages and call logs will be submitted into evidence.

This case will remain pending warrant process.

**REPORTING OFFICER / SUPERVISOR APPROVAL**

| Reporting Officer | | Approving Supervisor | | |
|---|---|---|---|---|
| Call Number | Name | ID Number | Rank | Name |
| 3726 | EVERETT, KENNETH R | 3211 | LE SGT | MARMO, THOMAS |
| Signature: Dep [signature] | | Signature: [signature] #3211 | | |

Offense Report — Page 4 of 4

Exhibit C to Declaration of Kenneth Everett

Harrison 000014