## DECLARATION OF PATRICK KEEGAN WARWIN

STATE OF FLORIDA
ST. JOHN'S COUNTY

1. My name is PATRICK KEEGAN WARWIN, and I am over eighteen years of age and competent to testify in a court of law. I make this affidavit on personal knowledge.

2. My training and experience at that time included approximately 760 hours of training in an accredited State of Florida law enforcement academy, as well as additional training at the Sheriff's Department including on policies and procedures, and additional training hours related to law enforcement subjects during my employment with SJSO, and on-the-job training. Sheriff's Department training included two months of classroom training and two months with a Field Training Officer.

3. I had no interaction with Bryan Harrison or the case against him after the events of July 29, 2019. my only involvement with him or the case was to cooperate with the State Attorney's Office and defense counsel as requested or required during the criminal prosecution of Plaintiff for that charge.

Exhibit 5

4. All of my actions with respect to Plaintiff Bryan Harrison were in the context of providing back-up to Deputy Everett, were in my role as a deputy Sheriff employed by SJSO, and were within the course and scope of my employment with SJSO. All actions by me in this regard were taken under the authority vested in me by state and federal law, were within my discretionary duties as a sworn law enforcement officer, and were taken in good faith.

5. I never laughed at Plaintiff and I never suggested he be left in a vehicle without air conditioning in order to pressure him to talk. At no time did I have or act with any malice, ill will, bad faith, or other intent to do evil towards Bryan Harrison.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Dated this 16th day of November 2022.

PATRICK KEEGAN WARWIN