### AFFIDAVIT OF LAURA ANSLEY

STATE OF FLORIDA
ST. JOHN'S COUNTY

BEFORE ME, the undersigned authority, personally appeared LAURA ANSLEY, who after being duly sworn, deposes and states:

1.      My name is LAURA ANSLEY, and I am over eighteen years of age and competent to testify in a court of law.

2.      I am employed with the St. John's County Sheriff's Office as the Supervisor of Records. I am the official custodian of records for the Sheriff's Office.

3.      I make this affidavit on personal knowledge and/or in my capacity as the custodian of records.

4.      Attached hereto as Exhibit A is a truce and accurate copy of the Call History Record for St. Johns County Sheriff's Office for 245 Lasa Drive, Bryan Harrison, on July 29, 2019.

FURTHER AFFIANT SAYETH NOT.

Dated this _18_ day of November 2022.

LAURA ANSLEY

Sworn to (or affirmed) and subscribed before me, by means of ☒ physical presence or ☐ online notarization, this _18_ day of November 2022, by LAURA ANSLEY , who is ☒ personally known to me or who has ☐ produced _____ as identification.

NOTARY PUBLIC
State of Florida
My commission expires: 10/26/26

(seal)

NOTARY PUBLIC
STATE OF FLORIDA

THOMAS APPLEBY
Commission # HH 326175
Expires October 26, 2026

Exhibit 6



# ST. JOHNS COUNTY SHERIFF'S OFFICE

## CALL HISTORY RECORD

Page 1 of 3
Printed By:
**LANSLEY**
Printed On:
**11/18/2022 11:52:01**

---

*DISPATCH TO LOCATION*

| Address | | Apt / Lot | Domicile Type |
|---|---|---|---|
| **245 LASA DR** | | | |

| Cross Street | City | Incorporated? | State | County | Zip Code |
|---|---|---|---|---|---|
| | **SAINT AUGUSTINE** | **No** | **FL** | **ST. JOHNS** | **32084** |

| Latitude | Longitude | National Grid |
|---|---|---|
| **29.92975** | **-81.33016** | |

| Assignment | District | Sector | Sub-Sector | SA-Zone | | Wrecker |
|---|---|---|---|---|---|---|
| **SAPD** | **SA** | **SA** | **102** | | | **CNTY** |

---

*LOCATION OF OCCURRENCE*

| Address | | Apt / Lot | Domicile Type |
|---|---|---|---|
| **245 LASA DR** | | | |

| Cross Street | City | Incorporated? | State | County | Zip Code |
|---|---|---|---|---|---|
| | **SAINT AUGUSTINE** | **No** | **FL** | **ST. JOHNS** | **32084** |

| Latitude | Longitude | National Grid |
|---|---|---|
| **29.92975** | **-81.33016** | |

| Assignment | District | Sector | Sub-Sector | SA-Zone | | Wrecker |
|---|---|---|---|---|---|---|
| **SAPD** | **SA** | **SA** | **102** | | | **CNTY** |

---

| Complaint Type / Call Nature | Priority | Additional Info | Weapon |
|---|---|---|---|
| **FOLLOW UP** | **4** | | |

| Complainant | Phone Number | Ext | Contact | 911 |
|---|---|---|---|---|
| | | | | **N** |

---

| Primary Unit | BackUp Units | | Dispatcher | Disposition Codes | |
|---|---|---|---|---|---|
| **3726** | **440** | **4114** | **KEVERETT** | (1) **9021** | (4) **OI** |
| **SJSO** | **SJSO** | **SJSO** | | (2) **M** | (5) **02** |
| | | | *Call Taker* | (3) **2** | (6) |

---

| Incident Number | CALL DATES & TIMES (Note: Individual Unit Times & Close/Code Times are listed after the Call Notes) | | | | |
|---|---|---|---|---|---|
| **SJSO19CAD153270** | Received | Shipped | Dispatched | Enroute | Onscene | Closed |
| *Radio Channel* | **07/29/2019** | **07/29/2019** | **07/29/2019** | **07/29/2019** | **07/29/2019** | **07/29/2019** |
| | **16:44:06** | **16:44:06** | **16:44:07** | **16:44:07** | **16:44:07** | **17:47:29** |

---

| CALL STATISTICS | Create Time | Hold Time | Rollout Time | Enroute Time | Onscene Time |
|---|---|---|---|---|---|
| | **00:00:00** | **00:00:01** | **00:00:00** | **00:00:00** | **01:03:21** |
| | | Dispatch Time | | Response Time | Total Call Time |
| | | **00:00:01** | | **00:00:00** | **01:03:22** |

