**Walk Through Warrant**
**SJSO Clerk:** [signature]
**Date:** 7/31/19
**SCANNED**
**WARRANT AFFIDAVIT**
REPORT NUMBER: SJSO55ARR024681

**ST JOHNS COUNTY SHERIFFS OFFICE**
4015 LEWIS SPEEDWAY
ST. AUGUSTINE, FL

| Report Date / Time | Agency Case/Offense Number | OCA / Agency ID | OBTS Number | Jail Booking Number | Other Number |
|---|---|---|---|---|---|
| 07/31/2019 02:00 AM | SJSO19OFF007443 | | | | SJSO19CAD150552 |

## LOCATION OF OCCURRENCE

| County | Address |
|---|---|
| ST. JOHNS | 203 GENTIAN RD, SAINT AUGUSTINE, FL 32086 |

| Range of Occurrence Date/Time | Latitude | Longitude |
|---|---|---|
| 07/24/2019 10:00 AM to 07/25/2019 05:17 PM | | |

## PERSON: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BRYAN | ANDREW | HARRISON | | 12/03/1979 | 39 | W | M | 6'00" | 150 | BLK | BRO |

| Master Name Index Number | Place of Birth | Nation | SSN | Driver's License or Other ID | State | Class or Type |
|---|---|---|---|---|---|---|
| SJSO16MNI009615 | | | [redacted] | H625061794430 | FL | |

| Address | City | County | State | Zip Code | Phone |
|---|---|---|---|---|---|
| 245 LASA DR 208 | ST AUGUSTINE | | FL | 32086 | 904-729-3173 |

## CHARGES

| Counts | Charge Number | Charge |
|---|---|---|
| 1 | 784.048.2 | STALKING |

| Charge Degree | Charge Level | General Offense Code | Hate Crime | Domestic Violence | Bond Amount |
|---|---|---|---|---|---|
| FIRST DEGREE | MISDEMEANOR | PRINCIPAL | ☐ | ☐ | |

FOLLOW HARASS CYBERSTALK ANOTHER

## PROBABLE CAUSE

THE UNDERSIGNED CERTIFIES AND SWEARS THAT THERE IS PROBABLE CAUSE TO BELIEVE THE ABOVE-NAMED DEFENDANT, WHO WAS POSITIVELY IDENTIFIED BY Florida Driver's License ON THE 26 DAY OF July, 2019 AT APPROXIMATELY 5:00 ☐ A.M. ☐ P.M. AT 203 Gentian Road WITHIN ST. JOHNS COUNTY, VIOLATED THE LAW AND DID THEN AND THERE:

**FSS: 784.048.2 Stalking**

The defendant, Bryan Harrison, has contacted the victim, Danielle McDaniel over 60 times by phone calls, over 20 emails, and over 30 text messages from various phones in the span of four days. The defendant was advised by phone to stop calling the victim and continued to call the victim. The victim knows it is the defendant calling because she can hear his voice and knows him from a previous relationship. The victim stated this is causing her emotional distress and is effecting her family life.

CITATION NO. _____
DOMESTIC VIOLENCE: ☐
PROBATION: ☐ YES [xx] NO IF YES, LOCATION: _____  SEXUAL PREDATOR: ☐ YES [xx] NO
ENGLISH: [xx] YES ☐ NO _____ DEAF/MUTE: ☐ YES [xx] NO
ATTACHMENTS, STATEMENTS: [xx] TRAFFIC CITATIONS: ☐ DUI: ☐

Before me personally appeared the above named law enforcement officer with the ST JOHNS COUNTY SHERIFFS OFFICE, and who being duly sworn, states the Defendant BRYAN HARRISON did commit the acts stated in this Probable Cause Affidavit. Based upon this sworn statement of facts, I find probable cause that the defendant did commit the crimes listed in the Charges Section of this affidavit. Therefore, I hereby command the immediate arrest of Defendant BRYAN HARRISON and order them brought before the courts to be dealt with according to the law.

So ordered on _____ by Judge _____

## BOND SET BY JUDGE

Bond Amount $ _____

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named person, committed violation(s), of law, on the above date(s) and time(s), as listed in charges section above and described in the probable cause statement.

| ID Number | Rank | Name |
|---|---|---|
| 10380 | LE DEPUTY | EVERETT, KENNETH R |

Officer Agency: ST JOHNS COUNTY SHERIFFS OFFICE
[signature: Dep _____]

Subscribed and sworn to (or affirmed) before me this 31 day of JULY A.D., 19 by EVERETT who is ✓ personally known to me or has produced _____ as identification.

Signature: [signature] #7427  Notary Public ☐ LEO ☐ CO  Commission No: _____  My Commission Expires: _____

JUL 3 1 2019

| WARRANT AFFIDAVIT | SJSO55ARR024681 | Page 1 of 1 |

Exhibit 7

Harrison 004632

Filed for record 08/05/2019 10:41 AM Clerk of Court St. Johns County, FL