**19001319MMMA - STATE OF FLORIDA vs. HARRISON, BRYAN ANDREW**

## SUMMARY

| | | |
|---|---|---|
| **Judge:** CHRISTINE, ALEXANDER R JR | **Court Type:** Misdemeanor | **Case Type:** |
| **Case Number:** 19001319MMMA | **Uniform Case Number:** 552019MM001319XXAXMX | **Status:** REOPENED |
| **Clerk File Date:** 8/5/2019 | **Status Date:** 6/10/2022 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 0.00 | **Custody Location:** NOT IN CUSTODY | **Agency:** ST JOHNS COUNTY SHERIFFS OFFICE |
| **Agency Report Number:** 19OFF007443 | | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | HARRISON, BRYAN ANDREW | 1 SMITH, DERRICK H (Main Attorney) 0<br>2 MUSCA, JOHN PATRICK |
| PLAINTIFF | STATE OF FLORIDA | 1 WEST, DION (Main Attorney) 0 |

## CHARGES

| COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | STALKING (784.048 2) | M | F | | NOLLE PROSSED | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | EVENT NOTE |
|---|---|---|---|---|---|
| 5/2/2022 9:00 AM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | DISPOSED | |
| 3/7/2022 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 1/28/2022 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 12/1/2021 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 9/27/2021 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 7/16/2021 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 5/17/2021 9:00 AM | JURY SEL-MISD | CHRISTINE, ALEXANDER R JR | Courtroom 255 | DISPOSED | |
| 5/11/2021 9:00 AM | DOCKET CALL MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 4/19/2021 9:00 AM | JURY SEL-MISD | CHRISTINE, ALEXANDER R JR | Courtroom 255 | RESET | |
| 4/13/2021 9:00 AM | DOCKET CALL MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | RESET | |
| 2/15/2021 9:00 AM | JURY SEL-MISD | CHRISTINE, ALEXANDER R JR | Courtroom 216 | RESET | |
| 2/9/2021 9:00 AM | DOCKET CALL MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 216 | RESET | |
| 1/19/2021 9:00 AM | JURY SEL-MISD | CHRISTINE, ALEXANDER R JR | Courtroom 255 | RESET | |
| 1/12/2021 9:00 AM | DOCKET CALL MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | RESET | |
| 10/26/2020 9:00 AM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 8/13/2020 9:00 AM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 6/12/2020 9:30 AM | HRG-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | COMPLETED | |
| 6/11/2020 3:30 PM | HRG-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | RESET | |
| 6/11/2020 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 4/17/2020 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | RESET | |
| 2/21/2020 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 2/17/2020 9:00 AM | JURY SEL-MISD | CHRISTINE, ALEXANDER R JR | Courtroom 255 | DISPOSED | |
| 2/11/2020 9:00 AM | DOCKET CALL MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | DISPOSED | |
| 1/10/2020 3:30 PM | HRG-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | COMPLETED | |
| 1/10/2020 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 1/10/2020 9:00 AM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | RESET | |
| 11/25/2019 9:00 AM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | CONTINUED | |
| 10/10/2019 3:30 PM | HRG-MISDEMEANOR | TINLIN, CHARLES | Courtroom 205 | CONTINUED | |
| 9/30/2019 1:30 PM | PRETRIAL-MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | DISPOSED | |
| 8/29/2019 1:30 PM | PRETRIAL-MISDEMEANOR | TINLIN, CHARLES | Courtroom 216 | SENTENCED | |

Harrison 004624

| DATE | EVENT | JUDGE | LOCATION | RESULT | PLEA EVENT NOTE |
|---|---|---|---|---|---|
| 8/22/2019 1:30 PM | CIT APP MISDEMEANOR | CHRISTINE, ALEXANDER R JR | Courtroom 255 | | PLEA FILED |

