Exhibit 9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

     Plaintiff,

v.                              CASE NO. 3:21-cv-746

ST. JOHNS COUNTY SHERIFF'S
OFFICE, ET. AL.,

     Defendants.

_____/

**<u>DEFENDANT KENNETH EVERETT'S</u>**
**<u>ANSWERS TO PLAINTIFF'S INTERROGATORIES</u>**

Pursuant to Federal Rule of Civil Procedure 33, Defendant

KENNETH EVERETT answers Plaintiff's Interrogatories as follows:

1. On or about July 29, 2019, did you have an arrest warrant against Plaintiff Bryan A. Harrison?

   **<u>Answer</u>: No**

2. On or about July 29, 2019, did you have a search warrant referring to Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida?

   **<u>Answer</u>: No**

Exhibit 9

3. Please identify any law, statute, rule, or regulation that permitted or required you to enter, and search the property of Plaintiff Bryan A. Harrison.

   **Answer: Objection, relevance. I did not search the property of Plaintiff.**

4. Please identify any law, statute, rule, or regulation that permitted or required you to handcuff and detain the Plaintiff, Bryan A. Harrison.

   **Answer:  The Fourth Amendment to the US Constitution; Florida Statutes, §§ 901.15, 901.17; Florida Administrative Code, Chapter 11B; and caselaw interpreting the same. See also St. John's County Sheriff's Department Policies 41.27 and 71.1, and its Legal Guidelines.**

5. Please explain or identify any law, statute, rule, or regulation necessitating the Plaintiff Bryan A. Harrison being detained in the back of the Sheriff's vehicle, for an extended period, without due care for the Plaintiff's health and wellbeing.

   **Answer: See Answer to Interrogatory #4 above as to authority for Plaintiff's detention. Plaintiff was not detained without due care for his health and wellbeing.**

6. Please describe in detail your relationship and contacts with Danielle McDaniel outside of your investigation of the Plaintiff, Bryan A. Harrison.

   **Answer: None.**

7. Please describe the training, and where you received it, that led you to believe that you could enter Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida.

2

Exhibit 9

**Answer: I attended training through the Florida CMS Law Enforcement Training Program and with the St. John's County Sheriff's Office. I've also received multiple training updates since my initial certification. A list of the training known is attached as Exhibit A.**

8.  Please describe the training, and where you received it, that led you to believe that you could put the Plaintiff, Bryan A. Harrison in a car with the windows rolled up and without the air conditioner on.

    **Answer: I did not put Plaintiff in a car without the air conditioner on.**

9.  Please describe the July 29, 2019 search of Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida, including: (a) what and how was the apartment searched; (b) what you were looking for, specifically; and (c) what was removed from the apartment, even if only temporarily.

    **Answer: I did not search Plaintiff's apartment.**

10.     Please explain what you meant by the statement, "Are you willing to talk to me now?", as recounted in paragraph 45 of the Second Amended Complaint.

    **Answer: I do not recall making that statement.**

11.     Please describe the symptoms that the Plaintiff, Bryan A. Harrison was suffering from that caused you to contact emergency medical services.

    **Answer: Plaintiff stated he was having a panic attack.**

Exhibit 9

12.     Please explain how your decision to put the Plaintiff, Bryan A. Harrison in a hot car without the air conditioning turned on contributed to Mr. Harrison's medical symptoms.

**Answer**: **I did not put Plaintiff in a hot car without the air conditioning turned on.**

13.     Please explain the legal basis for your statement as recounted in paragraph 48 of the Second Amended Complaint to the Plaintiff, Bryan A. Harrison that, "You are being placed under arrest for felony stalking."

**Answer**: **I do not recall making that statement.**

14.     Please explain the circumstances of the investigation and discipline that you experienced with respect to the July 29, 2019 search of Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida, referenced in Exhibits "A" and "C" to the Second Amended Complaint.

**Answer**: **I was counseled by Sgt. A. Thornton on July 29, 2019, as noted on the Consultation Form for that date.**

15.     Please explain whether you agree with the conclusions and discipline against you and/or Defendant Warwin regarding the July 29, 2019 search of Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida, referenced in Exhibits "A" and "C" to the Second Amended Complaint.

