UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                            CASE NO. 3:21-cv-746

ST. JOHNS COUNTY SHERIFF'S
OFFICE, ET. AL.,

    Defendants.
_____/

## DEFENDANT PATRICK WARWIN'S
## ANSWERS TO PLAINTIFF'S INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, Defendant PATRICK WARWIN answers Plaintiff's Interrogatories as follows:

1. On or about July 29, 2019, did you have an arrest warrant against Plaintiff Bryan A. Harrison?

   **Answer:** No.

2. On or about July 29, 2019, did you have a search warrant referring to Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida?

   **Answer:** No.

3. Please identify any law, statute, rule, or regulation that permitted or required you to enter, and search the property of Plaintiff Bryan A. Harrison.

   Answer: Objection, relevance. I didn't search the property of Plaintiff.

4. Please identify any law, statute, rule, or regulation that permitted or required you to handcuff and detain the Plaintiff, Bryan A. Harrison.

   Answer: The Fourth Amendment to the US Constitution; Florida Statutes, 901.15, 901.17; Florida Administrative Code, Chapter 11B; and caselaw interpreting the same. See also St. John's County Sheriff's Department Policies 41.27 and 71.1, and its Legal Guidelines.

5. Please explain or identify any law, statute, rule, or regulation necessitating the Plaintiff Bryan A. Harrison being detained in the back of the Sheriff's vehicle, for an extended period, without due care for the Plaintiff's health and wellbeing.

   Answer: See Answer to Interrogatory #4 above as to authority for Plaintiff's detention. Plaintiff was not detained without due care for his health and wellbeing.

6. Please describe in detail your relationship and contacts with Danielle McDaniel outside of your investigation of the Plaintiff, Bryan A. Harrison.

   Answer: None. I did not have contact with Danielle McDaniel nor did I investigate Plaintiff Bryan A. Harrison. I was merely a backup unit for Deputy Everett.

2

7. Please describe the training, and where you received it, that led you to believe that you could enter Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida.

   Answer: I attended training through the Florida Law Enforcement Academy at FSCJ, training with the St. John's County Sheriff's Office, and multiple training updates since my initial certification as identified on Exhibit A attached hereto.

8. Please describe the training, and where you received it, that led you to believe that you could put the Plaintiff, Bryan A. Harrison in a car with the windows rolled up and without the air conditioner on.

   Answer: I did not put Plaintiff in the car.

9. Please describe the July 29, 2019 search of Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida, including: (a) what and how was the apartment searched; (b) what you were looking for, specifically; and (c) what was removed from the apartment, even if only temporarily.

   Answer: I did not search Plaintiff's apartment.

10. Please describe the training, and where you received it, that led you to believe that you could purposely knock the Plaintiff, Bryan A. Harrison's camera over to stifle further recording of the incident, as recounted in paragraph 32 of the Second Amended Complaint.

    Answer: I did not knock Plaintiff's camera over, and the recording continued until we were in the breezeway outside of the apartment.

3

11.     Please explain why you did not want the Plaintiff, Bryan A. Harrison to have a video recording of your actions on July 29, 2019 at Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida.

**Answer**: **As indicated above in answer #10, the recording was never stopped, nor was the camera broken in any way.**

12.     Please explain the circumstances of any investigation and discipline that you experienced with respect to the July 29, 2019 search of Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida, referenced in Exhibit "A" to the Second Amended Complaint.

**Answer**: **I was counseled by Sgt. A. Thornton on July 29, 2019, as noted on the Consultation Form for that date.**

15.[1]   Please explain whether you agree with the conclusions and discipline against you and/or Defendant Everett regarding the July 29, 2019 search of Plaintiff Bryan A. Harrison's apartment at 245 Lasa Dr., Apt. 208 in St. Augustine, Florida, referenced in Exhibits "A" and "C" to the Second Amended Complaint.

**Answer**: **Defendant Warwin objects to this interrogatory on the grounds that his agreement with or opinion of any post-incident conclusions or discipline are irrelevant to any party's claim or defense.**

---

[1] Plaintiff's interrogatories skip from #12 to #15, with numbers 13 and 14 being omitted.

