UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10).<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-LLL |

## PLAINTIFFS' RESPONSES TO DEFENDANT, UNDERSHERIFF MATHEW CLINE'S FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

    Bryan Andrew Harrison, with assistance from counsel
    344 Palmas Circle
    St. Augustine, FL   32086
    Self

Page **1** of **8**

Exhibit 12

**2. List all former names and when you were known by those names. State all addresses where you have lived for the past ten years, the dates you lived at each address, your social security number, your date of birth, and if you are or have ever been married, the name of your spouse or spouses.**

Andre Harrison SSN: 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 DOB: 12/3/1979, never married

| From/To | Address |
|---|---|
| 09/2019 - Present | 344 Palmas Circle, St. Augustine, FL 32086 |
| 03/2019 - 09/2019 | 245 Lasa Dr. Apt 208, St. Augustine, FL 32084 |
| 05/2015 - 03/2019 | 344 Palmas Circle, St. Augustine, FL 32086 |
| 08/2014 - 04/2015 | 4435 Touchton Rd. Apt. 424, Jacksonville. FL 32246 |
| 03/2014 - 07/2014 | 8552 Boysenberry Lane, Jacksonville, FL 32244 |
| 05/2013 - 02/2014 | 507 Cedar St., Eau Claire, WI 54703 |
| 05/2009 - 04/2013 | 2825 Richard Dr., Eau Claire, WI 54703 |

**3. Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction, the specific crime, the date and the place of conviction.**

April 2001 - Attempt Obtain Prescription Drug w/ Fraud, an unclassified misdemeanor

**4. Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability, or sickness?**

Anxiety/Panic Disorder - I had an anxiety attack at time of incident described in the complaint brought on by police misconduct.

**5. Did you consume any alcoholic beverages or take any drugs or medication within twelve hours before the time of the incident described in the complaint? If so, state the type and amount of alcoholic beverages, drugs or medication which were consumed and when and where you consumed them.**

No alcohol, Alazopram 1mg possible early morning of 29th. Don't have a specific recollection as taken as needed up to twice daily.

**6. List the names and addresses of all persons who are believed or known by**

you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

 Robert & Juana Harrison (parents) 344 Palmas Circle

**7.** Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and date, time, place, and substance of each statement.

 None.

**8.** State the name and address of every person known to you, your agents, or attorneys, who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

 None that I recall.

**9.** Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and, as to any injuries you contend are permanent, the effects on you that you claim are permanent.

 Hair loss - alopecia

**10.** List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each, the date of treatment or examination, and the injury or condition for which you were examined or treated.

 Dr. Riaz Ahmad
 Jaxpsychiatryllc
 145 Hilden Road Suite 108
 Ponte Vedra, FL 32081

 Dr. Ferrer

> 316 Paseo Reyes Rd
> St. Augustine, FL 32095

I see Dr. Ahmad once a month on different dates. I am being treated for depression, anxiety, and panic attacks.

I see Dr. Ferrer approximately monthly for hair loss.

**11. List the names and business addresses of all other physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.**

To the best of my recollection, I have been seen and treated at the following:

> Baptist Medical Center South
> 14550 Old St Augustine Road
> Jacksonville, FL 32258
> April or May 2014 - Sprained, dislocated finger
>
> Baptist Medical Center South
> 14550 Old St Augustine Road
> Jacksonville, FL 32258
> July 2014 – bacterial infection
>
> Orange Park Medical Center
> 2001 Kingsley Avenue
> Orange Park, FL 32073
> August 2014 – bacterial infection
>
> Memorial Hospital
> 3625 University Boulevard
> Jacksonville, FL 32216
> May 2015 – bacterial infection
>
> Craft Behavioral Health
> 10175 Fortune Parkway – No. 1106
> Jacksonville, FL 32256
>
> Dr. Walid Omar = PCP
> 100 Whetstone Pl Suite 204
> St. Augustine, FL 32086

Multiple visits

Dr. Ferrer
316 Paseo Reyes Rd
St. Augustine, FL 32095
Monthly; Alopecia

Bailey Health Solutions
224 Southpark Cir E
Saint Augustine, FL 32086
Since 10/2022 - neck, back, head

