**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>DAVID B. SHOAR, in his official capacity as Sheriff of St. Johns County, Florida, ST. JOHNS COUNTY, FLORIDA, MATTHEW CLINE, in his official capacity as Undersheriff of St. Johns County, Florida, KENNETH EVERETT, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, PATRICK WARWIN, in his personal and official capacities as a deputy of the St. Johns County Sheriff's Office, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10) and JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10).<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-LLL |

**PLAINTIFFS' RESPONSES TO DEFENDANT MATTHEW CLINE'S
INITIAL REQUEST FOR PRODUCTION TO THE PLAINTIFF**

Documents referenced within are located at:
https://www.dropbox.com/sh/hyczlozademxeod/AAC5rgWpx30eesk3GXdXbCbea?dl=0

> 1. Copies of any photographs or videotapes (dvd/cd) in your possession, which you believe support any allegation raised in your Complaint.
>
> \July29Video\SAM_100_0010.mp4[1]

---

[1] These correspond to folders within the Dropbox at the link above.

Page **1** of **9**

Exhibit 13

==\Support Documents\ OCTOBER 9 20 EVERETT.pdf (deposition)==

**2. Copies of any documents in your possession, which you believe support your entitlement to an award for damages.**

\Support Documents\Internal Affairs.pdf
\Support Documents\ SheriffComplaintResponse.pdf
\Support Documents\ July29Reprimand.jpg
\Support Documents\ SJSO19CAD153270 CAD.pdf
\Support Documents\ July29EMS.pdf
\Support Documents\ OCTOBER 9 20 EVERETT.pdf (deposition)

**3. Copies of any statements that you may have which were made by Deputy Moore or any other individuals regarding this case.**

None

**4. Complete Federal Income Tax Returns filed by the Plaintiff, with all attached schedules and forms (such as W-2 forms), for the five years preceding the year of the incident which is the subject of this lawsuit, for the year of the incident which is the subject of this lawsuit, and for all years thereafter up to and including the most recently filed Federal Income Tax Return.**

\Taxes Folder
Tax year 2020 -- 1040 needs ordering (lost hard drive)

**5. Proof of all earned and non-earned income from any year referenced above that a Federal Income Tax Return has not been filed.**

None

**6. Wage statements, pay stubs, and any other proof of income for the current year.**

None

**7. Any and all job applications submitted by Plaintiff subsequent to the incident which is the subject of this lawsuit.**
CVS
46 E Watson Rd
Saint Augustine, FL 32086

I worked at CVS from approximately January, 2020 to June, 2020 as a sales clerk for $12/hr.

Multiple applications on job finding web sites

**8. For each insurance policy providing coverage or benefits to Plaintiff for any claimed injury, damage or condition from the alleged incident which is the subject of this lawsuit (including Disability, Med Pay, Personal Injury Protection, Property Damage, Health, and Accident Insurance) please provide:**

**a. Copies of each such contract or policy;**
**b. The identification card for each such contract or policy;**
**c. The Declaration Sheet of each such contract or policy;**
**d. Each and every application for benefits made by the Plaintiff under each such contract or policy;**
**e. All records, including payout logs, checks, check stubs, memos, and correspondence evidencing payment of benefits under each such contract or policy.**

BCBS BlueSelect Silver 1443C (no longer active since 3/2021; documents not available online at this time)

Ambetter documents in InsuranceInfo folder (active)

**9. All records, statements, claims for benefits, or other documents evidencing benefits paid to or on behalf of Plaintiff by Medicare, Medicaid, or the Social Security Administration for the five (5) years preceding the year of the incident which is the subject of this lawsuit, for the year of the incident, and for all years thereafter up to the current year.**

N/A

**10. All records, statements, claims for benefits, or other documents to or from Florida Worker's Compensation pertaining to Plaintiff for the last ten years.**

N/A

**11. Copies of any documents in your possession related to any criminal charges arising out of your arrest in this case.**

Page **3** of **9**

Exhibit 13

No criminal charges arising from this case.

**12. Executed request for Social Security Detailed Earnings, Form SSA-3288, to be completed and signed by the Plaintiff, if applicable (attached hereto).**

N/A

**13. Executed Medicare and Medicaid Authorizations to Share "Protected Health Information", to be completed and signed by the Plaintiff, if applicable (attached hereto).**

N/A

**14. All calendar pages, diary entries, journal entries, appointment book entries, personal notes, emails, blogs, computer entries or logs, or social media entries made or maintained by Plaintiff pertaining to Plaintiff's injuries, treatment, damages, defendants, or any other issue in this lawsuit.**

N/A

**15. All medical and hospital records, reports, opinions, or other written memoranda (including x- rays, MRIs, CT scans and radiographic films), from doctors, nurses, other medical practitioners, or expert witnesses, including any psychological profiles, as related to the matter described in the Complaint.**

Requested from Dr. Ferrer

**16. All medical and hospital records, reports, opinions, or other written memoranda (including x- rays, MRIs, CT scans and radiographic films), from doctors, nurses, other medical practitioners, or expert witnesses, including any psychological profiles, regarding any condition or treatment undergone by Plaintiff in the last ten years, not related to the matter described in the Complaint.**

To the best of my recollection, I have been seen and treated at the following:

Baptist Medical Center South
14550 Old St Augustine Road
Jacksonville, FL 32258
April or May 2014 - Sprained, dislocated finger

Baptist Medical Center South
14550 Old St Augustine Road
Jacksonville, FL 32258
July 2014 – bacterial infection

Orange Park Medical Center
2001 Kingsley Avenue
Orange Park, FL 32073
August 2014 – bacterial infection

