# EXHIBIT 14

**Video produced by Plaintiff in response to Defendant Matthew Cline's Initial Request for Production to Plaintiff**

**(being furnished to the Clerk/Judge via U.S. Mail and via electronic mail to counsel for Plaintiff)**