United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

      Plaintiff,

v.                                                      **NO. 3:21-cv-746-BJD-LLL**

**KENNETH EVERETT, IN HIS
PERSONAL CAPACITY, PATRICK
WARWIN, IN HIS PERSONAL CAPACITY,
JOHN & JANE DOE SHERIFF'S DEPUTIES
(1-10), JOHN & JANE DOE SUPERVISORY
DEPUTIES (1-10), AND ST. JOHNS COUNTY,
FLORIDA,**

      Defendants.
_____

**Order Directing Joseph D. Lento, Esquire. to Comply with Local Rule 2.01**

On February 14, 2022, Joseph D. Lento moved to appear pro hac vice as attorney for plaintiff. On February 28, 2022, after certifying he conferred with defendants, *see* doc. 40, the Court granted the motion, allowed Mr. Lento to appear pro hac vice on behalf of plaintiff, and directed him to register with the Court's electronic filing system. Doc. 40. On March 6, 2023, the Clerk of Court sent a notice to Mr. Lento advising him of Local Rule 2.01 and that he must submit a pro hac vice

e-file registration through PACER. *See* www.flmd.uscourts.gov/for-lawyers (step 3). To date, Mr. Lento has not done so and thus, has not complied with Local Rule 2.01(a)

Mr. Lento shall have up to and including **April 24, 2023** to comply with the requirements set forth in Local Rule 2.01 or to file a notice indicating that he will not be appearing on behalf of plaintiff. Any notice of compliance with Local Rule 2.01 must include a representation that counsel has registered with the Court's mandatory electronic case filing (ECF) system.

**Ordered** in Jacksonville, Florida, on April 7, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Nichelle Lynn Womble, Esquire
Joseph D. Lento, Esquire
Bruce R. Bogan, Esquire
David Jadon, Esquire
Gwendolyn Palmer Adkins, Esquire