# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>ST. JOHNS COUNTY SHERIFF'S OFFICE, ET. AL.,<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

## MOTION FOR EXTENDED TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** Plaintiff BRYAN HARRISON by and through undersigned counsel, asks the Court to extend their time to Defendants KENNETH EVERETT and PATRICK WARWIN's Motion for Summary Judgment served on March 31, 2023, pursuant to pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01. The extension of time requested is until May 5, 2023, which is two weeks beyond the deadline and is unopposed by the Defendants.

### Brief Background and Summary

Plaintiff filed this lawsuit against the Defendants KENNETH EVERETT and PATRICK WARWIN, for alleged violations of Plaintiff BRYAN HARRISON'S fourth amendment constitutional rights and state common law violations of false

arrest. Plaintiffs response to the motion for summary judgment is currently due on April 21, 2023.

## Request for Extension and Basis

The Plaintiff respectfully request a brief extension, until and including May 5, 2023, to respond to the complaint. The Defendants do not oppose the requested extension. Unfortunately, due to unforeseen circumstances with an illness Plaintiffs counsel is not sure when said illness will clear. Due to this, undersigned counsel will need additional time to investigate the matter before filing a responsive document.

This motion is not filed for purposes of delay. Moreover, the short extension requested would not prejudice any other party due to no conflict of future trial dates, and would allow Plaintiff to fully and adequately respond to the motion.

## Memorandum of Law

The Court has wide discretion to grant this extension of time. Smith v. Conner, 8:12-CV-52-T-30AEP, 2013 WL 178974, at *2 (M.D. Fla. Jan. 17, 2013). This is especially true when the request is made before the original time expires. This is the precise situation here. This motion has been filed prior to the expiration of the original time to respond to the complaint and presents good cause for granting the motion.

WHEREFORE, at this time, and in light of the unforeseen circumstances the Plaintiffs, requests that this Court enlarge the time for completing a response to the motion until May 5, 2023.

Respectfully Submitted,

Dated: <u>April 17, 2023</u>

NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
FL State Bar No.: 1032744
11555 Heron Bay Blvd, Suite 231
Coral Springs, FL 33076
(T): (904) 602-9400
(F): (904) 299-5400
nlwomble@lentolawgroup.com
*Counsel for Plaintiff*

**LOCAL RULE 3.01(g) CERTIFICATION**

I hereby certify that I have conferred with opposing counsel via phone and counsel does not oppose to this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2023, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

| | |
|---|---|
| Gwendolyn Palmer Adkins<br>Coppins Monroe Adkins & Dincman, P.A.<br>gadkins@coppinsmonroe.com<br>ATTORNEY FOR DEFENDANTS KENNETH EVERETT and PATRICK WARWIN | |

Respectfully submitted,

_____
NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
*Counsel for Plaintiff*