UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRYAN A. HARRISON<br><br>Plaintiff,<br><br>v.<br><br>ST. JOHNS COUNTY SHERIFF'S OFFICE, ET. AL.,<br><br>Defendants. | Case No.: 3:21-cv-746-BJD-JRK |

### NICHELLE LYNN WOMBLE'S MOTION TO WITHDRAW

COMES NOW NICHELLE LYNN WOMBLE, of the law firm The Lento law Group, and hereby moves to withdraw as attorney for the Petitioner, BRYAN HARRISON. (hereinafter, the "Plaintiff"), and states:

#### BACKGROUND

1. On April 18, 2023, the undersigned resigned from her position at Lento Law Group.

2. Plaintiff currently has a motion for summary judgment response due May 5, 2023 after being granted an extension by the court April 19, 2023 which was the day after I resigned from the firm.

3. When the request for an extension was submitted it was not my current intention to resign however other circumstances arose.

4. After I submitted my resignation, I alerted Lento of the Pending response being due and requested that they find counsel to complete and file the response.

5. On May 2, 2023 Lento Law Group unethically threatened ethical violations upon my legal license and threatened to issue a cease and desist letter to stop me from communicating my departure from the firm to the courts despite failure from the firm to adequately or at any point try to come up with a joint statement per Florida Ethical Rules.

6. My final transition date from the firm is May 18, 2023 however the firm does not have any set instructions for transitioning from the firm nor have they made any effort to do so and according to the rules of ethics notice needs to be given to clients in a reasonable time for them to make informed decisions.

7. My concern for the clients is waiting to withdraw and not allowing adequate time for decisions as deadlines are approaching it will cause undue delay.

8. I want to make sure that all deadlines that are approaching are stayed long enough for there to be an adequate decision made on behalf of the client so their interests remain protected.

9. Based upon the conflict of interest that has now arisen with the firm I cannot in good faith file a motion on behalf of Mr. Harrison as I am concerned with repercussions from the firm regarding my license and I do not want the conflict in any way to delay or hinder justice.

10. At this time Lento Law will need to find adequate licensed counsel in the State of Florida to file necessary motions and responses and continue representation on this matter.

**11.** I have spoken to opposing counsel and they are willing to allow the following amount of time for adequate counsel to be found and responses to be entered on the motions before the court: Please stay this matter for 30 days to allow Lento to find adequate local counsel to assist with this matter or Petitioner to find counsel to continue representation.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Nichelle Lynn Womble as counsel for the Plaintiff and for any and all other relief as deemed in the interests of justice.

**Local Rule 3.01(g) Certification**

The undersigned has conferred with counsel for the Defendants, and they do not oppose the requested relief.

Dated May 2, 2023

Respectfully Submitted,

LENTO LAW GROUP, P.C.

_____

NICHELLE LYNN WOMBLE, ESQUIRE
FL State Bar No.: 1032744
11555 Heron Bay Blvd, Suite 231

>Coral Springs, FL 33076
>(T): (904) 602-9400
>(F): (904) 299-5400
>nlwomble@lentolawgroup.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via email to cm/ecf and to all counsel on record via email on May 2, 2023.

Dated May 2, 2023

>Respectfully Submitted,
>
>_____
>MICHELLE LYNN WOMBLE, ESQ.
>LENTO LAW GROUP, P.C.