United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

    **Plaintiff,**

v.   NO. 3:21-cv-746-BJD-LLL

**KENNETH EVERETT, IN HIS PERSONAL CAPACITY, PATRICK WARWIN, IN HIS PERSONAL CAPACITY, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), AND ST. JOHNS COUNTY, FLORIDA,**

    **Defendants.**

_____

### Order Setting Hearing on Status of Counsel and Motion to Withdraw

The Court will hold a conference regarding Plaintiff Bryan A. Harrison's status of counsel and on Nichelle Lynn Womble's Motion to Withdraw, doc. 88, on **Thursday, May 11, 2023, at 2 p.m.** in Courtroom 5D of the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida **via the Zoom platform**. **Ms. Womble, Mr. Joseph D. Lento, plaintiff, and lead counsel for defendants shall appear.**

The Clerk of Court is directed to mail a copy of this order to plaintiff at the address listed below, and will further email and mail separately instructions for joining the video conference to the required participants, including plaintiff. **Counsel for plaintiff shall ensure**

1

**he received a copy of this order and obtained the instructions to access the hearing**. Should counsel or plaintiff be unable to appear via Zoom, with 24 hours advance notice to the undersigned's courtroom deputy, they may appear telephonically and must call the Court's teleconferencing service at 1-866-434-5269. In the event counsel or plaintiff are granted the ability to appear telephonically, they shall call at least ten minutes before the hearing is scheduled to begin. The access code is 3508062; the security code is 0746.[1]

All participants are reminded that, under Local Rule 5.01, United States District Court, Middle District of Florida, no one may broadcast, televise, record or photograph a judicial proceeding, including a proceeding by telephone or video. Additionally, all participants involved in the proceeding are expected to dress appropriately.

**Ordered** in Jacksonville, Florida, on May 3, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Bryan Harrison, plaintiff
    344 Palmas Circle
    St. Augustine, Florida 32086
Nichelle Lynn Womble, Esquire
Joseph D. Lento, Esquire
Bruce R. Bogan, Esquire
David Jadon, Esquire

---

[1] All parties shall have this telephone conferencing information readily available during the hearing in case technical difficulties make the Zoom conference impractical (in which case, the Court may proceed via telephone).

Gwendolyn Palmer Adkins, Esquire

3