UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRYAN A. HARRISON,

    Plaintiff,

v.                                       CASE NO. 3:21-cv-00746-BJD-LLL

ST. JOHNS COUNTY SHERIFF'S
OFFICE, ET. AL.,

    Defendants.
_____/

## NOTICE OF MEDIATION STATUS

In accordance with this Court's directive [Doc.82], Defendants Everett and Warwin advise the Court that the parties submitted their issues to mediation on December 12, 2022, with David Brecher, a mediator certified by this Court pursuant to Local Rule 4.02, and that the parties reached an impasse.

Respectfully submitted this 11th day of May 2023.

        ***/s/ Gwendolyn P. Adkins***
Gwendolyn P. Adkins
FBN:0949566
COPPINS MONROE, P.A.
1319 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 422-2420
Facsimile: (850) 422-2730
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
adelk@coppinsmonroe.com

ATTORNEY FOR DEFENDANTS
KENNETH EVERETT and
PATRICK WARWIN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

        ***/s/ Gwendolyn P. Adkins***
Attorney