United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

    Plaintiff,

v.                                                                                NO. 3:21-cv-746-BJD-LLL

**KENNETH EVERETT, IN HIS PERSONAL CAPACITY, PATRICK WARWIN, IN HIS PERSONAL CAPACITY, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), AND ST. JOHNS COUNTY, FLORIDA,**

    Defendants.
_____

**Order Setting Granting Motion to Withdraw and Setting Status Hearing**

This matter is before the Court following a hearing on plaintiff Bryan A. Harrison's status of counsel and Nichelle Lynn Womble's Motion to Withdraw, doc. 88. For the reasons articulated on the record at the hearing, Ms. Womble's motion, doc. 88 is **granted**. **Ms. Womble shall no longer appear as counsel of record for plaintiff.**

The Court will hold a further status conference regarding plaintiff's representation on **Thursday, May 25, 2023, at 2 p.m.** in Courtroom 5D of the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida **via**

1

**the Zoom platform**. **Plaintiff and counsel of record shall appear**. Plaintiff shall be prepared to advise the Court, as explained at the hearing, whether he wishes to continue with his current representation, hire a new attorney, or needs additional time.

The Clerk of Court is directed to mail a copy of this order to plaintiff at the mailing and email addresses listed below, and will further email separately instructions for joining the video conference to the required participants, including plaintiff. Should counsel or plaintiff be unable to appear via Zoom, with 24 hours advance notice to the undersigned's courtroom deputy, they may appear telephonically and must call the Court's teleconferencing service at 1-866-434-5269. In the event counsel or plaintiff are granted the ability to appear telephonically, they shall call at least ten minutes before the hearing is scheduled to begin. The access code is 3508062; the security code is 0747.[1]

All participants are reminded that, under Local Rule 5.01, United States District Court, Middle District of Florida, no one may broadcast, televise, record or photograph a judicial proceeding, including a proceeding by telephone or video. Additionally, all participants involved in the proceeding are expected to dress appropriately.

---

[1] All parties shall have this telephone conferencing information readily available during the hearing in case technical difficulties make the Zoom conference impractical (in which case, the Court may proceed via telephone).

2

**Ordered** in Jacksonville, Florida, on May 11, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Bryan Harrison, plaintiff
    344 Palmas Circle
    St. Augustine, Florida 32086
    Bryan.harrison1979@gmail.com
Nichelle Lynn Womble, Esquire
Joseph D. Lento, Esquire
Gwendolyn Palmer Adkins, Esquire