United States District Court
Middle District of Florida
Jacksonville Division

BRYAN A. HARRISON

v.                                                    NO. 3:21-cv-746-BJD-LLL

DAVID B. SHOAR, ET AL.

_____

### Clerk's Minutes

Proceeding:        Status of Counsel/Motion to Withdraw, doc. 88

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 5/11/2023 2:20 p.m. – 2:35 p.m. |
|-------|-------|-------|-------|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Nichelle Lynn Womble, Esquire | Counsel for Defendants | Gwendolyn Palmer Adkins, Esquire |

All parties present via Zoom, with the exception of plaintiff's counsel Joseph D. Lento, Esquire. Mr. Lento, who was admitted pro hac vice, has failed to register for the Court's ECF filing system as previously directed. See order, doc. 85. Additionally, Mr. Lento was ordered to appear at today's hearing, which he failed to do. Plaintiff indicated he would like additional time to contact Mr. Lento or to find new counsel.

Ms. Womble's Motion to Withdraw, doc. 88, is **granted**. Order to enter.

Status of counsel hearing set for **Thursday, May 25, 2023, at 2:00 p.m. via Zoom.**