United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

        **Plaintiff,**

v.                                                                                     **NO. 3:21-cv-746-BJD-LLL**

**KENNETH EVERETT, IN HIS
PERSONAL CAPACITY, PATRICK
WARWIN, IN HIS PERSONAL CAPACITY,
JOHN & JANE DOE SHERIFF'S DEPUTIES
(1-10), JOHN & JANE DOE SUPERVISORY
DEPUTIES (1-10), AND ST. JOHNS COUNTY,
FLORIDA,**

        **Defendants.**
_____

### Order to Show Cause

On February 14, 2022, Joseph D. Lento moved to appear pro hac vice as attorney for plaintiff. Doc. 39. On February 28, 2022, after certifying he conferred with defendants, *see* doc. 40, the Court granted the motion, allowed Mr. Lento to appear pro hac vice on behalf of plaintiff, and directed him to register with the Court's electronic filing system. Doc. 47. On March 6, 2023, the Clerk of Court sent a notice to Mr. Lento advising him of Local Rule 2.01 and that he must submit a pro hac vice e-file registration through PACER. *See* www.flmd.uscourts.gov/for-lawyers (step 3).

He did not do so. The Court then gave Mr. Lento up to and including April 24, 2023, to comply with the requirements in Local Rule 2.01 or to file a notice indicating that he would not be appearing on behalf of plaintiff. The Court explained that any notice of compliance with Local Rule 2.01 must include a representation that counsel has registered with the Court's mandatory electronic case filing (ECF) system. Doc. 85. Mr. Lento received a copy of the Court's order via email. To date, Mr. Lento has not registered with CM/ECF as required by this Court.

On May 2, 2023, Ms. Womble, plaintiff's other counsel of record, moved to withdraw from the case, doc. 88; the Court held a hearing on May 11, 2023, to inquire into the status of plaintiff's representation, docs. 89, 93. The Court ordered Mr. Lento and plaintiff to appear. Doc. 89 at 1.[1] Although plaintiff was present, Mr. Lento failed to appear for the hearing, nor did he notify the Court of any conflict that would prevent his appearance. Further, plaintiff—who was clearly distressed—indicated on the record that he had not been able to communicate with Mr. Lento. After plaintiff requested additional time to determine the status of his representation in light of Mr. Lento's absence, the Court scheduled a status of counsel hearing on Thursday, May

---

[1] Mr. Lento received a copy of the Court's order, doc. 89, and was separately emailed Zoom instructions for the hearing by the Court. Additionally, the Court made several attempts—all unsuccessful—to reach Mr. Lento before and during the hearing.

25, 2023, at 2 p.m. via the Zoom platform. *See* doc. 92. As of the date of this order, Mr. Lento has not filed a motion nor has he contacted chambers to explain his absence.

Mr. Lento's repeated nonresponsiveness and non-attendance at the May 11, 2023, hearing is unacceptable. He is warned that the Court is considering the imposition of sanctions, including but not limited to revoking his admission to practice in the Middle District of Florida.

**No later than May 23, 2023**, **Mr. Lento must show satisfactory cause why the Court should not impose sanctions and revoke his admission to practice in the Middle District of Florida.**

**Ordered** in Jacksonville, Florida, on May 16, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Joseph D. Lento, Esquire (via mail/email)
Gwendolyn Palmer Adkins, Esquire
Bryan Harrison, plaintiff (via mail/email)
    344 Palmas Circle
    St. Augustine, Florida 32086
    Bryan.harrison1979@gmail.com