United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

    Plaintiff,

v.                                         NO. 3:21-cv-746-BJD-LLL

**KENNETH EVERETT, IN HIS PERSONAL CAPACITY, PATRICK WARWIN, IN HIS PERSONAL CAPACITY, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), AND ST. JOHNS COUNTY, FLORIDA,**

    Defendants.
_____

### Order Setting Show Cause Hearing

On May 16, 2023, the Court entered an Order to Show Cause, doc. 94, directing plaintiff's attorney Joseph D. Lento to show satisfactory cause by May 23, 2023, why the Court should not impose sanctions and revoke his admission to practice in the Middle District to Florida. To date, Mr. Lento failed to file a response to the Court's order.

Thus, the Court **will hold a hearing on the order to show cause, doc. 94, immediately following the status of counsel conference set in this case**,

1

*see* doc. 92, on **Thursday, May 25, 2023, at 2 p.m.** in Courtroom 5D of the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida **via the Zoom platform**. **Mr. Lento shall personally appear at the hearing**. The Zoom link and accompanying directives previously provided to Mr. Lento on two separate occasions will be used to access the show cause hearing.

At this hearing, **Mr. Lento will be called upon to show cause for** his repeated failure to abide court orders. He will also be expected to discuss the imposition of other sanctions the Court is considering, including monetary sanctions, the revocation of his admission to practice in the Middle District of Florida, and the Court raising ethics concerns with the state bars where he is admitted to practice, including New York, New Jersey, and Pennsylvania. Doc. 39.

The Clerk of Court is directed to email a copy of this order to plaintiff and Mr. Lento at email addresses[1] listed below. All participants are reminded that, under Local Rule 5.01, United States District Court, Middle District of Florida, no one may broadcast, televise, record or photograph a judicial proceeding, including a proceeding by telephone or video. Additionally, all

---

[1] The Court confirmed on May 24, 2023, that the email address the Court has on file, jdlento@lentolawgroup.com is the proper email address for Mr. Lento.

2

participants involved in the proceeding are expected to dress appropriately.

**Ordered** in Jacksonville, Florida, on May 24, 2023.

<em>[signature]</em>

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Bryan Harrison, plaintiff
    344 Palmas Circle
    St. Augustine, Florida 32086
    Bryan.harrison1979@gmail.com
Joseph D. Lento, Esquire
    jdlento@lentolawgroup.com

jlentoesq@gmail.com
Gwendolyn Palmer Adkins, Esquire

4