United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON**

v.                                                                                              NO. 3:21-cv-746-BJD-LLL

**DAVID B. SHOAR, ET AL.**

## Clerk's Minutes

Proceeding:      Status of Counsel/Show Cause Hearing

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 5/25/2023 2:00 p.m. – 2:15 p.m. 2:15 p.m. – 2:27 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Joseph D. Lento, Esquire | Counsel for Defendants | Gwendolyn Palmer Adkins, Esquire |

All parties present via Zoom.

Status of Counsel

Plaintiff requested additional time to decide about his representation.

Status of counsel hearing set for **Tuesday, May 30, 2023, at 11:00 a.m. via Zoom.**

**Notice to enter.**

Show Cause Hearing

The Court heard from Joseph D. Lento, Esq. as to why sanctions should not be imposed for Mr. Lento's repeated failures to abide by Court orders. Doc. 94. Court ruling taken under advisement.