United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

      Plaintiff,

v.                                                                                     **NO. 3:21-cv-746-BJD-LLL**

**KENNETH EVERETT, IN HIS PERSONAL CAPACITY, PATRICK WARWIN, IN HIS PERSONAL CAPACITY, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), AND ST. JOHNS COUNTY, FLORIDA,**

      Defendants.
_____

### Order Discharging Show Cause Order

On May 16, 2023, the Court ordered plaintiff's attorney, Joseph D. Lento to show cause why the Court should not impose sanctions and revoke his admission to practice in the Middle District of Florida, doc. 94. Although his response to the show cause order was filed one-day late, Mr. Lento responded and appeared at the May 25, 2023 status of counsel hearing and show cause hearing as ordered by the Court. *See* docs. 92, 96, 99. At today's status of counsel hearing, held on May 30, 2023, plaintiff Bryan A. Harrison stated that he had been in communication with Mr. Lento and

desired his continued representation in this lawsuit. Mr. Lento appeared at today's hearing and advised the Court that he had read the Local Rules of the Middle District of Florida, understood his responsibilities as counsel in this matter, and would maintain communication with his client.

It is therefore **ordered**:

1. The Court's show cause order, doc. 94, is **discharged**.

2. Mr. Lento is cautioned that the Court will strictly monitor the progression of this case and that future noncompliance with the Court's deadlines and directives will likely result in sanctions.

**Ordered** in Jacksonville, Florida, on May 30, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Joseph D. Lento, Esquire (via mail/email)
Gwendolyn Palmer Adkins, Esquire
Bryan Harrison, plaintiff (via mail/email)
    344 Palmas Circle
    St. Augustine, Florida 32086
    Bryan.harrison1979@gmail.com