United States District Court
Middle District of Florida
Jacksonville Division

**BRYAN A. HARRISON,**

   **Plaintiff,**

v.                    NO. 3:21-cv-746-BJD-LLL

**KENNETH EVERETT, IN HIS PERSONAL CAPACITY, PATRICK WARWIN, IN HIS PERSONAL CAPACITY, JOHN & JANE DOE SHERIFF'S DEPUTIES (1-10), JOHN & JANE DOE SUPERVISORY DEPUTIES (1-10), AND ST. JOHNS COUNTY, FLORIDA,**

   **Defendants.**
_____

### Order Extending Plaintiff's Deadline to Respond

Following today's status of counsel hearing, Plaintiff Bryan A. Harrison's time to respond to Defendants Kenneth Everett and Patrick Warwin's Motion for Partial Summary Judgment, doc. 84, is extended; the new deadline for plaintiff's response is June 29, 2023. The parties are encouraged to consider further mediation in this matter, should they believe it would be beneficial to the resolution of the case.

It is **ordered**:

1. Plaintiff's response to defendants' motion for partial summary judgment, doc. 84, is due **on or before June 29, 2023**;

2. No further extensions will be granted to plaintiff absent extraordinary circumstances.

**Ordered** in Jacksonville, Florida, on May 30, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Joseph D. Lento, Esquire (via mail/email)
Gwendolyn Palmer Adkins, Esquire
Bryan Harrison, plaintiff (via mail/email)
    344 Palmas Circle
    St. Augustine, Florida 32086
    Bryan.harrison1979@gmail.com