United States District Court
Middle District of Florida
Jacksonville Division

BRYAN A. HARRISON

v.                                                          NO. 3:21-cv-746-BJD-LLL

DAVID B. SHOAR, ET AL.

_____

## Clerk's Minutes

Proceeding:                           Status of Counsel

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 5/30/2023 11:07 a.m. – 11:14 a.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Joseph D. Lento, Esquire | Counsel for Defendants | Gwendolyn Palmer Adkins, Esquire |

All parties present via Zoom.

Plaintiff has decided to proceed with Joseph D. Lento, Esquire as his counsel.

Plaintiff's response brief as to defendants' motion for partial summary judgment is due 30 days from today's date.

**Order to enter.**