---



**ST. JOHNS COUNTY SHERIFF'S OFFICE**

**CALL HISTORY RECORD**

---

*SUBJECT RECORD*

| | | | |
|---|---|---|---|
| *Date Added* | *Time Added* | *Added By* | *Subject Type* |
| 07/29/2019 | 16:45:07 | KMILLER | UNKNOWN |

| | | | |
|---|---|---|---|
| *Last Name* | *First Name* | *Middle Name* | *Title (jr, sr, etc.)* |
| HARRISON | BRYAN | ANDREW | |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Race* | *Sex* | *DoB* | *Age* | *Hair* | *Eyes* | *Height* | *Weight* |
| W | M | 12/03/1979 | 39 | BLK | BRO | 6'00" | 150 |

*DL/ID Number*   *State*
H625061794430    FL

*Description/Comments*

*Activity*
UNKNOWN          ☐ Drinking   ☐ Drugs   ☐ Weapon        *Weapon Description*

*Extent of Injuries*
N/A              ☐ Seat Belt Required?   ☐ Airbag Installed?   ☐ Childseat Used?
                 ☐ Seat Belt Used?       ☐ Airbag Deployed?    ☐ Childseat Required?

*Next of Kin*

         *Notified by:*
☐ Notified?

                                        *Approved for Release By:*
☐ Allow Public Release of Information on this Subject?

---

**CALL NOTES**

| Added By | Date | Time | CallNo | Note |
|---|---|---|---|---|
| KEVERETT | 07/29/2019 | 16:44:07 | | INTERVIEW BRYAN HARRISON IN REF TO 007443 |
| JGEBERT | 07/29/2019 | 16:45:36 | | LINK CREATED BETWEEN  INCIDENT [SJSO19CAD153270] AND INCIDENT [ SJSO19CAD150552] |
| TSTANICK | 07/29/2019 | 16:52:59 | | ONE SECURED |
| TSTANICK | 07/29/2019 | 16:53:04 | | 1039 SGT BLANTON |
| TSTANICK | 07/29/2019 | 16:53:06 | | 10-4 10-6 |
| TSTANICK | 07/29/2019 | 17:12:54 | 3726 | REQ F/R REF SUBJ HAVING PANIC ATTACK |
| TSTANICK | 07/29/2019 | 17:13:13 | | 1039 F/R |
| TSTANICK | 07/29/2019 | 17:30:57 | 3726 | SUBJ UNSECURED |
| KMILLER | 07/29/2019 | 17:32:53 | | GATE CODE #9111 |

**UNIT / CALL TIMES**

| DATE | TIME | CALLNO | AGENCY | DESCRIPT | DISPATCHER | MILEAGE |
|---|---|---|---|---|---|---|
| 07/29/2019 | 16:44:07 | 3726 | SJSO | REPORTING | KEVERETT | 0 |
| 07/29/2019 | 16:44:07 | 3726 | SJSO | ONSCENE | KEVERETT | 0 |
| 07/29/2019 | 16:44:37 | 3726 | SJSO | REMOVED | KEVERETT | 0 |
| 07/29/2019 | 16:44:49 | 3726 | SJSO | ENROUTE | KEVERETT | 0 |
| 07/29/2019 | 16:45:17 | 4114 | SJSO | ENROUTE | PWARWIN | 0 |
| 07/29/2019 | 16:48:24 | 3726 | SJSO | ONSCENE | KEVERETT | 0 |
| 07/29/2019 | 16:48:41 | 4114 | SJSO | ONSCENE | PWARWIN | 0 |
| 07/29/2019 | 17:23:45 | 440 | SJSO | ENROUTE | ATHORNTON | 0 |
| 07/29/2019 | 17:32:55 | 440 | SJSO | ONSCENE | ATHORNTON | 0 |
| 07/29/2019 | 17:46:01 | 4114 | SJSO | REMOVED | PWARWIN | 0 |
| 07/29/2019 | 17:46:45 | 440 | SJSO | REMOVED | ATHORNTON | 0 |
| 07/29/2019 | 17:47:29 | | | CLOSED | SJSO12PER000109 | |
| 07/29/2019 | 17:47:29 | | | CODED | SJSO12PER000109 | |

---



# ST. JOHNS COUNTY SHERIFF'S OFFICE

## CALL HISTORY RECORD

Page 3 of 3
Printed By:
**LANSLEY**
Printed On:
**11/18/2022 11:52:01**

*Complaint History*

| Date/Time | Complaint | Priority | Complaint Addinfo | Status | Law | Fire | EMS | Weapon |
|-----------|-----------|----------|-------------------|--------|-----|------|-----|--------|
| 07/29/2019 16:44:06 | FOLLOW UP | 4 | | | ☑ | ☐ | ☐ | . |

END OF CALL HISTORY RECORD