## CASE DOCKETS

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 4 | 218 | 6/10/2022 | LETTER TO JUDGE |
| | 217 | 6/10/2022 | CASE REOPENED FOR OTHER |
| | 216 | 3/7/2022 | PER STATUTE 939.06 - PD APPL/OTHER COSTS SET ASIDE |
| 1 | 215 | 3/7/2022 | NOLLE PROSEQUI |
| | 214 | 3/7/2022 | REOPENED CASE CLOSED |
| | 213 | 3/7/2022 | SURETY BOND PSE222136 - RELEASED 03/07/2022 |
| | 212 | 3/7/2022 | NOLLE PROSSED SEQ: 1 AMENDED - (784.048 2) STALKING |
| 2 | 211 | 3/7/2022 | ACKNOWLEDGMENT FILED |
| | 210 | 3/7/2022 | PRETRIAL-MISDEMEANOR SET FOR 05/02/2022 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| 2 | 209 | 1/31/2022 | NOTICE MAILED TO DEFENDANT |
| Request | 208 | 1/28/2022 | ACKNOWLEDGMENT FILED |
| | 207 | 1/28/2022 | PRETRIAL-MISDEMEANOR SET FOR 03/07/2022 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 206 | 12/2/2021 | NOTICE MAILED TO DEFENDANT |
| Request | 205 | 12/1/2021 | ACKNOWLEDGMENT FILED |
| | 204 | 12/1/2021 | PRETRIAL-MISDEMEANOR SET FOR 01/28/2022 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 203 | 9/27/2021 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 202 | 9/27/2021 | NOTICE MAILED TO DEFENDANT |
| Request | 201 | 9/27/2021 | ACKNOWLEDGMENT FILED |
| | 200 | 9/27/2021 | PRETRIAL-MISDEMEANOR SET FOR 12/01/2021 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 199 | 9/24/2021 | MOTION TO CONTINUE |
| Request | 198 | 7/19/2021 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 197 | 7/19/2021 | NOTICE MAILED TO DEFENDANT |
| Request | 196 | 7/16/2021 | ACKNOWLEDGMENT FILED |
| | 195 | 7/16/2021 | PRETRIAL-MISDEMEANOR SET FOR 09/27/2021 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 194 | 5/11/2021 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 193 | 5/11/2021 | NOTICE MAILED TO DEFENDANT |
| Request | 192 | 5/11/2021 | ACKNOWLEDGMENT FILED |
| | 191 | 5/11/2021 | PRETRIAL-MISDEMEANOR SET FOR 07/16/2021 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| 2 | 190 | 4/29/2021 | AMENDED MOTION FOR SUBPOENA DUCES TECUM WITHOUT DEPOSITION |
| Request | 189 | 4/12/2021 | NOTICE MAILED TO DEFENDANT |
| | 188 | 4/12/2021 | JURY SEL-MISD SET FOR 05/17/2021 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| | 187 | 4/12/2021 | DOCKET CALL MISDEMEANOR SET FOR 05/11/2021 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 186 | 4/12/2021 | ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE |
| Request | 185 | 4/12/2021 | MOTION FOR CONTINUANCE |
| 2 | 184 | 3/29/2021 | MOTION FOR SUBPOENA DUCES TECUM WITHOUT DEPOSITION |
| Request | 183 | 2/4/2021 | EMAIL FROM JA |
| Request | 182 | 2/4/2021 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 181 | 2/4/2021 | NOTICE MAILED TO DEFENDANT |
| | 180 | 2/4/2021 | JURY SEL-MISD SET FOR 04/19/2021 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| | 179 | 2/4/2021 | DOCKET CALL MISDEMEANOR SET FOR 04/13/2021 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 178 | 1/11/2021 | EMAIL FROM JA |
| Request | 177 | 1/11/2021 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 176 | 1/11/2021 | NOTICE EMAILED TO DEFENDANT |
| | 175 | 1/11/2021 | JURY SEL-MISD SET FOR 02/15/2021 AT 9:00 AM IN 216/ , JDG: CHRISTINE, ALEXANDER R JR |
| | 174 | 1/11/2021 | DOCKET CALL MISDEMEANOR SET FOR 02/09/2021 AT 9:00 AM IN 216/ , JDG: CHRISTINE, ALEXANDER R JR |