**Answer**: **Defendant Everett objects to this interrogatory on the grounds that his agreement with or opinion of any post-incident conclusions or discipline are irrelevant to any party's claim or defense.**

4

# Exhibit 9

Signature as to objections:

/s/ Gwendolyn P. Adkins



Gwendolyn P. Adkins
(FBN: 0949566)
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com

COPPINS MONROE, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
KENNETH EVERETT and PATRICK
WARWIN

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this _5th_ day of April 2022.

**Kenneth Everett**

**Exhibit 9**

## ST. JOHNS COUNTY SHERIFF'S OFFICE
## EMPLOYEE TRAINING INFORMATION REPORT

3/16/2018

9          Mandatory Retraining

| Name | Due | Met | Salary Incentive Amount |
|------|-----|-----|------------------------|
| EVERETT, KENNETH  R | | | 0 |

Course History

| Course Number | Title | Date | Type | Status | Hours | MR/SI | Amount |
|---|---|---|---|---|---|---|---|
| 2291 | LEARN PATROL USER TRAINING | 11/17/17 | A | P | 2 | | 0 |
| 1952 | AFTER ACTION REPORTS/ DEBRIEF (IST) | 09/28/17 | A | P | 4 | | 0 |
| 724 | DECISION BASED SHOOTING/SCENARIOS | 09/28/17 | I | P | 5 | | 0 |
| 019 | TASER M & X RECERTIFICATION | 09/27/17 | I | P | 2 | | 0 |
| 010 | MENTAL HEALTH | 09/27/17 | I | P | 2 | | 0 |
| 343 | DEFENSIVE DRIVING | 09/27/17 | I | P | 3 | | 0 |
| 1951 | PLANNING/ AFTER ACTION REPORTS (IST) | 09/27/17 | A | P | 2 | | 0 |
| 006 | DEFENSIVE TACTICS | 09/26/17 | I | P | 2 | | 0 |
| 1953 | PHYSICAL FITNESS TEST | 09/26/17 | | P | 2 | | 0 |
| 1102 | VNR (VASCULAR NECK RESTRAINT) | 09/26/17 | I | P | 2 | | 0 |
| 022 | RESPONSE TO RESISTANCE | 09/26/17 | I | P | 2 | | 0 |
| 009 | FIREARMS TRAINING | 09/25/17 | I | P | 4.5 | | 0 |
| 024 | FIREARMS QUALIFICATION | 09/25/17 | I | P | 5 | | 0 |
| 1435 | FCIC CERTIFICATION | 08/13/17 | B | P | 0 | | 0 |
| 105 | DMS/DOMESTIC VIOLENCE | 01/30/17 | I | P | 1 | | 0 |
| 106 | DMS/JUVENILE SEXUAL OFFENDER | 01/30/17 | I | P | 1 | | 0 |
| 412 | DMS/SALTS | 01/30/17 | I | P | 1 | | 0 |
| 107 | DMS/INTERPERSONAL SKILLS | 01/30/17 | I | P | 1 | | 0 |
| 716 | PRECISION IMMOBILIZATION TECHNIQUE | 12/09/16 | I | P | 4 | | 0 |
| 1758 | PATROL RESPONSE TO SUICIDAL SUBJEC | 10/27/16 | | P | 2 | | 0 |
| 724 | DECISION BASED SHOOTING/SCENARIOS | 10/27/16 | I | P | 6 | | 0 |
| 1102 | VNR (VASCULAR NECK RESTRAINT) | 10/26/16 | I | P | 4 | | 0 |
| 022 | RESPONSE TO RESISTANCE | 10/26/16 | I | P | 1 | | 0 |
| 006 | DEFENSIVE TACTICS | 10/26/16 | I | P | 4 | | 0 |
| 010 | MENTAL HEALTH | 10/25/16 | I | P | 4 | | 0 |
| 466 | CPR (HEART SAVER AED) | 10/25/16 | S | P | 2 | | 0 |
| 019 | TASER M & X RECERTIFICATION | 10/25/16 | I | P | 4 | | 0 |
| 024 | FIREARMS QUALIFICATION | 10/24/16 | I | P | 3 | | 0 |
| 009 | FIREARMS TRAINING | 10/24/16 | I | P | 4.5 | | 0 |
| 027 | OPEN RANGE | 09/20/16 | I | P | 4 | | 0 |
| 027 | OPEN RANGE | 08/23/16 | I | P | 4 | | 0 |
| 792 | ACTIVE SHOOTER TRAINING | 12/29/15 | A | P | 16 | | 0 |
| 1750 | 40MM TRAINING & QUALIFICATION | 12/10/15 | A | P | 8 | | 0 |
| 027 | OPEN RANGE | 09/09/15 | I | P | 4 | | 0 |
| 027 | OPEN RANGE | 04/22/15 | I | P | 4 | | 0 |
| 081 | CJIS CERTIFICATION/RECERTIFICATION | 04/11/15 | A | P | 5 | | 0 |
| 027 | OPEN RANGE | 04/07/15 | I | P | 4 | | 0 |
| 724 | DECISION BASED SHOOTING/SCENARIOS | 04/02/15 | I | P | 8 | | 0 |
| 022 | RESPONSE TO RESISTANCE | 04/01/15 | I | P | 1 | | 0 |
| 1102 | VNR (VASCULAR NECK RESTRAINT) | 04/01/15 | I | P | 4 | | 0 |
| 019 | TASER M & X RECERTIFICATION | 03/31/15 | I | P | 4 | | 0 |