4

Signature as to objections:

/s/ *Gwendolyn P. Adkins*

Gwendolyn P. Adkins
(FBN: 0949566)
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com
COPPINS MONROE, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308
Office: 850-422-2420 | Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS
KENNETH EVERETT and PATRICK WARWIN

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April 2022.

Patrick Warwin

5

3/24/22, 8:57 AM   Case 3:21-cv-00746-BJD-LLL   Document 83-10   Filed 03/31/23   Page 6 of 8 PageID 606
User - Patrick Warwin (PWarwin)                                                    Exhibit 10

User - Patrick Warwin (PWarwin)                                    Printed by Paige Mitchell (pmitchell)

*Certificate History*

| Certificate | Awarded | Expires |
|---|---|---|
| Taser Don't Touch!!! | 10/12/2020 | 10/12/2021 |
| Taser Don't Touch!!! | 3/27/2019 | 3/27/2020 |
| PAT Don't Touch!!! | 10/13/2020 | 10/13/2021 |
| PAT Don't Touch!!! | 3/28/2019 | 3/28/2020 |
| VNR Don't Touch!!! | 10/13/2020 | 10/13/2021 |
| VNR Don't Touch!!! | 3/27/2019 | 3/27/2020 |
| Defensive Tactics Don'tTouch!!! | 10/13/2020 | 10/13/2021 |
| Defensive Tactics Don'tTouch!!! | 3/28/2019 | 3/28/2020 |
| Response to Resistance Don't Touch!!! | 10/12/2020 | 10/12/2021 |
| Response to Resistance Don't Touch!!! | 3/28/2019 | 3/28/2020 |
| F/A Qualification Don't Touch!!! | 2/15/2022 | 2/15/2023 |
| F/A Qualification Don't Touch!!! | 1/13/2021 | 1/13/2022 |
| F/A Qualification Don't Touch!!! | 10/12/2020 | 10/12/2021 |
| F/A Qualification Don't Touch!!! | 3/26/2019 | 3/26/2020 |
| F/A Training Don't Touch!!! | 10/12/2021 | 10/12/2022 |
| F/A Training Don't Touch!!! | 3/26/2019 | 3/26/2020 |
| CPR Don't Touch!!! | 10/12/2020 | 10/12/2022 |
| Decision Based Shooting / Scenarios Don't Touch!!! | 10/13/2020 | 10/13/2021 |
| Decision Based Shooting / Scenarios Don't Touch!!! | 4/1/2019 | 4/1/2020 |
| Red Sheets/No 86A/Open Range/40MM/Rifle | 11/23/2020 | Never |
| Red Sheets/No 86A/Open Range/40MM/Rifle | 6/3/2020 | Never |
| Red Sheets/No 86A/Open Range/40MM/Rifle | 4/30/2018 | Never |
| LENF FTEP Completion | 7/12/2018 | Never |
| Radar/Laser Speed Measurement (Advanced) | 1/25/2019 | Never |
| Advanced Field Training Officer for Law Enforcement | 3/5/2020 | Never |
| Fentanyl Safety for Law Enforcment On-Line | 5/15/2018 | Never |
| Active Shooter Training | 3/29/2018 | Never |
| DMS Interpersonal Skills | 2/7/2022 | Never |
| DMS Interpersonal Skills | 2/12/2021 | Never |
| DMS Hazmat Refresher | 1/24/2022 | Never |
| DMS Hazmat Refresher | 6/24/2021 | Never |
| DMS Hazmat Refresher | 1/27/2020 | Never |
| DMS Hazmat Refresher | 6/13/2019 | Never |
| DMS Hazmat Refresher | 1/16/2019 | Never |
| DMS Domestic Violence | 1/24/2022 | Never |
| DMS Domestic Violence | 2/12/2021 | Never |
| DMS Ethics | 1/24/2022 | Never |
| DMS Ethics | 6/24/2021 | Never |
| DMS Ethics | 1/27/2020 | Never |
| DMS Ethics | 6/13/2019 | Never |
| DMS Pathogen Exposure Control Plan | 6/13/2019 | Never |
| DMS Pathogen Exposure Control Plan | 1/16/2019 | Never |