EMAS Spine and Brain Specialists
4085 University Blvd S #3
Jacksonville, FL 32216
Since 10/22 - back and head/brain

Southeast Orthopedic Specialists
10475 Centurion Pkwy N #220
Jacksonville, FL 32256
Since 10/22 - wrist

Jax Spine and Pain Centers
1100 Plantation Island Dr S, Suite 210 & 220
St Augustine, FL 32080
Since 10/22 - back and neck

**12. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the Complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed, and the goods or services for which each was incurred.**

Dr. Ferrer
316 Paseo Reyes Rd
St. Augustine, FL 32095

Payment of insurance deductibles/co-pays for treatment of Alopecia.

**13. If you were employed at the time of the incident, please state the name and address of your employer, your general hours of employment, the general nature of your duties, and your salary, wages or commissions.**

Page **5** of **8**

Exhibit 12

I was just employed by Trulieve as a bud tender working from 9 AM to 5 PM, 5 days a week at $15/hr. plus tips.

**14. Do you contend that your earning capacity or career has been damaged by the incident described in the Complaint? If so, please describe how and to what extent your career or earning capacity has been damaged.**

No.

**15. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of these third parties have or claim a right of subrogation.**

None.

**16. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.**

No.

**17. Have you ever been a party in a lawsuit? If so, indicate if you were a Plaintiff or a Defendant and what type of case.**

Plaintiff in a small claims suit

**18. List the names, business addresses, dates of employment, and rate of pay regarding all employers, including self-employment, for whom you have worked in the past ten (10) years.**

> Web.com
> 12808 Gran Bay Pkwy. West
> Jacksonville, FL 32258

I worked at web.com from approximately December, 2014 to February, 2015 as a web site developer. My pay rate was approximately $23/hr. which included commissions for web sites sold.

> Ranstad US, LLC
> 3625 Cumberland Blvd.
> Atlanta, GA 30339

Page **6** of **8**

Exhibit 12

I worked for Randstad as a machine operator from approximately January, 2019 until April, 2019. My pay rate was approximately $15/hr.

> CVS
> 46 E Watson Rd
> Saint Augustine, FL 32086

I worked at CVS from approximately January, 2020 to June, 2020 as a sales clerk for $12/hr.

**19. Describe all acts which you believe constituted negligent supervision on the part of Defendant Matthew Cline as alleged in Count IV of the Complaint.**

OBJECTION. Plaintiff objects to this interrogatory because it calls for the plaintiff to make a legal conclusion. – Rook Ringer

**20. Please state any facts that establish that Defendant Matthew Cline acted in a manner exhibiting wanton and willful disregard of human rights, safety and property while performing his duties as alleged in your Count IV of the Complaint.**

OBJECTION. Plaintiff objects to this interrogatory because it calls for the plaintiff to make a legal conclusion. – Rook Ringer

**21. Please identify any social media websites, including but not limited to Facebook, Twitter, LinkedIn, XboxLive, Instagram, YouTube, Tic Tok, which you have used and/or maintain an account within the past 5 years from the incident described in the Complaint and specifically identify provide your username or screen name.**

Twitter - @dreknowsmma, @societynft, @cannabisxosmos, @dreknowsstocks, @dreknowspcs

IG – cagecannabis

Snapchat – dre-knows

Facebook – Andre Harrison

TikTok - @dreknowzmma

YouTube - dreknowsmma, drereviews, cagecannabis,

andreharrison79@gmail.com

**22. Please describe in detail the substance of any comments or posts that you made on any social media websites that reference the incident described in the Complaint.**

None that I recall.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 17, 2022, a copy of the foregoing has been furnished by email to all counsel of record.

Respectfully submitted,

*/s/ Rook Ringer*

| | |
|---|---|
| DATED:  17 MAR 2022 | ROOK ELIZABETH RINGER, ESQ.<br>**LENTO LAW GROUP, P.A.**<br>222 San Marco Ave., Ste. "C"<br>St. Augustine, FL 32084<br>904.602.9400 x 467 (Office)<br>904.299.5400 (Fax)<br>reringer@lentolawgroup.com<br>*Attorney for Plaintiff* |

Page **8** of **8**

Exhibit 12