Memorial Hospital
3625 University Boulevard
Jacksonville, FL 32216
May 2015 – bacterial infection

Craft Behavioral Health
10175 Fortune Parkway – No. 1106
Jacksonville, FL 32256

Dr. Walid Omar = PCP
100 Whetstone Pl Suite 204
St. Augustine, FL 32086
Multiple visits

Dr. Ferrer
316 Paseo Reyes Rd
St. Augustine, FL 32095
Monthly; Alopecia

Bailey Health Solutions
224 Southpark Cir E
Saint Augustine, FL 32086
Since 10/2022 - neck, back, head

EMAS Spine and Brain Specialists
4085 University Blvd S #3
Jacksonville, FL 32216
Since 10/22 - back and head/brain

Southeast Orthopedic Specialists
10475 Centurion Pkwy N #220
Jacksonville, FL 32256

Since 10/22 - wrist

Jax Spine and Pain Centers
1100 Plantation Island Dr S, Suite 210 & 220
St Augustine, FL 32080
Since 10/22 - back and neck

**17. All medical bills, statements, or invoices for medical expenses, including treatment, therapy, medical devices, and medicines, incurred as a result of the incident which is the subject of this lawsuit.**

Requested from Dr. Ferrer

**18. All bills, receipts, statements and other documents evidencing all expenses incurred by the Plaintiff in connection with the incident described in the Complaint.**

None

**19. Receipts, invoices, cancelled checks or similar evidence related to expenses or items of special damages alleged to have been suffered by the Plaintiff as a result of the incident as alleged in the Complaint.**

None

**20. Copy of the Plaintiff's current driver's license or state issued identification card.**

\Support Documents\BryandlScan.pdf

**21. Any written or recorded statements taken or obtained from the Defendant.**

None

**22. Any written or recorded statements taken or obtained from any witness to the incident as alleged in the Complaint.**

\Support Documents\ OCTOBER 9 20 EVERETT.pdf (deposition)

**23. All mental health related medical bills, statements, or invoices for psychological expenses, including treatment, therapy, medical devices, and**

medicines, incurred as a result of the incident which is the subject of this lawsuit.

Dr. Ahmad charges $110/monthly visit. No billing receipts provided.

**24. All bills, receipts, or other evidence of expenses, other than medical expenses, incurred as a result of the incident which is the subject of this lawsuit.**

None

**25. All itemized billing records for any cellular and/or mobile phone accounts in Plaintiff's name, or for which Plaintiff's had possession, at the time of the incident which is the subject of this lawsuit, for the twelve (12) hour period of time preceding the alleged incident through the twelve (12) hour period of time following the alleged incident.**

None

**26. All statements taken of the Defendant, including statements from agents, servants, or employees of the Defendant.**

\Support Documents\ OCTOBER 9 20 EVERETT.pdf (deposition)
\Support Documents\ OCTOBER 9 20 GOLDMAN.pdf (deposition)

**27. Any correspondence the Plaintiff or his attorney received from any agent, servant or employee of the Defendant.**

\Support Documents\ SheriffComplaintResponse.pdf
\Support Documents\ July29Reprimand.jpg

**28. Any written or recorded statements taken or obtained from any witnesses relating to facts or issues involving this lawsuit.**

\Support Documents\ OCTOBER 9 20 EVERETT.pdf (deposition)
\Support Documents\ OCTOBER 9 20 GOLDMAN.pdf (deposition)

**29. All documents, not otherwise produced in response to the preceding paragraphs, which pertain to Plaintiff's claim for lost wages or loss of earning capacity from the alleged incident which is the subject of this lawsuit.**

None

**30. All documents, correspondence, reports, records, photographs, videos, charts, diagrams, or electronic recordings not otherwise produced in response to the preceding paragraphs which the Plaintiff intends to place into evidence or use at the time of trial.**

Already included

**31. All records concerning the allegations of Defendant Matthew Clines's failure to train and supervise as alleged in Count IV of the Complaint.**

OBJECTION. Plaintiff objects to this interrogatory because it calls for the plaintiff to make a legal conclusion. – Rook Ringer

**32. All records concerning the allegations that Defendant Matthew Cline violated Plaintiff's Fourth & Fourteenth Amendment rights and acted with "reckless indifference" as alleged in Count I of the Complaint.**

OBJECTION. Plaintiff objects to this interrogatory because it calls for the plaintiff to make a legal conclusion. – Rook Ringer

**33. A copy of every social media (Facebook, Instagram, Snapchat, Tic Tok, etc.) that Plaintiff has posted to, commented on, liked, or responded to in the last 5 years.**

Plaintiff objects to the entirety of this request because it is overbroad, and unduly burdensome, and definitely not reasonably calculated to lead to admissible evidence. Instead, it was filed for the purpose of harassing, oppressing, embarrassing and annoying the Plaintiff by seeking discovery of matters that have zero relevance to this lawsuit.

**34. A screenshot of any and all text messages, emails, voice messages, and/or any form of communication that the Plaintiff sent to Danielle McDaniel.**

Plaintiff objects to the entirety of this request because it is overbroad, and unduly burdensome, and definitely not reasonably calculated to lead to admissible evidence. Instead, it was filed for the purpose of harassing, oppressing, embarrassing and annoying the Plaintiff by seeking discovery of matters that have zero relevance to this lawsuit.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2022, a copy of the foregoing has been furnished by email to all counsel of record.

Respectfully submitted,

DATED: <u>17 MAR 2022</u>

ROOK ELIZABETH RINGER, ESQ.
**LENTO LAW GROUP, P.A.**
222 San Marco Ave., Ste. "C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

Page **9** of **9**

Exhibit 13