Harrison 004625

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| Request | 173 | 10/28/2020 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 172 | 10/28/2020 | NOTICE MAILED TO DEFENDANT |
| Request | 171 | 10/26/2020 | ACKNOWLEDGMENT FILED |
|  | 170 | 10/26/2020 | JURY SEL-MISD SET FOR 01/19/2021 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
|  | 169 | 10/26/2020 | DOCKET CALL MISDEMEANOR SET FOR 01/12/2021 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
|  | 168 | 10/26/2020 | PROSECUTOR: WEST, DION ASSIGNED |
| 2 | 167 | 10/2/2020 | NOTICE OF TAKING DEPOSITION |
| Request | 166 | 8/18/2020 | NOTICE OF CANCELLING DEPOSITION |
| Request | 165 | 8/14/2020 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 164 | 8/14/2020 | NOTICE MAILED TO DEFENDANT |
| Request | 163 | 8/13/2020 | SUBPOENA FOR DEPOSITION |
| Request | 162 | 8/13/2020 | SUBPOENA FOR DEPOSITION |
| Request | 161 | 8/13/2020 | ACKNOWLEDGMENT FILED |
|  | 160 | 8/13/2020 | PRETRIAL-MISDEMEANOR SET FOR 10/26/2020 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 159 | 8/11/2020 | NOTICE OF TAKING DEPOSITION |
| 2 | 158 | 7/17/2020 | ORDER ON DEFENDANT'S MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| 2 | 157 | 6/15/2020 | NOTICE MAILED TO ATTORNEY (DEFENDANT) |
| 2 | 156 | 6/15/2020 | NOTICE MAILED TO ATTORNEY (DEFENDANT) |
| 2 | 155 | 6/15/2020 | NOTICE MAILED TO DEFENDANT |
| Request | 154 | 6/12/2020 | HEARING NOTES |
| 2 | 153 | 6/11/2020 | ACKNOWLEDGMENT FILED |
|  | 152 | 6/11/2020 | PRETRIAL-MISDEMEANOR SET FOR 08/13/2020 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 150 | 6/5/2020 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| 2 | 149 | 6/5/2020 | NOTICE MAILED TO DEFENDANT |
|  | 147 | 6/5/2020 | HRG-MISDEMEANOR SET FOR 06/12/2020 AT 9:30 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 151 | 6/5/2020 | EMAIL FROM JA |
| Request | 146 | 5/28/2020 | NOTICE OF CANCELLATION OF TAKING DEPOSITION |
| 2 | 145 | 5/27/2020 | NOTICE OF TAKING DEPOSITION |
| 1 | 144 | 4/15/2020 | ORDER GRANTING MOTION TO TAKE DEPOSITIONS |
| Request | 143 | 4/15/2020 | NOTICE OF HEARING |
|  | 142 | 4/15/2020 | HRG-MISDEMEANOR SET FOR 06/11/2020 AT 3:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 141 | 4/15/2020 | EMAIL FROM JA |
| 2 | 140 | 4/14/2020 | MOTION TO TAKE DEPOSITIONS |
| Request | 139 | 4/14/2020 | NOTICE OF APPEARANCE AND WAIVER OF ARRAIGNMENT AND WRITTEN PLEA OF NOT GUILTY AND DEMAND FOR DISCOVERY |
| Request | 138 | 4/14/2020 | MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| Request | 137 | 4/1/2020 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 136 | 4/1/2020 | NOTICE MAILED TO DEFENDANT |
|  | 135 | 4/1/2020 | PRETRIAL-MISDEMEANOR SET FOR 06/11/2020 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 134 | 3/25/2020 | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS PERMITTING TRAVEL TO VISIT FAMILY |
| Request | 133 | 3/24/2020 | MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| Request | 132 | 2/21/2020 | NOTICE EMAILED TO BOND DEPOSITOR |
| Request | 131 | 2/21/2020 | NOTICE MAILED TO DEFENDANT |
| 2 | 130 | 2/21/2020 | ACKNOWLEDGMENT FILED |
|  | 129 | 2/21/2020 | PRETRIAL-MISDEMEANOR SET FOR 04/17/2020 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 128 | 2/5/2020 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 127 | 2/5/2020 | NOTICE MAILED TO DEFENDANT |
|  | 126 | 2/5/2020 | PRETRIAL-MISDEMEANOR SET FOR 02/21/2020 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |

Harrison 004626

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| Request | 125 | 2/4/2020 | ORDER ON DEFENDANT'S MOTION TO CONTINUE |
| 1 | 124 | 2/3/2020 | DEFENDANT'S MOTION TO CONTINUE |
| Request | 123 | 1/30/2020 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
|  | 122 | 1/30/2020 | DEFENSE ATTORNEY: SMITH, DERRICK H ASSIGNED |
| Request | 121 | 1/30/2020 | ORDER FOR SUBSTITUTION OF COUNSEL |
| 1 | 120 | 1/29/2020 | WAIVER OF APPEARANCE |
| Request | 119 | 1/28/2020 | MOTION TO SUBSTITUTE COUNSEL |
| Request | 118 | 1/22/2020 | ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS: REMOVAL OF GLOBAL POSITIONING SYSTEM |
| Request | 117 | 1/16/2020 | DEFENSE WITNESS LIST |
| 4 | 116 | 1/16/2020 | STATES DISCOVERY EXHIBIT/WITNESS LIST AND DEMAND FOR RECIPROCAL DISCLOSURE |
| Request | 115 | 1/10/2020 | HEARING NOTES |
| Request | 114 | 1/10/2020 | ACKNOWLEDGMENT FILED |
|  | 113 | 1/10/2020 | JURY SEL-MISD SET FOR 02/17/2020 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
|  | 112 | 1/10/2020 | DOCKET CALL MISDEMEANOR SET FOR 02/11/2020 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 111 | 1/2/2020 | NOTICE OF HEARING |
| Request | 110 | 1/2/2020 | MOTION TO MODIFY RELEASE CONDITIONS: REMOVAL OF GLOBAL POSITIONING SYSTEM |
| Request | 107 | 1/2/2020 | EMAIL FROM JA |
| Request | 109 | 1/2/2020 | NOTICE MAILED TO DEFENDANT |
|  | 108 | 1/2/2020 | HRG-MISDEMEANOR SET FOR 01/10/2020 AT 3:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
|  | 104 | 1/2/2020 | PRETRIAL-MISDEMEANOR SET FOR 01/10/2020 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 103 | 11/25/2019 | NOTICE OF ACCEPTANCE OF ELECTRONIC SERVICE |
| 1 | 102 | 11/25/2019 | REPLY TO MOTION TO REVIEW INDEGENCY DETERMINATION DUE TO PRESUMPTIVE NON-INDIGENT STATUS (PRIVATE COUNSEL) AND REQUEST FOR HEARING |
| 2 | 101 | 11/25/2019 | ACKNOWLEDGMENT FILED |
|  | 100 | 11/25/2019 | PRETRIAL-MISDEMEANOR SET FOR 01/10/2020 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| 2 | 99 | 10/16/2019 | MOTION TO REVIEW INDIGENCY DETERMINATION DUE TO PRESUMPTIVE NON-INDIGENT STATUS (PRIVATE COUNSEL) AND REQUEST FOR HEARING |