Exhibit A

Harrison 001362

Exhibit 9

ST. JOHNS COUNTY SHERIFF'S OFFICE

EMPLOYEE TRAINING INFORMATION REPORT

3/16/2018

| Mandatory Retraining | | | | | |
|---|---|---|---|---|---|
| Name | | Due | | Met | Salary Incentive Amount |
| EVERETT, KENNETH R | | | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 017 | TACTICAL DRIVING | 03/31/15 | I | P | 4 | 0 |
| 009 | FIREARMS TRAINING | 03/30/15 | I | P | 4.5 | 0 |
| 024 | FIREARMS QUALIFICATION | 03/30/15 | I | P | 3 | 0 |
| 106 | DMS/JUVENILE SEXUAL OFFENDER | 02/22/15 | I | P | 1 | 0 |
| 107 | DMS/INTERPERSONAL SKILLS | 02/22/15 | I | P | 1 | 0 |
| 412 | DMS/SALTS | 02/22/15 | I | P | 1 | 0 |
| 105 | DMS/DOMESTIC VIOLENCE | 02/17/15 | I | P | 1 | 0 |
| 1277 | FTEP/ 16 WEEK PROGRAM | 02/10/15 | B | P | 640 | 0 |
| 027 | OPEN RANGE | 01/28/15 | I | P | 4 | 0 |
| 2072 | FTEP/ SEX ABUSE/ DOMESTIC VIOLENCE | 12/11/14 | | P | 4 | 0 |
| 2188 | FTEP/ BAKER ACT | 12/11/14 | | P | 4 | 0 |
| 2062 | FTEP/ BURGLARY/THEFT | 12/11/14 | | P | 4 | 0 |
| 2186 | FTEP/ BUILDING CLEARING | 12/10/14 | | P | 8 | 0 |
| 2100 | FTEP/ INTERNAL AFFAIRS | 12/10/14 | | P | 2 | 0 |
| 496 | FTEP/ DECISION BASED SHOOTING/SIMS | 12/09/14 | I | P | 8 | 0 |
| 724 | DECISION BASED SHOOTING/SCENARIOS | 12/09/14 | I | P | 8 | 0 |
| 943 | PATROL MEDIC | 12/08/14 | I | P | 7 | 0 |
| 466 | CPR (HEART SAVER AED) | 12/08/14 | S | P | 2 | 0 |
| 2048 | FTEP/ COUNTY ORDINANCE/ QUAD TRAIN | 12/04/14 | | P | 2 | 0 |
| 2094 | FTEP/ JUV CIVIL CITATIONS/ MISSING PER | 12/04/14 | | P | 2 | 0 |
| 2187 | FTEP/ TRANSPORTATION OF PRISONERS | 12/04/14 | | P | 1 | 0 |
| 2099 | FTEP/ FINANCIAL CRIMES | 12/04/14 | | P | 2 | 0 |
| 2060 | FTEP/ DUI | 12/03/14 | | P | 8 | 0 |
| 2083 | FTEP/ TRAFFIC STOPS | 12/02/14 | | P | 8 | 0 |
| 2206 | FTEP/ TRAFFIC | 12/01/14 | | P | 8 | 0 |
| 2191 | FTEP/ ICS/ TACTICAL POSITIONING | 11/26/14 | | P | 2 | 0 |
| 363 | FTEP/ TACTICAL POLICE DRIVING | 11/25/14 | I | P | 16 | 0 |
| 2068 | FTEP/ K9 TRACKING/ BURGLARY | 11/21/14 | | P | 8 | 0 |
| 2070 | FTEP/ STATE ATTORNEY/ CLERK OF COUR | 11/21/14 | | P | 2 | 0 |
| 031 | FTEP/ FIREARMS TRAINING | 11/20/14 | I | P | 8 | 0 |
| 031 | FTEP/ FIREARMS TRAINING | 11/19/14 | I | P | 8 | 0 |
| 031 | FTEP/ FIREARMS TRAINING | 11/18/14 | I | P | 8 | 0 |
| 105 | DMS/DOMESTIC VIOLENCE | 11/18/14 | I | P | 1 | 0 |
| 106 | DMS/JUVENILE SEXUAL OFFENDER | 11/18/14 | I | P | 1 | 0 |
| 412 | DMS/SALTS | 11/18/14 | I | P | 1 | 0 |
| 107 | DMS/INTERPERSONAL SKILLS | 11/18/14 | I | P | 1 | 0 |
| 033 | REMINGTON CARE, CLEAN & MAINT | 11/17/14 | I | P | 1 | 0 |
| 366 | AR-15 CARE, CLEAN & MAINTENANCE | 11/17/14 | I | P | 2 | 0 |
| 031 | FTEP/ FIREARMS TRAINING | 11/17/14 | I | P | 3 | 0 |
| 2045 | FTEP/ SMARTCOP | 11/13/14 | | P | 32 | 0 |
| 022 | RESPONSE TO RESISTANCE | 11/06/14 | I | P | 1 | 0 |
| 362 | FTEP/ DEFENSIVE TACTICS | 11/06/14 | I | P | 10 | 0 |
| 362 | FTEP/ DEFENSIVE TACTICS | 11/05/14 | I | P | 10 | 0 |
| 2091 | FTEP/ RADIO PROCEDURES | 11/04/14 | | P | 4 | 0 |
| 2190 | FTEP/ GANG INTEL | 11/04/14 | | P | 2 | 0 |