| Certificate | Awarded | Expires |
|---|---|---|
| DMS Juvenile Sex Offender | 1/24/2022 | Never |
| DMS Juvenile Sex Offender | 2/12/2021 | Never |
| DMS SALTS | 1/24/2022 | Never |
| DMS SALTS | 2/12/2021 | Never |
| DMS ADS Recertification | 1/24/2022 | Never |
| DMS ADS Recertification | 2/12/2021 | Never |
| Bachelor's Degree | 3/21/2018 | Never |
| FCIC/NCIC Access Certification | 12/17/2021 | 12/17/2023 |
| FCIC/NCIC Access Certification | 1/23/2020 | Never |
| FCIC/NCIC Access Certification | 3/28/2018 | Never |
| Firearms Qualification (with form 86) | 1/13/2021 | 1/21/2023 |
| Firearms Qualification (with form 86) | 10/12/2020 | 10/12/2022 |
| Firearms Qualification (with form 86) | 3/25/2019 | Never |
| Firearms Qualification (with form 86) | 3/22/2016 | Never |
| DMS Autism | 2/7/2022 | 12/31/2022 |
| DMS Autism | 12/14/2021 | 12/31/2022 |
| DMS Autism | 6/13/2019 | Never |
| DMS Autism | 1/16/2019 | Never |
| DMS Mental Health Awareness | 12/14/2021 | 12/31/2022 |
| DMS Mental Health Awareness | 2/7/2022 | Never |
| DMS Mental Health Awareness | 1/27/2020 | Never |
| DMS Mental Health Awareness | 6/13/2019 | Never |
| DMS Mental Health Awareness | 1/16/2019 | Never |
| FTEP/40 MM Examinations | 5/3/2018 | Never |
| FTEP/Driving Blue Sheets | 4/16/2018 | Never |
| Field Force Training | 4/8/2021 | 4/9/2021 |
| Open Range Sign In Sheets / NON FDLE Firearm Qualifications/Training Docs | 12/1/2020 | Never |
| Southeast Linx End User Training | 5/30/2019 | Never |
| (PIT) Precision Immobilization Technique | 2/13/2019 | Never |
| Taser IST Certification | 10/12/2020 | Never |
| Taser IST Certification | 3/26/2019 | Never |
| FTEP/Taser | 4/4/2018 | Never |
| FTEP/Taser | 12/5/2017 | Never |
| FTEP/Taser | 6/26/2015 | Never |
| DMS BBP / Chemical Hazards | 6/24/2021 | 1/1/2022 |
| DMS BBP / Chemical Hazards | 1/24/2022 | Never |
| DMS BBP / Chemical Hazards | 1/27/2020 | Never |
| DMS BBP / Chemical Hazards | 3/6/2019 | Never |
| DMS BBP / Chemical Hazards | 1/16/2019 | Never |
| PIT Drivers Evaluation Form (Yellow) | 2/13/2019 | Never |
| DMS PTSD | 1/24/2022 | Never |
| DMS PTSD | 6/24/2021 | Never |
| DMS PTSD | 1/27/2020 | Never |
| DMS PTSD | 6/13/2019 | Never |
| DMS PTSD | 1/16/2019 | Never |

| Certificate | Awarded | Expires |
|---|---|---|
| Driving Don't Touch!!! | 10/12/2021 | 10/12/2023 |
| Driving Don't Touch!!! | 3/27/2019 | 3/27/2021 |
| Mental Health IST Don't Touch!!! | 3/27/2019 | Never |
| DMS Risk Protection Orders | 1/24/2022 | Never |
| DMS Risk Protection Orders | 2/12/2021 | Never |
| Tactical Medic Don't Touch!!! | 3/28/2019 | Never |
| DMS Lethal Force - Post Incident Expectations | 1/24/2022 | Never |
| DMS Lethal Force - Post Incident Expectations | 2/12/2021 | Never |
| PIT Examination (not FTEP) | 2/13/2019 | Never |
| Taser CEW Annual PPT | 10/10/2020 | Never |
| Breaching Don't Touch!!! | 10/13/2020 | Never |
| RMR Training | 6/3/2020 | Never |
| Taser 7 CEW | 2/22/2021 | 12/31/2022 |
| Preventing Discrimination & Harassment: US Employees | 6/1/2021 | Never |
| Missing and Exploited Children for Patrol | 10/4/2021 | Never |
| CEW Status Form | 4/13/2021 | Never |

**This report has been generated using PowerDMS™**

Exhibit A

Harrison 000555