| 2 | 98 | 10/11/2019 | REQUEST FOR HEARING |
| 6 | 97 | 10/11/2019 | REPLY TO THE STATE'S MOTION TO REVOKE BOND |
| 2 | 92 | 10/11/2019 | NOTICE MAILED TO DEFENDANT |
|  | 91 | 10/11/2019 | DEFENSE ATTORNEY: FERGUSON, JALISA ASSIGNED |
|  | 90 | 10/11/2019 | JUDGE CHRISTINE, ALEXANDER R JR: ASSIGNED |
| 2 | 89 | 10/11/2019 | ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PLEA AND SETTING ASIDE JUDGMENT AND SENTENCE, ALLOWING DEFENDANT'S ATTORNEY TO WITHDRAW, AND REQUIRING GPS MONITORING DURING PRETRIAL RELEASE AS WELL AS NO VICTIM CONTACT |
|  | 88 | 10/11/2019 | JUDGE TINLIN, CHARLES: ASSIGNED |
|  | 86 | 10/11/2019 | COMPLIANCE CREATED : PUBLIC DEFENDER FEE REQUIRED BY: 09/27/2019 |
| 7 | 82 | 10/10/2019 | MOTION TO REVOKE BOND |
| 1 | 96 | 10/10/2019 | HEARING NOTES |
| 1 | 94 | 10/10/2019 | TRIAL EXHIBITS LIST (DEFENSE) |
|  | 75 | 10/10/2019 | ORDER TO MAINTAIN GPS AS PER PRETRIAL RELEASE. NO CONTACT REMAINS IN EFFECT. |
| Request | 74 | 10/10/2019 | ACKNOWLEDGMENT FILED |
|  | 73 | 10/10/2019 | PRETRIAL-MISDEMEANOR SET FOR 11/25/2019 AT 9:00 AM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| Request | 72 | 9/27/2019 | AMENDED MOTION TO WITHDRAW PLEA |
|  | 71 | 9/25/2019 | HRG-MISDEMEANOR SET FOR 10/10/2019 AT 3:30 PM IN 205/ , JDG: TINLIN, CHARLES |
| 2 | 70 | 9/24/2019 | NOTICE OF HEARING |
| Request | 69 | 9/23/2019 | MOTION TO WITHDRAW PLEA |
|  | 87 | 9/20/2019 | MM PD/INDG APP FEE ASSESSED $50.00 DUE ON 9/27/2019 |
| Request | 85 | 9/20/2019 | APPLICATION FOR INDIGENT STATUS (APPROVED) |
| 2 | 68 | 9/19/2019 | CONSENT MOTION TO WITHDRAW |
|  | 67 | 9/19/2019 | CASE REOPENED FOR OTHER |
| 2 | 66 | 9/19/2019 | EMAIL CORRESPONDENCE FROM JA |
| 1 | 65 | 9/18/2019 | LETTER FROM JUDGE TO B WALDROP |
| 6 | 64 | 9/13/2019 | CORRECTED ORDER OF PROBATION |
| 4 | 62 | 9/10/2019 | DOMESTIC VIOLENCE G.P.S. ORDER PLACING DEFENDANT WITH GLOBAL POSITIONING SYSTEM (G.P.S.) ELECTRONIC MONITORING AS A CONDITION OF PROBATION- NOT SIGNED BY DEFENDANT |