Exhibit A

Harrison 001363

ST. JOHNS COUNTY SHERIFF'S OFFICE

EMPLOYEE TRAINING INFORMATION REPORT

3/16/2018

| | Mandatory Retraining | | | | | |
|---|---|---|---|---|---|---|
| Name | | Due | | Met | | Salary Incentive Amount |
| EVERETT, KENNETH  R | | | | | | 0 |
| 2231 | FTEP/ POLICE SUICIDE | 11/04/14 | | P | 2 | 0 |
| 1995 | FTEP/ MINDSET TRAINING | 11/04/14 | | P | 2 | 0 |
| 2207 | FTEP/ OFF DUTY CARRY | 11/04/14 | | P | 1 | 0 |
| 1155 | FTEP/ VNR CERTIFICATION (VASCULAR NI | 11/03/14 | B | P | 8 | 0 |
| 2184 | FTEP/ JUDICIAL PROCESS | 10/30/14 | | P | 4 | 0 |
| 2061 | FTEP/ NARCOTICS | 10/30/14 | | P | 4 | 0 |
| 2185 | FTEP/ EVIDENCE PROCEDURES/ CSI | 10/29/14 | | P | 8 | 0 |
| 2101 | FTEP/ MAJOR CRIMES | 10/29/14 | | P | 4 | 0 |
| 2064 | FTEP/ INTEL INTRO | 10/28/14 | | P | 2 | 0 |
| 2063 | FTEP/ BOMB THREATS/ HAZMAT | 10/28/14 | | P | 4 | 0 |
| 2183 | FTEP/ COMMUNITY AFFAIRS | 10/27/14 | | P | 4 | 0 |
| 031 | FTEP/ FIREARMS TRAINING | 10/23/14 | I | P | 8 | 0 |
| 031 | FTEP/ FIREARMS TRAINING | 10/22/14 | I | P | 8 | 0 |
| 024 | FIREARMS QUALIFICATION | 10/22/14 | I | P | 1 | 0 |
| 022 | RESPONSE TO RESISTANCE | 10/21/14 | I | P | 1 | 0 |
| 035 | GLOCK CARE, CLEAN & MAINT | 10/21/14 | I | P | 2 | 0 |
| 027 | OPEN RANGE | 08/13/14 | I | P | 4 | 0 |
| 031 | FTEP/ FIREARMS TRAINING | 06/13/14 | I | P | 32 | 0 |
| 724 | DECISION BASED SHOOTING/SCENARIOS | 06/12/14 | I | P | 2 | 0 |
| 024 | FIREARMS QUALIFICATION | 06/10/14 | I | P | 4 | 0 |
| 366 | AR-15 CARE, CLEAN & MAINTENANCE | 06/09/14 | I | P | 2 | 0 |
| 035 | GLOCK CARE, CLEAN & MAINT | 06/09/14 | I | P | 1 | 0 |
| 033 | REMINGTON CARE, CLEAN & MAINT | 06/09/14 | I | P | 1 | 0 |
| 526 | TASER X26 CERTIFICATION | 04/10/14 | S | P | 8 | 0 |
| 035 | GLOCK CARE, CLEAN & MAINT | 03/13/14 | I | P | 2 | 0 |
| 022 | RESPONSE TO RESISTANCE | 03/13/14 | I | P | 1 | 0 |
| 027 | OPEN RANGE | 02/26/14 | I | P | 4 | 0 |
| 668 | IS-00100.LE (ICS-100 FOR LAW ENF) | 02/21/14 | A | P | 3 | 0 |
| 1344 | SOUTHEAST LINX END USER TRNG | 01/30/14 | A | P | 4 | 0 |
| 062 | LAW ENFORCEMENT BASIC RECRUIT | 01/23/14 | B | P | 770 | 0 |
| 1341 | MISSING & ABDUCTED CHILDREN TRNG | 01/16/14 | A | P | 5 | 0 |
| 081 | CJIS CERTIFICATION/RECERTIFICATION | 04/11/13 | A | P | 5 | 0 |
| 1101 | PUBLIC SAFETY TELECOMMUNICATOR TR | 03/08/13 | A | P | 1150 | 0 |
| 401 | IS-00200 (ICS FOR SINGLE RESOURCES & | 02/20/13 | I | P | 3 | 0 |
| 233 | IS-00700 (INTRO TO NIMS) | 10/09/12 | A | P | 3 | 0 |
| **Total Hours:** | | | | | **3071.5** | |

Harrison 001364

Exhibit 9

Exhibit A

Harrison 001365

**Exhibit 9**

User - Kenneth Everett (keverett)