Harrison 004627

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 2 | 61 | 9/9/2019 | LTR FROM DEFT - APPEAL OF JUDGMENT AND SENTENCE/REQUEST TO WITHDRAW PLEA |
| | 54 | 8/30/2019 | COMPLIANCE UPDATED : PAY FNE REQUIRED BY: 06/24/2020 |
| | 53 | 8/30/2019 | COMPLIANCE UPDATED : PAY FNE REQUIRED BY: 06/24/2020 |
| | 52 | 8/30/2019 | COMPLIANCE UPDATED : PAY FNE REQUIRED BY: 06/24/2020 |
| | 51 | 8/30/2019 | COMPLIANCE UPDATED : PAY FNE REQUIRED BY: 06/24/2020 |
| | 63 | 8/29/2019 | CASE# 19001319MMMA - SENTENCED: IMPOSED: 8/29/2019 EFFECTIVE DATE: 8/29/2019 - MAX CONF - CNTY JAIL FOR 180 DAYS - CHRG 001 PROBATION - REPORTING () - FOR 364 DAYS - CHRG 001 SUSPENDED - 180 DAYS - CHRG 001 SENTENCE PROVISION - OTHR CRT RESTRICTION - CHRG 001 - |
| | 60 | 8/29/2019 | CASE# 19001319MMMA - SENTENCED: IMPOSED: 8/29/2019 EFFECTIVE DATE: 8/29/2019 |
| | 59 | 8/29/2019 | CASE# 19001319MMMA - SENTENCED: IMPOSED: 8/29/2019 EFFECTIVE DATE: 8/29/2019 - PROBATION - REPORTING () - FOR 364 DAYS - CHRG 001 SUSPENDED - 180 DAYS - CHRG 001 SENTENCE PROVISION - OTHR CRT RESTRICTION - CHRG 001 - |
| | 58 | 8/29/2019 | MM COURT COSTS ONLY ASSESSED $223.00 DUE ON 6/24/2020 |
| | 57 | 8/29/2019 | MM COST OF PROSEC ST ATTY ASSESSED $50.00 DUE ON 6/24/2020 |
| | 56 | 8/29/2019 | MM DOM VIOL - PER COUNT ASSESSED $352.00 DUE ON 6/24/2020 |
| | 55 | 8/29/2019 | MM SJSO INVGTN ASSESSED $50.00 DUE ON 6/24/2020 |
| | 50 | 8/29/2019 | CASE CLOSED |
| | 49 | 8/29/2019 | ADJUDICATION WITHHELD SEQ: 1 |
| | 48 | 8/29/2019 | DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 1 |
| | 47 | 8/29/2019 | JUDGE TINLIN, CHARLES: ASSIGNED |
| Request | 46 | 8/29/2019 | ORDER OF PROBATION (JUDGE TINLIN) |
| 1 | 44 | 8/29/2019 | COURT MINUTES MM |
| Request | 42 | 8/29/2019 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| | 41 | 8/29/2019 | DEFENSE ATTORNEY: WALDROP, BRADLEY A ASSIGNED |
| Request | 40 | 8/29/2019 | ORDER GRANTING SUBSTITUTION OF COUNSEL |
| | 39 | 8/29/2019 | PRETRIAL-MISDEMEANOR SET FOR 08/29/2019 AT 1:30 PM IN 216/ , JDG: TINLIN, CHARLES |
| 1 | 38 | 8/29/2019 | FIRST APPEARANCE FORM |
| 12 | 35 | 8/29/2019 | ORDER TO TAKE INTO CUSTODY EXECUTED ON 8/28/2019 BY ST JOHNS COUNTY SHERIFFS OFFICE |
| | 36 | 8/28/2019 | REARRESTED ON 08/28/2019: OBTS # |
| 2 | 34 | 8/28/2019 | STIPULATION FOR SUBSTITUTION OF COUNSEL |
| | 32 | 8/27/2019 | ORDER TO TAKE INTO CUSTODY STATUS SET TO SENT TO SHERIFF ON 08/27/2019 |
| 2 | 31 | 8/27/2019 | NOTICE OF BOND REVOCATION |