*Certificate History*

| Certificate | Awarded | Expires |
|---|---|---|
| Taser Don't Touch!!! | 8/17/2020 | 8/17/2021 |
| Taser Don't Touch!!! | 5/22/2019 | 5/22/2020 |
| PAT Don't Touch!!! | 4/27/2021 | 4/27/2022 |
| PAT Don't Touch!!! | 8/18/2020 | 8/18/2021 |
| PAT Don't Touch!!! | 5/23/2019 | 5/23/2020 |
| VNR Don't Touch!!! | 5/22/2019 | 5/22/2020 |
| Defensive Tactics Don'tTouch!!! | 5/23/2019 | 5/23/2020 |
| Response to Resistance Don't Touch!!! | 8/17/2020 | 8/17/2021 |
| Response to Resistance Don't Touch!!! | 5/23/2019 | 5/23/2020 |
| F/A Qualification Don't Touch!!! | 2/16/2022 | 2/16/2023 |
| F/A Qualification Don't Touch!!! | 1/27/2021 | 1/27/2022 |
| F/A Qualification Don't Touch!!! | 8/17/2020 | 8/17/2021 |
| F/A Qualification Don't Touch!!! | 5/21/2019 | 5/21/2020 |
| F/A Training Don't Touch!!! | 10/12/2021 | 10/12/2022 |
| F/A Training Don't Touch!!! | 5/21/2019 | 5/21/2020 |
| CPR Don't Touch!!! | 8/17/2020 | 8/17/2022 |
| Decision Based Shooting / Scenarios Don't Touch!!! | 4/27/2021 | 4/27/2022 |
| Decision Based Shooting / Scenarios Don't Touch!!! | 8/18/2020 | 8/18/2021 |
| Decision Based Shooting / Scenarios Don't Touch!!! | 5/28/2019 | 5/28/2020 |
| Personnel Action Forms | 10/20/2014 | Never |
| Personnel Action Forms | 1/14/2013 | Never |
| Red Sheets/No 86A/Open Range/40MM/Rifle | 11/19/2014 | Never |
| Driving blue sheets | 11/22/2014 | Never |
| Advanced Report Writing and Review | 2/23/2018 | Never |
| Advanced Field Training Officer for Law Enforcement | 3/5/2020 | Never |
| DMS Interpersonal Skills | 2/24/2022 | Never |
| DMS Interpersonal Skills | 1/22/2020 | Never |
| DMS Interpersonal Skills | 5/26/2019 | Never |
| DMS Interpersonal Skills | 5/24/2019 | Never |
| DMS Hazmat Refresher | 2/24/2022 | Never |
| DMS Hazmat Refresher | 1/22/2020 | Never |
| DMS Hazmat Refresher | 5/26/2019 | Never |
| DMS Hazmat Refresher | 5/24/2019 | Never |
| DMS Domestic Violence | 9/1/2021 | 1/1/2022 |
| DMS Domestic Violence | 2/24/2022 | Never |
| DMS Domestic Violence | 1/22/2020 | Never |
| DMS Domestic Violence | 5/24/2019 | Never |
| DMS Ethics | 2/24/2022 | Never |
| DMS Ethics | 1/22/2020 | Never |
| DMS Ethics | 5/26/2019 | Never |
| DMS Pathogen Exposure Control Plan | 5/25/2019 | Never |
| DMS Juvenile Sex Offender | 2/24/2022 | Never |