| | 30 | 8/27/2019 | SURETY BOND PSE222136 - REVOKED 08/27/2019 |
| 2 | 33 | 8/26/2019 | ORDER TO TAKE INTO CUSTODY ISSUED FOR VIOLATION OF BOND CONDITIONS |
| 1 | 29 | 8/26/2019 | ORDER ON STATE'S MOTION TO REVOKE |
| 2 | 28 | 8/22/2019 | REPLY TO THE STATE'S MOTION TO REVOKE BOND |
| 7 | 27 | 8/21/2019 | MOTION TO REVOKE BOND |
| | 26 | 8/21/2019 | PROSECUTOR: OWEN, WILLIAM LEE ASSIGNED |
| 1 | 25 | 8/21/2019 | DEMAND FOR SUPPLEMENTAL DISCOVERY |
| 1 | 24 | 8/13/2019 | NOTICE OF UNAVAILABILITY 09/25/2019 THRU 10/11/2019 |
| 8 | 23 | 8/12/2019 | RETURNED MAIL (VICTIM'S COPY OF DOMESTIC VIOLENCE NO CONTACT PRETRIAL RELEASE ORDER WITH GPS ELECTRONIC MONITORING) |
| Request | 22 | 8/9/2019 | NOTICE EMAILED TO ATTORNEY (DEFENDANT), BOND DEPOSITOR |
| 2 | 21 | 8/9/2019 | NOTICE MAILED TO DEFENDANT |
| | 20 | 8/9/2019 | PRETRIAL-MISDEMEANOR SET FOR 09/30/2019 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| 1 | 19 | 8/9/2019 | DEMAND FOR DISCOVERY |
| 1 | 18 | 8/9/2019 | NOTICE OF APPEARANCE OF COUNSEL AND PLEA |
| | 17 | 8/9/2019 | DEFENSE ATTORNEY: CAMPBELL, LINDA L ASSIGNED |
| 8 | 16 | 8/6/2019 | DOMESTIC VIOLENCE NO CONTACT PRETRIAL RELEASE ORDER WITH GLOBAL POSITIONING SYSTEM (GPS) ELECTRONIC MONITORING |
| 4 | 14 | 8/6/2019 | CAPIAS EXECUTED ON 8/5/2019 BY ST JOHNS COUNTY SHERIFFS OFFICE |
| Request | 13 | 8/6/2019 | SURETY BOND PSE222136 POSTED $2,000.00 ISSUED - 08/05/2019 - STALKING |
| | 12 | 8/6/2019 | CIT APP MISDEMEANOR SET FOR 08/22/2019 AT 1:30 PM IN 255/ , JDG: CHRISTINE, ALEXANDER R JR |
| | 15 | 8/5/2019 | ARREST COUNT: 1 - (784.048 2) STALKING FOLLOW HARASS CYBERSTALK ANOTHER |
| 7 | 11 | 8/5/2019 | DOMESTIC VIOLENCE NO CONTACT PRETRIAL RELEASE ORDER WITH GLOBAL POSITIONING SYSTEM (GPS) ELECTRONIC MONITORING- NOT SIGNED BY DEFENDANT |
| 9 | 10 | 8/5/2019 | CAPIAS ISSUED FOR SWORN COMPLAINT FILED |
| | 9 | 8/5/2019 | CAPIAS STATUS SET TO SENT TO SHERIFF ON 08/05/2019 |
| | 8 | 8/5/2019 | FILED SEQ: 1 AMENDED - (784.048 2) STALKING |
| 1 | 7 | 8/5/2019 | INFORMATION |
| Request | 6 | 8/5/2019 | MEMO REQUEST FOR CAPIAS |
| | 5 | 8/5/2019 | COMPLIANCE CREATED : HIDE FROM WEB 1 YR REQUIRED BY: 08/05/2020 |
| 1 | 4 | 8/5/2019 | SWORN COMPLAINT |
| | 3 | 8/5/2019 | SWORN COMPLAINT COUNT: 1 - (784.048 2) STALKING FOLLOW HARASS CYBERSTALK ANOTHER |

Harrison 004628

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
|  | 2 | 8/5/2019 | JUDGE CHRISTINE, ALEXANDER R JR: ASSIGNED |
|  | 1 | 8/5/2019 | CASE FILED 08/05/2019 CASE NUMBER 19001319MMMA |