Exhibit A

Harrison 001359

| Certificate | Awarded | Expires |
|---|---|---|
| DMS Juvenile Sex Offender | 1/22/2020 | Never |
| DMS Juvenile Sex Offender | 5/25/2019 | Never |
| DMS SALTS | 2/24/2022 | Never |
| DMS SALTS | 9/1/2021 | Never |
| DMS SALTS | 1/22/2020 | Never |
| DMS SALTS | 5/25/2019 | Never |
| DMS ADS Recertification | 2/24/2022 | Never |
| DMS ADS Recertification | 4/9/2021 | Never |
| DMS ADS Recertification | 1/22/2020 | Never |
| DMS ADS Recertification | 5/25/2019 | Never |
| IS-00200 Basic Incident Command System for Initial Response | 2/21/2014 | Never |
| IS-00200 ICS for Single Resources and Initial Action Incident | 2/20/2013 | Never |
| CJIS Certification/Re-certification Level 1 or 2 | 4/11/2015 | Never |
| CJIS Certification/Re-certification Level 1 or 2 | 4/11/2013 | Never |
| SWAT Training | 2/6/2020 | 2/7/2020 |
| SWAT Training | 2/6/2020 | 2/7/2020 |
| SWAT Training | 1/21/2020 | 1/22/2020 |
| SWAT Training | 1/21/2020 | 1/21/2020 |
| SWAT Training | 1/16/2020 | 1/17/2020 |
| SWAT Training | 1/16/2020 | 1/17/2020 |
| SWAT Training | 12/19/2019 | 12/19/2019 |
| SWAT Training | 12/3/2019 | 12/3/2019 |
| SWAT Training | 10/24/2019 | 10/25/2019 |
| SWAT Training | 11/6/2016 | 11/6/2016 |
| FCIC/NCIC Access Certification | 8/13/2019 | Never |
| (CIT) Crisis Intervention Training | 1/26/2018 | Never |
| Firearms Qualification (with form 86) | 2/16/2022 | 2/16/2024 |
| Firearms Qualification (with form 86) | 1/27/2021 | 2/2/2023 |
| Firearms Qualification (with form 86) | 8/17/2020 | 8/17/2022 |
| Firearms Qualification (with form 86) | 5/15/2019 | Never |
| Firearms Qualification (with form 86) | 3/30/2015 | Never |
| Firearms Qualification (with form 86) | 10/22/2014 | Never |
| Firearms Qualification (with form 86) | 6/10/2014 | Never |
| DMS Autism | 2/24/2022 | 12/31/2022 |
| DMS Autism | 5/25/2019 | Never |
| DMS Mental Health Awareness | 2/24/2022 | Never |
| DMS Mental Health Awareness | 1/22/2020 | Never |
| DMS Mental Health Awareness | 5/26/2019 | Never |
| Open Range Sign In Sheets / NON FDLE Firearm Qualifications/Training Docs | 10/16/2019 | Never |
| Open Range Sign In Sheets / NON FDLE Firearm Qualifications/Training Docs | 6/4/2019 | Never |
| Southeast Linx End User Training | 1/30/2014 | Never |
| IS-00700 Introduction to NIMS System | 10/9/2012 | Never |
| Taser IST Certification | 4/27/2021 | Never |
| Taser IST Certification | 8/17/2020 | Never |
| Taser IST Certification | 5/21/2019 | Never |

Exhibit A

**Exhibit 9**

| Certificate | Awarded | Expires |
|---|---|---|
| DMS BBP / Chemical Hazards | 9/1/2021 | 1/1/2022 |
| DMS BBP / Chemical Hazards | 2/24/2022 | Never |
| DMS BBP / Chemical Hazards | 1/22/2020 | Never |
| DMS BBP / Chemical Hazards | 5/26/2019 | Never |
| SmartCop Training History | 3/20/2018 | Never |
| DMS Narcan | 5/25/2019 | Never |
| DMS Narcan | 5/24/2019 | Never |
| Basic Recruit Law Enforcement | 1/23/2014 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| FTEP Historical | 5/16/2018 | Never |
| TELMAC (Amber Alert) | 1/1/2014 | Never |
| DMS PTSD | 2/24/2022 | Never |
| DMS PTSD | 1/22/2020 | Never |
| DMS PTSD | 5/26/2019 | Never |
| Driving Don't Touch!!! | 10/12/2021 | 10/12/2023 |
| Driving Don't Touch!!! | 4/27/2021 | 4/27/2023 |
| Driving Don't Touch!!! | 5/22/2019 | 5/22/2021 |
| Mental Health IST Don't Touch!!! | 5/22/2019 | Never |
| DMS Risk Protection Orders | 2/24/2022 | Never |
| DMS Risk Protection Orders | 1/22/2020 | Never |
| DMS Risk Protection Orders | 5/26/2019 | Never |
| Tactical Medic Don't Touch!!! | 5/23/2019 | Never |
| DMS Lethal Force - Post Incident Expectations | 2/24/2022 | Never |
| DMS Lethal Force - Post Incident Expectations | 6/5/2020 | Never |
| DMS Lethal Force - Post Incident Expectations | 1/22/2020 | Never |
| DMS Lethal Force - Post Incident Expectations | 5/26/2019 | Never |
| Taser CEW Annual PPT | 8/16/2020 | Never |
| Breaching Don't Touch!!! | 8/18/2020 | Never |
| Patrol Crowd Control Response | 8/4/2020 | Never |
| Taser 7 CEW | 4/9/2021 | 4/9/2022 |
| Preventing Discrimination & Harassment: US Employees | 6/9/2021 | Never |
| Missing and Exploited Children for Patrol | 11/29/2021 | Never |
| CEW Status Form | 4/27/2021 | Never |

**This report has been generated using PowerDMS™**

Exhibit A

Harrison 001361